# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of Alabama,<br><br>Defendant. | Case No. 2:26-CV-00897 |

## MOTION FOR PRELIMINARY INJUNCTION

COMES NOW, the Plaintiff, the Computer & Communications Industry Association ("CCIA"), and, pursuant to Rule 65 of the Federal Rules of Civil Procedure, moves this Honorable Court for the entry of a preliminary injunction enjoining enforcement of the Alabama App Store Accountability Act, HB 161, (the "Act"). In support of this Motion, CCIA states as follows:

1. CCIA adopts and incorporates its Brief in Support of its Motion for Preliminary Injunction and all attachments thereto (the "Brief"), which is to be filed at the same time as or shortly after this Motion.

2. In short, this Court should enter a preliminary injunction enjoining enforcement of the Act because it violates the First Amendment of the United States Constitution as applied to CCIA's app store and app developer members. The Act's age verification and parental consent requirements violate the First Amendment under any form of heightened scrutiny, though strict scrutiny is the appropriate standard. Because an injunction of these provisions would render the remainder of the Act meaningless, an injunction of Defendant's ability to enforce the Act in its entirety against CCIA's members is warranted.

Accordingly, for these reasons and those incorporated in the supporting Brief, this Court should enter preliminary injunction enjoining Defendant from enforcing the Act against CCIA's members.

Respectfully submitted,

*/s/ J. Evans Bailey*
J. Evans Bailey (ASB-9995-J61B)
Attorney for Plaintiff

**OF COUNSEL:**
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270
334-206-3100
ebailey@rushtonstakely.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and have provided a copy by U.S. Mail, First Class, properly addressed and postage prepaid to the following:

The Honorable Steve Marshall
Attorney General
501 Washington Avenue
Montgomery, Alabama 36104

*/s/ J. Evans Bailey*