# EXHIBIT B

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALABAMA**

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of Alabama,<br><br>*Defendant*. | **DECLARATION OF MATTHEW SCHRUERS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Civil Action No. ___________________ |

I, Matthew Schruers, declare as follows:

1. I am the President & CEO of the Computer & Communications Industry Association (CCIA). I have worked at the organization for over 20 years. Upon joining CCIA, I focused on legal, legislative, and policy matters, later taking on the roles of Chief Operating Officer and President and CEO. In each of these capacities, I have worked closely and communicated often with CCIA members regarding how public policy proposals affect their businesses, operations, and relationships with their users. Through my experience, I have also gained familiarity with how such proposals affect all manner of websites, applications, and other digital services.[1]

2. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. I am over the age of 18 and am competent to make the statements herein. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would competently testify to them.

[1] This Declaration will refer to all digital services—including app stores and mobile applications—as "services" unless necessary to distinguish among different kinds of digital services.

## I. About CCIA and CCIA's Affected Members

3. CCIA is an international, not-for-profit membership association representing a broad cross-section of companies in the computer, Internet, information technology, and telecommunications industries. For more than fifty years, CCIA has promoted open markets, open systems, and open networks, and advocated for the interests of the world's leading providers of technology products and services before governments and the courts.[2]

4. CCIA's members include computer and communications companies, equipment manufacturers, software developers, service providers, re-sellers, integrators, and financial service companies. Currently, CCIA's members include: Adobe, Airbnb, Amazon, Apple, Cloudflare, Coupang, Deliveroo, eBay, EchoStar, Google, Intel, Intuit, JPMorganChase, Meta, Nord Security, NScale, Opera, Pinterest, Shopify, Texas.net, Twilio, Uber, Viagogo, Waymo, and Zebra.

5. Several of CCIA's members are "app store providers" and/or function as "developers" of software applications as those terms are used by Alabama's App Store Accountability Act, Alabama Code § 8-19K-1 *et seq.*, ("the Act") including, at a minimum: (1) Google, which owns and operates Google Play and has developed various mobile apps such as Google Search, YouTube, Gmail, Google Meet, Google Docs, and Google Maps; (2) Amazon, which owns and operates the Amazon Appstore and has developed various mobile apps such as Amazon Music, Audible, Goodreads, Kindle, IMDb, and Twitch; and (3) Apple, which owns and operates the Apple App Store.

6. The Act defines "app store provider" to mean a "an entity that owns, operates, or controls an app store that allows account holders in the state to download apps onto a mobile device," and "app store" to mean "a publicly available website, software application, or electronic

[2] CCIA, Home, https://ccianet.org/ [https://perma.cc/T9EQ-5GC3]

service that allows account holders to download apps from third-party developers onto a mobile device." § 1(6)-(7). The Act defines "developer" to mean "an entity that owns or controls an app made available through an app store or a pre-installed app." § 1(9). It further defines "app" to mean "a software application or electronic service that a user may run or direct on a mobile device . . . includ[ing] pre-installed apps." § 1(5).

7. The Act defines a "mobile device" to mean "a phone or general-purpose tablet" that "provides cellular or wireless connectivity," "is capable of connecting to the Internet," "runs a mobile operating system," and "is capable of running apps through the mobile operating system." § 1(13). And a "mobile operating system" is software that "manages mobile device hardware resources," "provides common services for mobile device programs," "controls memory allocation," and "provides interfaces for applications to access device functionality." § 1(14).

8. Based on my experience in the industry, my review of the declaration submitted by Matthew Bye on behalf of Google, and information publicly available about how the Google Play's services operate, it is my understanding that Google Play meets the criteria to constitute an "app store" under the Act, § 1(6), that Google owns and operates Google Play, and that Google is thus an "app store provider" under the Act, § 1(7).

9. Google Play is "publicly available," § 1(6), as it is available to any individual in the United States who obtains a Google Account, subject to certain age restrictions.[3]

[3] *Google Play Terms of Service, Google Play* (July 29, 2026), https://play.google.com/intl/en-US_us/about/play-terms/ (last visited Oct. 16, 2026) (on file with Google).

10. Google Play is a "website, software application, or electronic service," § 1(6), as it is available in the form of an Internet website,[4] and as an "app [that] comes pre-installed on Android devices that support Google Play."[5]

11. Google Play "allows account holders to download apps . . . onto a mobile device," § 1(6), as Google Play Store users "may use Google Play to browse, locate, view, stream, or download Content for [their] mobile, computer, tv, watch, or other supported device (**"Device"**)," where "Content" is defined as "apps (including Android Instant Apps), games, books, or other digital content or services, including in-app digital content of services" available through Google Play.[6]

12. Google Play also "allows account holders to download apps *from third-party developers* onto a mobile device," § 1(6) (emphasis added), as Google enters agreements with "Developers," meaning "[a]ny person or company who provides Products for distribution through Google Play in accordance with the terms of [the Google Play Developer Distribution] Agreement," where "Products" means "[s]oftware, content, digital materials, and other items and services as made available by Developers via the Play Console."[7]

13. It is my understanding that Google Play has users who are under 18 years of age who are in Alabama.

[4] *Google Play*, https://play.google.com/store/games (last visited Oct. 16, 2026) (on file with Google).
[5] *Find the Google Play Store App*, Google Play Help https://support.google.com/googleplay/answer/190860 (last visited Oct. 16, 2026) (on file with Google).
[6] *See supra* note 4 (emphasis in original).
[7] *Google Play Developer Distribute Agreement* (effective as of Sept. 15, 2025), Google Play, https://play.google/developer-distribution-agreement.html (last visited Oct. 16,) (on file with Google).

