# EXHIBIT C

Brian Willen*
Edward Percarpio
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (212) 999-5800
bwillen@wsgr.com

Lauren Gallo White*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2158
lwhite@wsgr.com

Deno Himonas
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 South State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510
dhimonas@wsgr.com

Elizabeth Sharkey*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C. 20006

esharkey@wsgr.com

*(*motions for admission pro hac vice pending*)

*Attorneys for Plaintiff Computer & Communications Industry Association*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of Alabama,<br><br>Defendant. | **DECLARATION OF JEREMY STRAUSER**<br><br>Case No. ___________<br><br>District Judge __________<br><br>Magistrate Judge __________ |

1. My name is Jeremy Strauser. I am Head of Product, Apps and Engagement at Audible. I am responsible for Audible's iOS, Android, and related app experiences. My day-to-day responsibilities include: directing the product specifications, design, and development of Audible apps including product features and capabilities such as listening, content discovery/collection, and in-app purchasing.

## BACKGROUND ABOUT AUDIBLE

2. Audible is a leading producer and provider of audio storytelling. Audible believes that stories are transformative and seeks via its offering to inspire the imagination of all its users. With its innovative approach, Audible has driven a revolution in audio entertainment.

3. Through the Audible app, users can access a million-plus audiobooks, podcasts, and other audio content. Users can listen to educational works like Carl Sagan's *Cosmos*, biographical works such as Ron Chernow's biography of Alexander Hamilton, and classic works of literature like *Moby Dick*. There's also a category of children's audiobooks, where children can listen to tens of thousands of age-appropriate stories such as *The Wind in the Willows*, *Charlotte's Web*, *The Phantom Tollbooth*, *Matilda*, *Tuck Everlasting* and *The Little House in the Big Woods*.

4. Some titles are available to listen to for free on Audible; most titles, however, are offered for purchase within the app. A portion of Audible's revenue is generated via in-app purchases.

5. Audible is a wholly owned subsidiary of Amazon, which is a member of the Computer & Communications Industry Association (CCIA).

6. Audible operates throughout the world, including in Alabama. It offers Kids Profiles (as explained below) in that state. Therefore, it is reasonable to conclude that its Alabama users include both adults and minors. The Audible app is available on the major app stores, including the Amazon Appstore, the Google Play Store, and the Apple App Store, including on mobile devices (both mobile phones and tablets).

7. In addition to offering audio programming created by others, Audible creates and produces original audio content. Working with some of the world's greatest creators, Audible produces original audio storytelling, as well as podcasts, to bring new ideas and voices to millions of listeners around the globe. Popular examples of Audible original productions include adaptations of *David Copperfield*, *The Little Mermaid* and *Pride and Prejudice*, along with *Impact Winter*.

## AUDIBLE'S EFFORTS TO PROTECT YOUNG LISTENERS

8. As a part of Audible's service, Audible offers the ability to create a Kids Profile for parents and guardians concerned about controlling content selections for younger listeners. This is not required by Alabama law. Parents or guardians can create a Kids Profile in the Audible app and add audiobooks and podcast episodes to their library for their children. Audible believes that parents and guardians should be able to choose to what extent to use those controls, based on their parenting philosophies, relationships with their children, the audio content at issue, and other factors.

9. The Kids Profile includes certain restrictions. For example, some titles are restricted from sharing, such as certain audiobooks with mature content and podcasts with ads. Titles available in a Kids Profile must be affirmatively shared by the parent or guardian account holder. Purchases cannot currently be made from a Kids Profile.

10. In addition, Audible complies with requirements imposed by app stores based on the app stores' content, rating, safety, and user-protection policies. For example, the app stores review Audible's content and test its features and functionalities to ensure the app complies with the app stores' policies in a sandboxed environment before the app is listed on the app stores.

**AGE VERIFICATION, PARENTAL CONSENT, AND AGE RATINGS**

11. I understand that Alabama has passed House Bill 161, the App Store Accountability Act (the Act), and that this law imposes new and burdensome requirements on Audible. Audible is committed to offering the best experience for our customers, including features enabling parents and guardians to add titles to a Kids Profile created by them for their children. The Act requires Audible to undertake additional work to comply with the requirements, which Audible believes is unnecessary in light of existing laws and Audible's proactive efforts to protect its young listeners, in part by providing parents with tools to control their children's access to content on the Audible app through the Kids Profile feature. I understand that the Act applies to Audible as an entity that "owns or controls an app made available through an app store a pre-installed app." Ala. Code § 8-19K-1(9); *see also* § 1(5) (defining an app as "[a] software application or electronic service that a user may run or direct on a mobile device" and which "includes pre-installed apps").[1]

***Age Verification and Parental Consent***

12. The Act requires that app developers "verify through the app store's data sharing methods (i) the age category of users located in this state; and (ii) for a minor account, whether verifiable parental consent has been obtained." § 9(a)(1). Audible will incur material costs building and implementing a new system to comply with this requirement, which is unnecessary given that Audible already has a system in place to safeguard young listeners using Audible with their parents' or guardians' permission.

13. The Act prohibits users of all ages from accessing the Audible app to listen to audio content unless the user first passes the app stores' age verification test, and (if the user is a minor) parental consent test. §§ 2-3.

[1] Citations herein are to Section 8-19K of the Alabama Code.

14. Audible is also concerned that these new age-verification controls will inhibit access to valuable content, including its own original works and educational content. Teen reading is already in decline, and audiobooks are a practical and popular on-ramp to spark interest and engagement in reading.

15. Restricting minors from an entire medium for consuming literature and other scholarly works will also decrease user engagement with the Audible app and downloads of in-app content.

16. Audible's Kids Profiles feature already puts control over content available to their children in the hands of parents and guardians. The Act introduces unnecessary additional friction into the listening experience. And a parent can no longer decide the appropriate level of supervision for their teen's engagement with Audible content, since the age-verification and parental consent processes are mandated.

17. To comply with the Act, Audible must undertake multiple new workstreams at material unanticipated cost, including: updating technology to ingest age signals; implementing verification and parental consent processes; designing, developing, and rolling out these functionalities on the version of Audible's app available within each app store; and mitigating an anticipated loss in engagement and revenue from the mobile Audible app due to the new barriers users will face in accessing Audible's service and downloading audiobooks onto their phones and tablets. The Act differs from similar laws passed in other states, so complying with this law imposes its own unrecoverable compliance costs.

18. Audible's mobile apps are designed specifically to optimize the user experience on mobile devices (smart phones and tablets). But apart from its mobile apps, Audible can be accessed through multiple other means. For example, Audible has a version of its app that is available on surfaces other than mobile devices, such as smart (internet-enabled) TVs, and operates a website, audible.com, that provides access to browse, purchase, and listen to our content on nearly any up-to-date internet browser. Because the Act's requirements are costly and burdensome, Audible does not currently intend to expand the Act's requirements on its non-mobile-app versions of the app.

Dated: October 26, 2026

Respectfully submitted,

Signed by:

/s/ Jeremy Strauser

51AF0AA92D3F4AC

**JEREMY STRAUSER**