14. Google is also a "developer" as defined by the Act because Google "owns or controls an app made available through an app store[.]" § 1(9). Among other software applications, Google is the developer of Google Search,[8] Gmail,[9] YouTube,[10] Google Meet,[11] Google Docs,[12] and Google Maps.[13] These are software applications available for download on mobile devices such as phones or tablets through the Google Play store.

15. Based on my experience in the industry and on information publicly available about how the Amazon Appstore's services operate, it is my understanding the Amazon Appstore meets the criteria to constitute an "app store" under the Act, § 1(6), that Amazon owns and operates the Amazon Appstore, and that Amazon is thus an "app store provider" under § 1(7).

---

[8] *Google*, Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[9] *Gmail*, Google Play, https://play.google.com/store/apps/details?id=com.google.android.gm&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[10] *YouTube*, Google Play, https://play.google.com/store/apps/details?id=com.google.android.youtube&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[11] Google Meet, Google Play, https://play.google.com/store/apps/details?id=com.google.android.apps.tachyon&hl=en_US (last visited Oct. 13, 2026) (on file with Google).

[12] Google Docs, Google Play, https://play.google.com/store/apps/details?id=com.google.android.apps.docs.editors.docs&hl=en_US (last visited Oct. 13, 2026) (on file with Google).

[13] *Google Maps*, Google Play, https://play.google.com/store/apps/details?id=com.google.android.apps.maps&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

16. The Amazon Appstore is "publicly available," § 1(6), as it is available in over 200 countries and territories,[14] and customers from the United States are eligible to shop for apps from the Amazon Appstore on Amazon.com.[15]

17. The Amazon Appstore is a "website, software application, or electronic service," § 1(6), as it is available in the form of an Internet website[16] and as software available on Amazon's Fire Tablet devices.[17]

18. The Amazon Appstore "allows account holders to download apps . . . onto a mobile device," § 1(6), as users can "download games and mobile apps to [their] supported devices" including Fire Tablet mobile devices.[18]

19. The Amazon Appstore also "allows account holders to download apps *from third-party developers* onto a mobile device," § 1(6) (emphasis added), as developers or owners of apps "can distribute [their] apps and games on Amazon Fire devices" and can "submit [their] app, digital software, or video game to Amazon" using the Amazon Developer Console.[19]

20. It is my understanding that the Amazon Appstore has users who are under 18 years of age who are in Alabama.

---

[14] *About the Amazon Appstore*, Amazon.com https://www.amazon.com/gp/help/customer/display.html?nodeId=GP96AU3MQ58FMV8U (last visited Oct. 16, 2026) (on file with Amazon.com).
[15] *Countries & Territories Eligible to Shop for Apps on Amazon.com*, Amazon.com https://www.amazon.com/gp/help/customer/display.html?nodeId=GSXRFWKVKXYMK8GS (last visited Oct. 16, 2026) (on file with Amazon.com).
[16] *Amazon Appstore Home*, Amazon.com https://www.amazon.com/mobile-apps/b/?ie=UTF8&node=2350149011 (last visited Oct. 16, 2026) (on file with Amazon.com).
[17] *Install an App on Your Fire Tablet*, Amazon.com https://www.amazon.com/gp/help/customer/display.html?nodeId=G89P5HPD7RQFPB2A (last visited Oct. 16, 2026) (on file with Amazon.com).
[18] *Supra* note 15.
[19] *App Submission FAQ*, Amazon Developer, https://developer.amazon.com/docs/app-submission/faq-submission.html (last visited Oct. 16, 2026) (on file with Amazon.com).

21. Amazon is also a "developer" as defined by the Act because Amazon "owns or controls an app made available through an app store[.]" § 1(9). Those software applications Amazon owns or develops include Kindle,[20] Audible,[21] IMDb,[22] Amazon Music,[23] Twitch,[24] and Goodreads.[25]

22. Finally, based on my experience in the industry and information publicly available about how the Apple App Store's services operate, it is my understanding the Apple App Store meets the criteria to constitute an "app store" under § 1(6), that Apple owns and operates the Apple App Store, and that Apple is thus an "app store provider" under § 1(7).

23. Apple's App Store is "publicly available," § 1(6), as it is available to users with an internet connection and an Apple Account.[26] The App Store is available to individuals across the United States.[27]

---

[20] *Kindle for Android*, Amazon.com Appstore, https://www.amazon.com/Amazon-com-Kindle-for-Android/dp/B004DLPXAO (last visited Oct. 16, 2026) (on file with Amazon.com).
[21] *Audible, Inc.*, Amazon.com Appstore, https://www.amazon.com/Audible-Audiobooks-Podcasts-for-Android/dp/B004GJ6BY0 (last visited Oct. 16, 2026) (on file with Amazon.com).
[22] *IMDb Mobile, LLC*, Amazon.com Appstore, https://www.amazon.com/IMDb-Mobile-LLC-Movies-TV/dp/B004GISARW (last visited Oct. 16, 2026) (on file with Amazon.com).
[23] Amazon Music for Android, Amazon.com Appstore, https://www.amazon.com/dp/B004FRX0MY (last visited Oct. 13, 2026) (on file with Amazon.com).
[24] Twitch, Amazon.com Appstore, https://www.amazon.com/dp/B007SOQBCM (last visited Oct. 13, 2026) (on file with Amazon.com).
[25] *Goodreads*, Amazon.com Appstore, https://www.amazon.com/Goodreads/dp/B005AKD836 (last visited Oct. 16, 2026) (on file with Amazon.com).
[26] *Get apps in the App Store on iPhone*, Apple Support https://support.apple.com/guide/iphone/get-apps-iphc90580097/26/ios/26 (last visited Oct. 16, 2026) (on file with Apple).
[27] *Availability of Apple Media Services*, Apple Support, https://support.apple.com/en-us/118205 (last visited Oct. 16, 2026) (on file with Apple).

24. Apple's App Store is a "website, software application, or electronic service," § 1(6), as it is available in the form of an app on, for example, iPhones and iPads.[28]

25. Apple's App Store "allows account holders to download apps . . . onto a mobile device," § 1(6), as an App Store user can "[b]rowse through the Today, Games, Apps, or Arcade tabs to find apps [he or she] like[s]" or search for specific content and download and/or purchase apps onto his or her iPhone or iPad.[29]

26. Apple's App Store also "allows account holders to download apps *from third-party developers* onto a mobile device," § 1(6) (emphasis added), as developers or owners of apps can use the App Store to "easily deliver apps to hundreds of millions of people around the world on their iPhone, iPad, Mac, Apple TV, Apple Watch, and Apple Vision Pro."[30]

27. It is my understanding that the Apple App Store has users who are under 18 years of age who are in Alabama.

28. These three covered members who operate app stores enable billions of users around the world to create and share content using their services, whether to facilitate work, study, prayer, socialization, commerce, or communication. These companies also moderate and curate what is displayed on their services as a vital part of their operations. They disseminate a massive and constantly expanding amount of content in order to provide valuable products and tools for their users.

---

[28] *See supra* note 23; *see also Get apps in the App Store on iPad*, Apple Support, https://support.apple.com/guide/ipad/get-apps-ipad9b4cea76/26/ipados/26 (last visited Oct. 16, 2026) (on file with Apple).
[29] *Download apps on your iPhone or iPad*, Apple Support, https://support.apple.com/en-us/102590 (last visited Oct. 16, 20265) (on file with Apple).
[30] *App Store*, Apple Developer, https://developer.apple.com/distribute/ (last visited Oct. 16, 2026) (on file with Apple).

## II. Valuable and Protected Speech on CCIA Members' Digital Services

29. The content on CCIA members' digital services comes from all over the world and is incredibly diverse. The services enable and provide a forum for the height of human thought and creativity: material that runs the gamut from being culturally significant, informative, educational, or politically engaging to funny and entertaining. These services are critical gateways for accessing and disseminating protected speech and expression, and millions of individuals use these services daily to engage in speech.

30. CCIA members' services offer access to a wide array of highly valuable speech and viewpoints, and adults and minors alike benefit from access to these services. For example, member services host apps that allow users to download ebooks from their local library;[31] access and learn about the collection of the Metropolitan Museum of Art;[32] take online courses through Coursera or Khan Academy;[33] paint pictures using the apps like Sketchbook app;[34] publish or read essays on virtually any topic via apps like their own written material on Substack or Reddit;[35] track

[31] *E.g.*, *Libby: Read Library Books*, Google Play, https://play.google.com/store/apps/details?id=com.overdrive.mobile.android.libby&hl=en_US (last visited Oct. 16, 2026) (on file with Google).
[32] *THE METropolitan Museum NYC*, Google Play, https://play.google.com/store/apps/details?id=com.museumtech.themetaudioguide (last visited Oct. 16, 2026) (on file with Google).
[33] *Coursera: Grow your career*, Google Play, https://play.google.com/store/apps/details?id=org.coursera.android&hl=en_US (last visited Oct. 16, 2026) (on file with Google); *Khan Academy*, Google Play, https://play.google.com/store/apps/details?id=org.khanacademy.android&hl=en_US (last visited Oct. 16, 2026) (on file with Google).
[34] *Sketchbook*, Google Play, https://play.google.com/store/apps/details?id=com.adsk.sketchbook&hl=en_US (last visited Oct. 16, 2026) (on file with Google).
[35] *Substack*, Google Play, https://play.google.com/store/apps/details?id=com.substack.app&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

politics on Politico;[36] read the news on the New York Times or Wall Street Journal;[37] download and read or listen to nearly a lifetime's supply of books via apps like Goodreads, Kindle, and Audible;[38] share photos and videos with family and friends through Flickr;[39] play crossword puzzles or other games on apps like Crossword Explorer, SudokuMagic, or Chess.com;[40] access and store recipes on apps like Paprika or NYT Cooking;[41] listen to the world's collection of music on Spotify, Amazon Music, or Tidal;[42] find new indie bands on Bandcamp;[43] and watch movies or television shows or movies on Netflix, Tubi, or YouTube.[44]

31. Many of these apps that create, host, or facilitate speech are owned and operated by CCIA's members. For example:

---

[36] *POLITICO*, Google Play, https://play.google.com/store/apps/details?id=com.politico.android&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[37] *NYTimes: US and Global News*, Google Play, https://play.google.com/store/apps/details?id=com.nytimes.android&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[38] *E.g.*, *Goodreads: Book Tracker & More*, Google Play, https://play.google.com/store/apps/details?id=com.goodreads&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[39] *Flickr*, Google Play, https://play.google.com/store/apps/details?id=com.flickr.android&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[40] *E.g.*, Chess - Play and Learn Online, Google Play, https://play.google.com/store/apps/details?id=com.chess&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[41] *E.g.*, *Paprika Recipe Manager 3*, Google Play, https://play.google.com/store/apps/details?id=com.hindsightlabs.paprika.android.v3&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[42] *E.g.*, *Spotify: Music and Podcasts*, Google Play, https://play.google.com/store/apps/details?id=com.spotify.music&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[43] *Bandcamp*, Google Play, https://play.google.com/store/apps/details?id=com.bandcamp.android&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

[44] *E.g.*, *Netflix*, Google Play, https://play.google.com/store/apps/details?id=com.netflix.mediaclient&hl=en_US (last visited Oct. 16, 2026) (on file with Google).

a. **Audible**, owned by CCIA member Amazon.com, provides access to a library of millions of audiobooks, many of which were produced and published by Amazon (called "Audible Originals").[45]

b. **Kindle**, owned by CCIA member Amazon.com, provides access to a library of millions of ebooks, newspapers, comics, and other media.[46]

c. **IMDb**, owned by CCIA member Amazon.com, is an online database that provides movie ratings, reviews, trailers, and other information related to films, television, and other streaming content.[47] As of September, 2026, IMDb contained information on over 33 million titles and provided access to over 9 million user reviews.[48]

d. **Goodreads**, owned by CCIA member Amazon.com, is "the world's largest site for readers and book recommendations."[49] Like IMDb, it provides a platform for users to review books, track books they've read, and read interviews with authors.

e. **Twitch**, owned by CCIA member Amazon.com, is an interactive livestreaming service for gaming, entertainment, sports, music, and other media.[50]

f. **YouTube**, owned by CCIA member Google, provides a space for people to create, upload, and view videos, music, podcasts, and other recorded and live media.[51]

---

[45] *See About Audible, Audible,* https://www.audible.com/about (last visited Oct. 16, 2026).
[46] Kindle, Amazon.com, https://www.amazon.com/kindle/explore-more-content (last visited Oct. 14, 2026).
[47] IMDb, https://www.imdb.com/ (last visited Oct. 14, 2026).
[48] IMDb Statistics, IMDb, https://www.imdb.com/pressroom/stats/ (last visited Oct. 14, 2026).
[49] About Goodreads, Goodreads, https://www.goodreads.com/about/us (last visited Oct. 14, 2026).
[50] Twitch, https://www.twitch.tv/ (last visited Oct. 14, 2026).
[51] YouTube, https://www.youtube.com/ (last visited Oct. 14, 2026).

g. **Google Search**, owned by CCIA member Google, is a web search engine that indexes billions of webpages to deliver relevant information in response to user queries.[52]

h. **Gmail**, owned by CCIA member Google, is a popular email application that facilitates user communication over the Internet, among other features.[53]

i. **Google Docs**, owned by CCIA member Google, allows users to create, edit, and collaborate with others on documents.[54]

j. **Google Meet**, owned by CCIA member Google, is a video communication and conferencing service that lets users connect via audio, video, chat, and screen sharing.[55]

k. **Google Maps**, owned by CCIA member Google, is a web- and app-based mapping, navigation, and location service.[56] In addition to general navigation, Google Maps also allows people to search for local businesses, restaurants, landmarks, and other places of interest, and view user ratings of those places.

32. Millions of Americans, and billions of people worldwide, use at least one of CCIA members' digital services. Google Play, for example, explains that it enables "more than 3 billion monthly users across 190+ markets worldwide to discover millions of high-quality apps, games,

---

[52] *See generally* Google, www.google.com; *see also* Explore the world of Google Search, Google Search, https://www.google.com/intl/en_us/search/howsearchworks/ (last visited Oct. 14, 2026).
[53] Gmail, https://workspace.google.com/gmail/ (last visited Oct. 14, 2026).
[54] Google Docs, Google Play, https://play.google.com/store/apps/details?id=com.google.android.apps.docs.editors.docs_(last visited Oct. 14, 2026).
[55] Google Meet, Google Workspace, https://workspace.google.com/products/meet/ (last visited Oct. 14, 2026).
[56] Google Maps, https://www.google.com/maps/about/ (last visited Oct. 14, 2026).

books, and more."[57] Apple's App Store connects developers "to over 2.35 billion devices in 175 regions."[58]

33. Accordingly, CCIA's members offer their users the opportunity to (1) maintain connections with friends and family and create new connections, (2) express themselves and their creative works, (3) stay informed about current events and engage in their own political and social speech on the day's issues, (4) learn from others, whether through expressly educational content or through the ability for cross-cultural exchange, and (5) find high-quality and engaging expression.

## III. CCIA Members Offer Parents Many Voluntary Ways to Monitor Their Minor Children's Internet Use.

34. CCIA holds a firm conviction that children are entitled to a higher level of security and privacy in their online experiences. But not only do parents already have widely available tools to monitor and control their children's online behavior, CCIA's members are already actively engaged in various initiatives to integrate new, robust, and protective design features into their digital services.

35. For example, CCIA members that operate app stores engage in content rating for all or almost all of their apps. These processes vary across app stores, but typically involve a form of collaborative content analysis and rating to determine and display an app's age appropriateness. For Apple, apps published in the U.S. App Store are rated 4+, 9+, 13+, 16+, and 18+.[59] Amazon

---

[57] *How Google Play Works*, Google Play, https://play.google/howplayworks/ (last visited Oct. 16, 2026) (on file with Google).
[58] *Developing for the App Store*, Apple, https://www.apple.com/app-store/developing-for-the-app-store/ (last visited Oct. 16, 2026) (on file with Apple).
[59] *See Apple Expands Tools to Help Parents Protect Kids and Teens Online*, Apple Newsroom (June 11, 2025), https://www.apple.com/newsroom/2025/06/apple-expands-tools-to-help-parents-protect-kids-and-teens-online/ (last visited Oct. 16, 2026) (on file with Apple); *Age Ratings Values and Definitions*, Apple Developer, https://developer.apple.com/help/app-store-

uses its own rating system, which is 0-12, 13-15, 16-17, and 18+.[60] Google, in contrast, uses the ESRB/IARC rating system—0-9, 10+, 13+, 17+, and 18+.[61]

36. In addition to rating content for age appropriateness, all of CCIA's app store provider members engage in content filtering and will ban apps that do not comport with app stores' content policies. Apple, for instance, will reject apps that it determines to contain "objectionable content," defined as content that is "offensive, insensitive, upsetting, intended to disgust, in exceptionally poor taste, or just plain creepy."[62] Google Play will "prohibit[] content" that it determines to "contain or promote sexual content or profanity," "hate speech," "violence" or "violent extremism."[63] Google Play also bans content that facilitates bullying or dangerous products, or content that "capitalize[s] on or [is] insensitive towards" certain "sensitive event(s)" such as natural disasters, civil emergencies, deaths, "or other tragic events."[64] The Amazon Appstore will "reject[] or suppress[]" apps which contain content that would not be considered "family-friendly."[65] Examples of "restricted content" include "sexually explicit content," "hateful

---

connect/reference/app-information/age-ratings-values-and-definitions/ (last visited Oct. 16, 20265).

[60] *See* Moses Roth, *Navigating App Submission and Compliance with Confidence*, Amazon Developer (Feb. 25, 2025), https://developer.amazon.com/apps-and-games/blogs/2025/02/navigating-app-submission-and-compliance (last visited Oct. 16, 2026) (on file with Amazon.com).

[61] *See Apps & Games Content Ratings on Google Play*, Google Play Help, https://support.google.com/googleplay/answer/6209544 (last visited Oct. 16, 2026) (on file with Google).

[62] *App Review Guidelines*, Apple Developer, (last updated Oct. 16, 2026), https://developer.apple.com/app-store/review/guidelines/#safety (last visited Oct. 16, 2026) (on file with Apple).

[63] *Inappropriate Content*, Google Play Console Help, https://support.google.com/googleplay/android-developer/answer/9878810 (last visited Oct. 16, 2026) (on file with Google).

[64] *Id.*

[65] *Amazon Appstore Content Policy*, Amazon Developer, https://developer.amazon.com/docs/policy-center/understanding-content-policy.html (last visited Oct. 16, 2026) (on file with Amazon.com).

or harassing content," "inaccurate or misleading medical advice," "illegal, reckless, dangerous, or harmful content," "insensitivity towards a sensitive event," or violence and violent extremism.[66]

37. All of CCIA's app store provider members use their content rating systems to flag and impose additional restrictions on apps directed towards younger audiences. Before such an app may be published in Google Play, Google requires that the app comply with its Google Play Families Policies.[67] Under these policies, apps will be suspended or removed unless they contain only "content" that is "appropriate for children" and impose additional data privacy safeguards to minimize the disclosure of children's personal information.[68] Additionally, "social apps" targeted at children "must also provide a method for adults to manage social features for child users, including, but not limited to, enabling/disabling the social feature or selecting different levels of functionality."[69] Similarly, Apple tags child-directed apps and sorts them into a "Kids Category."[70] Those apps also must contain only age-appropriate content, provide additional protections over the use and disclosure of children's data, and implement "parental gates to moderate a child's ability to perform certain actions" "such as buying In-App Purchases without permission, or following link outs . . . ."[71] Likewise, Amazon requires all "child-directed apps" to contain "age-appropriate

---

[66] *Restricted Content Policy*, Amazon Developer, https://developer.amazon.com/docs/policy-center/restricted-content.html (last visited Oct. 16, 2026) (on file with Amazon.com).
[67] *Google Play Families Policies*, Google Play Console Help, https://support.google.com/googleplay/android-developer/answer/9893335 (last visited Oct. 16, 2026) (on file with Google).
[68] *Id.*
[69] *Id.*
[70] *Design safe and age-appropriate experiences for your apps and games*, Apple Developer, https://developer.apple.com/kids/ (last visited Oct. 16, 2026) (on file with Apple).
[71] *Id.*

content," "comply with all applicable laws, including the Children's Online Privacy Protection Act," block all advertising, and only collect limited categories of personal data.[72]

38. On top of these *ex ante* requirements, CCIA's app store provider members provide additional voluntary tools for parents to control their children's exposure to apps and content. Google Play allows parents to set up controls on their children's accounts.[73] These controls allow parents to, for example, restrict apps and games on an Android device by choosing categories of content allowed for download or purchase; lock their child's screen during certain hours such as bedtime; approve all purchases and new apps that the child wants to download, and more.[74] The Apple App Store similarly allows parents to set age-related restrictions for content; prevent their children from installing or deleting apps or making in-app purchases in apps; restrict app downloads and games; and manage their child's privacy settings.[75] Additionally, Amazon's Appstore Parent Dashboard allows parents to monitor the apps their children are interacting with, set daily limits or restrict their children's use at certain times of day, and restrict access to certain content.[76]

39. In addition to the parental controls at the app store level, several of CCIA's members, acting as developers of software applications, have been leading the effort to implement

[72] *Child-Directed App (COPPA) Policy*, Amazon Developer (last updated Jun. 01, 2020), https://developer.amazon.com/docs/policy-center/privacy-children.html (last visited Oct. 16, 2026) (on file with Amazon.com).
[73] *How to Set Up Parental Controls on Google Play*, Google Play Help, https://support.google.com/googleplay/answer/1075738 (last visited Oct. 16, 2026) (on file with Google).
[74] *Id.*
[75] *Set up parental controls to manage your child's iPhone or iPad*, Apple, https://support.apple.com/en-us/105121 (last visited Oct. 16, 2026) (on file with Apple).
[76] *Amazon Parent Dashboard*, Amazon, https://www.amazon.com/parentdashboard/intro (last visited Oct. 16, 2026) (on file with Amazon.com).

parental control tools within their applications to individually tailor younger users' online use to the content and services that are suited to their unique lived experience and developmental needs.[77]

## IV. Provisions of the Act Relevant to this Challenge

40. The Act requires an app store provider to use a commercially reasonable method or a method that complies with rules adopted pursuant to the Act to verify an individual's "age category," as defined by the law, when that individual creates an account with the app store. § 2(a)(2). If the app store provider determines the individual is a minor, it must require that the minor's account be affiliated with a parent or guardian's account, verify the identity of the purported parent or guardian, obtain consent from the holder of the affiliated account, and make certain required disclosures, including the age rating (if the app store has such a rating), before allowing the minor to download or purchase an app or make an in-app purchase. § 3(1)-(2). The app store provider is also required to notify the app developer if a parent or guardian revokes consent, § 3(3), provide app developers with access to the information the app store provider has collected about Alabama users' age categories and parental consent statuses, § 5, and comply with certain requirements to protect users' personal data, § 6.

[77] *E.g.*, *With Kids Profiles, Parents Can Now Easily Share Their Love of Stories*, Audible Newsroom (Sept. 17, 2024), https://www.audible.com/about/newsroom/with-kids-profiles-parents-can-now-easily-share-their-love-of-stories (last visited Oct. 16, 20265) (on file with Amazon.com); *Important info for parents about YouTube Kids*, YouTube For Families Help, https://support.google.com/youtubekids/answer/6130561 (last visited Oct. 16, 2026) (on file with Google); *Set up a supervised teen accoun*t, YouTube Help, https://support.google.com/youtube/answer/15252891 (last visited Oct. 16, 2026) (on file with Google); *AboutAmazon Kids+*, Amazon, https://www.amazon.com/gp/help/customer/display.html?nodeId=202119910 (last visited Oct. 16, 2026) (on file with Amazon.com); *Teen safety options*, Pinterest Help Center, https://help.pinterest.com/en/article/teen-safety-options (last visited Oct. 16, 20265) (on file with Pinterest).

41. Further, the Act requires app developers to "verify through the app store provider's data sharing methods" every user's age category and—if the user is a minor—whether consent has been obtained. § 9(1). It also requires app developers to notify app store providers of "significant change" to their apps' terms of service or privacy policies, at which point app store providers must notify users and, for minor users, notify parents and obtain consent for minors' continued use of the app. §§ 9(2), 4(1)-(2).

42. The Act holds app store providers and developers liable for "enforc[ing] a contract or terms of service against a minor" unless the app store provider has obtained or the developer has verified parental consent, has verified through the app store provider that verifiable parental consent has been obtained; "knowingly misrepresent[ing]" information in the parental consent disclosure; and "shar[ing] personal age verification data" or "age category data" except, for app store providers, as required by the law. §§ 8, 9(c). However, developers are protected by a safe harbor from the "knowing misrepresentation" provision if the developer uses "widely adopted industry standards" to determine an app's "age category" and the associated content description disclosure, and applies those standards consistently and in good faith. § 12(b).

43. Violations of the "knowing[] misreprent[ation]" provisions of the Act are designated "deceptive trade practice," and accordingly enforcement authority has been vested in the Alabama Attorney General. § 11(a).

## V. The Impact of the Act on CCIA Members and Their Users

44. Based on my experiences working with CCIA's members and in the digital services industry generally, the Act's restrictions will require app store providers, in practice, to implement complex and costly age verification, parental consent, and parental verification procedures.

45. To comply with the Act's age verification requirements, CCIA's app store provider members will need to assess the age of existing account holders and implement procedures to determine the age of future account holders when they create app store accounts. § 2. App store provider members will then need to sort account holders into specific "age categories" designated by the Act, § 1(2), effectively preventing some app store provider members from employing the age categorizations that those members have determined to be most appropriate for purposes of curating content on their digital services.

46. To do so, members will spend large, unrecoverable sums up front to develop the proper capabilities.[78] Despite the fact that the Act calls for the use of either a method that complies with rules promulgated by the State or "commercially available" methods, § 2(a)(2), there is currently no standard practice for online age verification.[79] Popular options typically involve document review (e.g., presenting government ID) and/or visual inspection (e.g., estimating age based on biometric scans of a user's face).[80] Yet each method "fall[s] on a spectrum of 'dangerous in one way' to 'dangerous in a different way'" because "every solution has serious privacy, accuracy, or security problems."[81] For example, "[h]ighly accurate age assurance methods may

[78] *See* Engine, *More Than Just a Number: How Determining User Age Impacts Startups* (Feb, 2024), https://static1.squarespace.com/static/571681753c44d835a440c8b5/t/66ad1ff867b71114cc6f16b00/1722621944736/More+Than+Just+A+Number+-+Updated+August+2024.pdf (last visited Oct. 16, 2026) (estimating costs of building an in-house age verification functionality at $2 million; further estimating the cost of integrating a third-party age verification service at $50,000 plus $1.50 per instance of verification). Based on these numbers, the cost of age verification could amount to tens or hundreds of millions of dollars for CCIA's large app store members.

[79] Eric Goldman, *The "Segregate-and-Suppress" Approach to Regulating Child Safety Online*, 28 Stanford Tech. L. Rev. 173, 183 (2025) (observing that "there is no 'preferred' or 'ideal' way to do online age authentication").

[80] *Id.* at 183-85.

[81] Letter from Hayley Tsukayama, Assoc. Dir. of Legis. Activism, Elec. Frontier Found. (E.F.F.), to Leticia James, N.Y. Att'y Gen., at 7 (Sept. 30, 2024) regarding Advanced Notice of Proposed Rulemaking pursuant to New York General Business Law section 1500 et seq.,

depend on collection of new personal data such as facial imagery or government-issued ID," introducing potential privacy concerns.[82] These privacy concerns would compound if the app store chose to outsource age verification: by sharing their age information with not only the app store but also the third-party vendor (via the app store) and the app developer, users would effectively triple the exposure of their sensitive data. Thus, each age-verification method stands to block out users who, for example, lack identification or the required camera equipment,[83] and chill privacy-minded users who do not wish to subject their faces to biometric examination[84] or data-sharing with third-parties at a time when some age assurance vendors have failed to handle individuals' private data with sufficient care.[85] Based on my conversations with industry experts experiencing compliance challenges with age-verification laws in other jurisdictions, a large percentage of users can be expected to refuse age-verification challenges altogether. To ensure the process continues

---

[https://perma.cc/7ECN-8Q8M]. *See also* Shoshanna Weissmann, *The Fundamental Problems with Social Media Age Verification Legislation*, R Street (May 16, 2023), https://www.rstreet.org/commentary/the-fundamental-problems-with-social-media-age-verification-legislation/ (last visited Oct. 16, 2026) (discussing the detrimental effects of age verification on privacy, security, and protected First Amendment right).

[82] Digital Trust & Safety Partnership, *Age Assurance: Guiding Principles and Best Practices*, at 10 (Sept. 2023), https://dtspartnership.org/wp-content/uploads/2023/09/DTSP_Age-Assurance-Best-Practices.pdf (last visited Oct. 16, 2026).

[83] *See PSInet, Inc. v. Chapman*, 362 F.3d 227, 237 (4th Cir. 2004) (noting that making the presentation of government ID a prerequisite to accessing online content acts as "a complete block to adults who wish to access adult material [online] but do not" have the necessary documents; *see also* Am. *Booksellers Found. v. Dean*, 342 F.3d 96, 99 (2d Cir. 2003).

[84] Sarah Forland, *Exploring Privacy-Preserving Age Verification: A Close Look at Zero-Knowledge Proofs*, New America (July 17, 2025), https://www.newamerica.org/insights/exploring-privacy-preserving-age-verification/ ("[S]ubjecting people to unwarranted age verification can create a chilling effect on online activity, while also imposing greater personal data-sharing requirements on everyone.").

[85] *See* J. Kelley, *Hack of Age Verification Company Shows Privacy Danger of Social Media Laws*, Electronic Frontier Foundation (June 26, 2024), https://www.eff.org/deeplinks/2024/06/hack-age-verification-company-shows-privacy-danger-social-media-laws (last visited Oct. 16, 2026).

to work effectively, members will need to engage in additional ongoing expenditures that maintain those capabilities. These costs cannot be recouped and are extremely burdensome on members.

47. Similarly, the Act's parental consent requirement will force CCIA's members to implement mandatory parental-verification procedures and will require CCIA members to set up a process by which a minor's account can be linked to the minor's parent or guardian's account. §§ 3(1), 1(15)-(16). There is no accepted, effective, proportionate method of authenticating the parental or guardian status of an individual purporting to give consent for a minor user,[86] making it exceptionally difficult to remotely verify the existence of a relationship between two accounts as Alabama requires. This is particularly so in instances where, for example, parents or legal guardians do not have the same last name as the children in question, or where a parent is not located in Alabama. Further, the Act's parental consent requirements fail to provide app store providers with guidance for handling non-paradigmatic parent-child relationships such as, for example, where the parents or legal guardians of a child are separated and may disagree about the desired online activity for their child, or where the child is in foster care.[87] These requirements thus create uncertainty for app store providers and demand additional significant upfront and ongoing investments to implement.

48. These costs will be felt by developer members as well as app store provider members, as the Act requires developers to "verify" the "age category of users located in [Alabama]" and for each minor account "whether verifiable parental consent has been obtained" through the "app store's data sharing methods." § 9(1). The Act's imposition of new age rating categories—and liability for knowing misrepresentations thereof—in practice requires developers

[86] *See* Goldman, *supra* note 79.
[87] *Id.*

to incur additional costs in reevaluating their content to re-rate the age appropriateness of their apps. The age categories prescribed by the Act do not align with the age rating categories currently imposed by the Apple App Store and Google Play Store, thus functionally requiring developer members to reevaluate their content according to the Act's new metrics and designate an Alabama-appropriate age rating anew. This misalignment will also impose additional burdens and costs on those app stores, as the statute diverges from their own judgment about how to most appropriately classify the age-appropriateness of applications, and they will be required to determine how to integrate the new age rating system into their existing age rating and display infrastructures. These costs compound the irreparable burden the Act will place on CCIA's members, just for the members to attempt to comply with its restrictions.

49. Based on my years of experience and advocacy and my interactions with staff of app developers (including CCIA's members), I believe that the Act will also impose prohibitive costs on smaller app developers that are not CCIA members. Those apps and developers may be smaller as measured in users, volume of content, number of employees, or annual revenue—or all four. What will be difficult for CCIA members will be ruinous for many more app developers. The requirements imposed by the Act on app developers may be cost and resource-prohibitive for smaller apps. Because all app developers must, in practice, create a system for age category and parental consent verification and re-categorize the age appropriateness of their apps to align with Alabama's preferred groupings, some developers may be forced to entirely shut down their apps rather than shoulder these additional burdens.

50. Notwithstanding these large costs and burdens on CCIA's app store and developer members, I do not understand the Act to provide any increase in data protection, privacy, or security, beyond what CCIA's members already do. As discussed (*see supra* ¶ 37), CCIA's

member app stores impose strict requirements on the collection and processing of minors' personal information, both as a matter of security and for compliance with other state and federal data privacy laws such as COPPA. The Act adds nothing to that: the only data security requirements the Act imposes pertain to information that the Act forces app stores and developers to collect in the first instance. *See* §§ 6, 9(a)(3) (protection of age-verification data). And, given the mandated disclosures of sensitive personal information to third-parties with different cybersecurity profiles, I believe that a far more likely effect is that the Act affirmatively diminishes the privacy and security of user data.

51. In addition, the Act burdens the First Amendment rights of CCIA members who curate, disseminate, and create speech—including Amazon, Apple, and Google.

52. By imposing restrictions on who may access covered members' services, including by subjecting all adult mobile app users to age verification procedures, requiring that any minor's account be affiliated with a parent account belonging to the minor's parent or guardian, and requiring parental consent before a minor can download or purchase a software application, the Act directly abridges members' ability to curate and disseminate information to their users.

53. The Act also compels covered members to speak, by in practice requiring app developers to determine, and app stores to endorse and disclose, an age rating that aligns with the Act's age categories in order to obtain parental consent for the minor to download or purchase an app, or make in-app purchases. §§ 1(2), 1(8), 1(17), 1(20), 8(2), 9(a)(1), 9(c)(2).

54. Finally, CCIA's members provide vibrant communities for users to engage in vitally important forms of free expression, and the Act will burden or eliminate their ability to engage in these various types of speech.

55. By blocking any minor, *i.e.*, any individual *under the age of 18*, from accessing "app store[s]" unless the minor's account is affiliated with a parent account belonging to the minor's parent or guardian and requiring that minors obtain the consent of a parent or guardian before downloading or purchasing a software application or making a purchase in a software application, § 3(2), the Act restricts minors from accessing applications which are themselves protected by the First Amendment and where they can engage in First Amendment activity.

56. In addition, the Act's requirement that covered members verify the age of all users before deciding whether to let them create an account with an app store, § 2, would also burden the speech of adults.

57. In short, if Alabama's App Store Accountability Act is not enjoined and is enforced against CCIA's members, CCIA's mission to promote open markets, open systems, and open networks would be directly, substantially, and irreparably harmed. Likewise, CCIA's covered members, as well as their users (both minor and adult account holders alike), will suffer irreparable harm.

I declare under penalty of perjury under the laws of the United States pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on this 26th day of October, 2026, in Washington, D.C.

Matthew Schruers