# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MARSHALL, in his official capacity as Attorney General of Alabama,<br><br>Defendant. | Civil Action No. ________________ |

**DECLARATION OF MATTHEW BYE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Matthew Bye, declare as follows:

1. I am the Managing Director of Android Ecosystem Strategy, which includes strategy for the Google Play store.

2. Google Play meets the definition of an "App Store" regulated under Alabama Act No. 2026-59 (HB161) (the "Act" or "Act 2026-59"). Google Play is "a publicly available website, software application, or electronic service that allows account holders to download apps from third-party developers onto a mobile device." § 1(6).[1] People in Alabama use Google Play.

3. Google is a member of the Computer & Communications Industry Association.

4. I submit this declaration in support of Plaintiff's Motion for a Preliminary Injunction. I am over the age of 18 and am competent to make the statements herein. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would competently testify to them.

---

[1] Unless otherwise noted, statutory citations refer to Alabama Act No. 2026-59.

## I. Google Play Overview

5. Google Play is a global digital distribution platform that allows businesses to distribute—and users to find, install, and manage—software applications ("apps") and other digital content. Google Play facilitates access for billions of users worldwide—and millions of users in America—to discover millions of high-quality apps, games, books, and other digital content configured for the Android ecosystem. In the context of apps and games, Google Play does this by connecting app publishers with app users and offering an array of services, tools, and features for both. (App publishers are sometimes referred to here as "developers" in line with how the Act refers to them. *See* § 1(9).)

6. On the publisher side, Google Play provides numerous tools and services to help build, test, launch, and improve apps. We also help publishers by offering educational materials on best practices for designing safer, more secure, and more privacy-protective user experiences.[2] We conduct pre-publication security checks of all apps before they are made available to users. We provide built-in software to continuously screen for malware that could compromise the security of user devices and the Google Play ecosystem. We provide publishers with tools to run experiments and beta test their apps, upload and launch their apps, retrieve information about app quality, optimize their listings, automate permissions, manage subscriptions, utilize AI-powered features, and respond to customer reviews. In addition, our data analytics tools help developers understand how their apps are being discovered by users and what features and content are most useful.[3]

---

[2] *See, e.g.*, Google Play Academy, Build Privacy-Friendly Apps (Oct. 18, 2021), https://perma.cc/M9WH-UAVK.

[3] *See, e.g.*, Google Play, Developer Reporting API, https://perma.cc/6YR3-DXM2; Google Play, Statistics, https://perma.cc/B4D6-GFQE.

7. On the user side, we bring together a vast offering of apps (including apps streaming shows and movies), books, and games so they are easily accessible for users; we organize those offerings so users can easily browse and navigate them; and we help protect users from malware, unsafe privacy and security practices, low-quality apps, and abusive content and practices. Users also receive automatic updates—including critical security updates—through Google Play for apps they have already downloaded and most apps pre-installed on their Android devices. Google Play thereby enables users to enjoy and focus on content and the app experience rather than needing to navigate technical and security concerns (such as malware risks) that might otherwise be associated with digital content sourced from millions of different developers.

8. App stores like Google Play offer services that facilitate the creation of and access to significant amounts of speech. Although developers on Android can choose to offer their apps in other ways (such as permitting them to be "side-loaded" from a separate website maintained by the publisher), many developers prefer to focus on creating new services and features rather than maintaining a separate website and running their own security checks. Many developers therefore choose not to offer their apps to the public outside of an app store. In addition, some users prefer to download apps and offerings through Google Play (or another app store) knowing the apps have been subject to standardized policies and controls. Google Play controls are only applicable to offerings accessed through Google Play.

## II. Google Play Facilitates Access to Vast Amounts of Protected Speech and Information

9. *Users' expressive activities.* Google Play acts as a gateway where users can view, download, and otherwise engage with expressive, communicative, and informational digital content and services. These include substantial amounts of core speech, including books, movies, TV, games, and millions of expressive, communicative, and informational apps dedicated to

(among other things) education, religion and spirituality, communication, entertainment, knowledge sharing, informational analysis, gaming, social media, and research. Google Play also facilitates a significant amount of valuable commercial speech.

10. To download apps, books, games, and other offerings from Google Play, and to receive automatic updates for previously downloaded apps, users must have a Google Account, be signed into that account, and agree to Google Play's Terms of Service. If a user is known to be under the age of 13, they cannot create their own Google Account; instead, their parents must create a supervised Google Account on their behalf and manage those accounts through Family Link.[4] Children aged 13 and up to 17 can create their own Google Accounts and choose to have parents helping to supervise their Google Accounts. Children with a supervised Google Account who turn 13 must request, and receive, parental approval for their account to exit supervision. Users under 13 cannot change their ages, and users aged 13-17 cannot change their ages without verifying they are over 18. Generally, users are not required to verify their identities or provide a governmental ID to have a Google Account, and many users do not wish to disclose this type of sensitive information to Google.

11. When minors and their parents visit Google Play, they can browse among high-level menu topics consisting of Games, Apps, and Books, including curated Kids content.

12. For example, in Google Play's Books section, content is organized by medium (*e.g.*, audio books and ebooks) and topical categories, such as Arts & entertainment, Biographies & memoirs, Business & investing, Fiction & literature, and more. Users can also create wishlists and

[4] Google for Families, Create a Google Account for Your Child, https://perma.cc/X3RR-SHW8.

a personalized library with different "shelves" for different genres. Below is an image a user might see when browsing Books on mobile.




13. The Apps section of the store similarly includes features to help users browse and search across a vast spectrum of apps. For example, users can sort apps across topical categories, such as Communication (*e.g.*, VoIP apps, video messengers, and spam blockers), Productivity

(*e.g.*, notetaking apps, Microsoft Excel and Copilot), Books & Reference (*e.g.*, wildlife tracking apps, diary apps, plant and garden care, library apps, reading apps, translation apps, and planners and journals), Business (*e.g.*, voice notes, Concur, Slack, scheduling apps, and business card apps), and Art & Design (*e.g.*, sketchbooks, photo editors, and drawing tutorials). We also offer curated categories and categories that might be of interest to users, such as "Editors' Choice" and "Innovation Corner." Below is an image reflecting what a user might see in the Google Play mobile user interface when searching apps configured for a phone.




14. Google Play features countless apps that facilitate communication, learning, and expression across billions of users. To name just a few, WhatsApp Messenger has been downloaded more than 10 billion times; Instagram has been downloaded more than 5 billion times; Netflix, TikTok, and ChatGPT have each been downloaded more than 1 billion times; Threads has been downloaded more than 500 million times; and Hulu, Kindle, and Audible have each been downloaded more than 100 million times. The news apps for ABC News, Associated Press, BBC, CBS, CNN, Fox News, Fox Business News, NBC News, NYTimes, and WSJ have collectively been downloaded roughly 100 million times.

15. *Publishers.* All of these expressive offerings are made possible by a vibrant community of publishers, developers, and content creators (referred to collectively here as publishers). These include publishers of religious material (such as Bible Chat and Al Quran), practical instruction (such as Bilt: 3D Instructions and CDL Prep & Practice Test Genie), political opinion (such as AllSides and Sandbox: Chat About Politics), scientific research (such as Prime: PubMed Journals & Tools and Medscape), educational content (such as Duolingo: Learn Languages and Khan Academy), social media (such as Threads and Bluesky), blogging and writing tools (such as Substack and Medium: Read & Write Stories), book and library apps (such as Libby: Read Library Books and BorrowBox), magazines (such as The New Yorker and Wired), video streaming (such as Prime Video), television (such as Fubo: Watch Live TV & Sports and Tubi: Free Movies & Live TV), short-form video (such as Snapchat), music (such as Spotify: Music and Podcasts and Amazon Music: Songs & Podcasts), poetry (such as Daily Poetry and Verses: Classic Poetry), photography (such as Lightroom Photo & Video Editor and VSCO: Photo Editor), art (such as Etsy and Behance: Creative Portfolios), culture (such as Pinterest and Tumblr), and informational tools (such as calculators, rulers, compasses, and navigation apps).

16. Although some developers who offer apps in Google Play are large corporate entities, more than half of such developers are individuals, small businesses, non-profits, and new and emerging creators attracted by Google Play's broad suite of developer tools and low burdens to access. Government agencies also offer a number of apps that facilitate access to a wide range of public informational tools, services, and resources. The following are just a few of the content-rich apps offered by these developers:

a. **National Park Service App** is the official app for all 420+ national parks and has been downloaded more than one million times. The app provides interactive maps, tours of

park places, on-the-ground accessibility information, and more to help users make the most of their visit to national parks.

b. **Music Volume EQ** is an app developed by Dub Studio Productions, a family music business that gives people control over the music on their phone with an equalizer, bass booster, and 3D virtualizer to simulate different acoustic environments. It has been downloaded more than 50 million times.

c. **Forest: Stay Focused** is an app that helps people take a break from their smartphones and focus on other activities. It has been downloaded more than 10 million times.

d. **Atom: Meditation for Beginners** is a meditation app that helps users build a meditation practice with guided meditations, breathing exercises, and gratitude techniques. It has been downloaded more than one million times.

e. **Ridely** is an online video and training app for the equestrian community that provides personalized training programs, a library of videos and articles, ride logging functionality, and connection with a broader community of equestrians. It has been downloaded more than one hundred thousand times.

f. **SHI: Language Games** is an app developed by anthropologists that uses interactive games and recorded voices to teach native Alaskan dialects. It has been downloaded more than one thousand times.

g. **Voloco** is an app that helps aspiring singers, rappers, and content creators to perfect their sound and achieve near-studio quality vocals using just their phone. It has been downloaded more than 50 million times.

h. **Tarjimly** is a free translation app used by doctors, aid workers, and NGOs worldwide in work to support refugee communities and facilitate the provision of emergency services. It has been downloaded more than 50 thousand times.

i. **Be My Eyes** uses AI to provide detailed visual descriptions of videos and photos to assist the millions of visually impaired people worldwide by giving them back a sense of independence and a connection to the world around them. It has been downloaded more than 5 million times.

j. **Yuka** is an app that scans product labels to reveal their ingredients and health impact. It has been downloaded more than 10 million times.

k. **Peanut** is an app designed for moms to connect, make friends, find support, and build community through all stages of motherhood. It has been downloaded more than one million times.

17. Google Play facilitates the development and distribution of these and millions of other apps that act as platforms for communication, expression, education, knowledge, and creativity. Google Play also connects the developers who create those offerings to a global audience and allows developers to learn from the feedback of that global audience to improve and refine their expressive offerings. By facilitating this expression, and connecting users to informational and expressive tools that have been vetted for security, Google Play serves as a vital conduit of information, knowledge, communication, and expression.

18. This is true for youth, just as it is for adults. Through educational apps, online libraries, news platforms, and social networks, youth can access real-time information about current events, explore academic subjects beyond their school curricula, connect with peers globally, and develop digital literacy skills essential for future success.

## III. Privacy, Safety, and Security Are the Pillars of Google Play's Service

19. Google Play provides a point of access to this vibrant ecosystem accompanied by thoughtfully designed safeguards and digital literacy tools to help families critically evaluate information sources and privacy implications and navigate online spaces safely.

20. We run more than 10,000 security checks on every app offered in our store.[5] These checks happen before an app is available in the store and before an app is updated. Our built-in malware protection, Google Play Protect, also checks both apps and devices for harmful behavior. It runs a safety check on apps from Google Play before they are downloaded, checks user devices for potentially harmful apps and malware from other sources, warns users of potentially harmful apps, deactivates and removes certain apps, and prevents installation of certain apps from unverified sources. Google Play Protect scans more than 200 billion Android apps per day.[6]

21. App publishers must declare how they collect and handle user data for the apps they publish on Google Play and provide details about how they protect this data through security practices like encryption. This includes data collected and handled through any third-party libraries or software development kits used in the apps. Google Play publishes this information in the Data Safety section of each Google Play listing, providing users with transparency into how each app collects, shares, and protects their data before they install the app. And by reviewing these data safety reports, which are prepared and presented in a way that makes the information useful and

[5] Suzanne Frey, *6 Ways Google Play Helps Keep You Safe*, Google Keyword (May 6, 2025), https://perma.cc/7MS5-T95Z.

[6] Google Play Help, Use Google Play Protect to Help Keep Your Apps Safe & Your Data Private, https://perma.cc/X9MC-X75Y.

intuitive, users can make more informed decisions about the apps they choose to download and use.[7]

22. Google Play users have control over what data Google Play uses to generate their search results and recommendations within the store. For example, users can tell Google Play not to use data associated with a particular app for personalization within the store.[8] Our data deletion policy also empowers users with greater clarity and control over their data.

23. For in-app purchases made through Google Play Billing, Play's secure billing system, Google Play ensures users can securely purchase digital content and subscriptions. Personally identifiable information like credit card details stays between the user and Google. It is securely stored and is not shared with app publishers.

24. For an extra level of security, users can also require purchase verification for purchases made through Google Play Billing, which ensures that each purchase made on Google Play through a user's account is first authenticated with a password or biometrics.

25. Google Play also utilizes a number of controls to combat potentially harmful content that does not belong in the Google Play community. We remove apps that, for example, are found to promote violence, endanger children, or allow users to impersonate others. We likewise prohibit apps that are deceptive, malicious, or intended to abuse personal data. We also work to reduce low-quality apps, such as those that do not load properly or provide little value to users, thereby undermining trust in Google Play offerings. As new market risks and technology evolve, we continue to invest in machine-learning detection, enhanced app review processes, and

[7] Google Play Console Help, Understanding Google Play's App Account Deletion Requirements, https://perma.cc/KP49-C24L.

[8] Suzanne Frey, *6 Ways Google Play Helps Keep You Safe*, Google Keyword (May 6, 2025), https://perma.cc/7MS5-T95Z.

our Google Play Developer Program Policies to stop apps with abusive or malicious content before anyone can install them.[9]

26. For apps in select Google Play categories, we also offer badges that appear on the app description page and signal an extra layer of validation and help users find safer and more high-quality experiences. For instance, our "Government" badge assists users in identifying official government apps—such as the Internal Revenue Service's IRS2GO app and the U.S. Department of Veterans Affairs' Health and Benefits app.

27. Google Play has specific policies to protect, and programs to support, our youngest users. The Google Play Families Policies apply to apps for which the target audience is children under the age of consent and require those apps to meet heightened requirements, including app content that is accessible to, and appropriate for, such children. Apps in the Google Play Families program also are eligible for inclusion in the Teacher Approved Program, through which teachers and education specialists recommend high-quality apps for kids on Google Play.[10] Teachers and education specialists rate the apps using a globally relevant framework that considers things like design, enrichment, and appropriateness. Apps that rate highly enough to make it into the Teacher Approved Program are gathered on the Kids tab on Play, making it easy for parents and families to find high-quality kids content. And as discussed further below, for supervised minor accounts, Family Link permits parents to restrict access to specific apps.

## IV. Google Play Offers Parental Controls and Family Friendly Features

28. Google Play is committed to empowering parents and families to make individual choices with technology and helping them create healthy, positive digital habits. This includes

[9] Google Safety Center, How We Help Keep Google Play Safe for Users and Developers, https://perma.cc/W7F9-JDPK.

[10] Google Play, Build Teacher Approved apps, https://perma.cc/8UVC-YHKS.

supporting age-appropriate experiences with the apps, games, books, and other content offered in the Google Play store. To this end, Google already offers parents most of the controls the Act would make mandatory and takes additional measures to help ensure an age-appropriate experience with respect to Google Play apps.

29. Parents of children under the age of 13 are required to use Family Link to create and monitor a Google Account of any child under the applicable age of consent in their region.[11] Family Link is a parental control infrastructure that allows parents to manage and supervise their children's Google Account and use of managed devices. For supervised children, Family Link requires parents to approve app downloads and purchases made through Google Play and sets default content filters that prevent access to content rated above the default rating. Family Link also provides tools for parents to, among other things, understand how children are spending time on managed devices, set app-specific screen time limits, block apps or websites, and manage privacy settings and permissions.[12] Family Link's controls apply across Google Play's suite of offerings, including apps, games, and books.[13]

30. Families can also choose to use Family Link to supervise the Google Accounts and devices of teens who are less than 18 years of age. Google Play also enables users of all ages to set default content filters on their device.

---

[11] Google For Families, Create and Build Your Family Group, https://perma.cc/C4S6-ACLN.

[12] Google For Families, Purchase Approvals on Google Play, https://perma.cc/Y4YF-D2CD; Google Guidebooks, Manage Your Child's Google Play Apps, https://perma.cc/DA2F-B9HZ; Madhur Chadha, *A New Way for Families to Make Purchases on Google Play*, Google Keyword (Dec. 20, 2022), https://perma.cc/P9X5-8L5F; Google for Families Help, Use a Family Payment Method on Google Play, https://perma.cc/7VUU-3VPT.

[13] Google For Families, How to Set Up Parental Controls on Google Play, https://perma.cc/CNS7-VJRF.

31. To help parents in making informed choices about whether or not their child should download specific apps and games, Google Play requires each developer to obtain a content rating prior to publication of their app or game on Play and they must also indicate whether children are their intended target audience and if so, which age groups. Content ratings on Google Play are assigned by the International Age Rating Coalition (IARC) and are designed to help publishers communicate locally relevant content ratings to users, as well as provide additional information related to descriptors of the type of objectionable content (language, blood, etc.) and interactive elements (user interactions, in-game purchase, etc.).[14] Regional IARC authorities maintain guidelines used to determine the maturity level of the content in an app. Ratings are based on a number of factors, including sexual content, violence, drugs, gambling, and profane language. We do not allow apps without a content rating on Google Play.[15] If children are the target audience for an app, the Google Play Families Policies apply and impose additional restrictions on the app or game.[16]

32. Google Play also enables publishers to indicate that their app is not intended for users under the age of 18 and that they do not want their app to be available for such users. In mid-2025, we began implementing age assurance technology designed to recognize users in the United States who are under 18 so we can provide automatic safeguards and enhanced protections. Among other protections, Google blocks users identified in our systems as under the age of 18 from downloading apps restricted to adults. This is done without sharing data with developers.[17] This

[14] Google Play Help, App & Games Content Ratings on Google Play, https://perma.cc/9XZU-2TFC.

[15] Google Play Console Help, Content Ratings, https://perma.cc/BH4K-DDQL.

[16] Google Play Console Help, Google Play Families Policies, https://perma.cc/3YRX-RRPM.

[17] Mindy Brooks, Google Kids and Families, *Ensuring a Safer Online Experience for U.S. Kids and Teens*, Google Keyword (July 30, 2025), https://perma.cc/BQM8-BDK9.

specific setting is mandatory for certain types of apps on the Play Store, including Real-Money Gambling, dating and matchmaking, and random chat apps.

33. Google Play further requires developers to provide their app permissions and Privacy Policy details, which are available to all users, including parents, via the app details page when approving app download requests from their children. This allows parents to review critical information about the app, including content ratings, data privacy practices or other in-app elements, like whether the app contains ads or in-app purchases, that may be important to their decision.

34. As noted above, Google Play also offers features to help parents find family-friendly content. In the Kids section of the store, parents can find teacher-approved apps and games rated for different age categories (such as 0-5, 6-8, and 9-12). Parents and minors can also identify this content through the "Teacher approved" badge, which signifies apps that have been reviewed and rated highly by teachers across various dimensions, such as language, vocabulary, user interface, appropriateness of visuals and content, and features that spur creativity and learning.[18] We also explain why the app received the badge, for example, whether it is good for learning, is thoughtfully designed for children, spurs creativity and imagination, and so forth.

35. To help parents navigate the parental features and controls available for Google Play, we provide a parental guide, accessible through our Google Help pages. The Guide allows parents to explore a range of topics and obtain step-by-step instructions about, for example, how to supervise child accounts, restrictions on advertising, controls to restrict mature content, setting screen limits, and using password protection to prevent accidental purchases.

[18] Google Play, Build Teacher Approved apps, https://perma.cc/8UVC-YHKS.

**V. Compliance Challenges**

36. I understand the Act provides that, starting January 1, 2027, app stores must "verify" the "age category" of users who create new accounts with Google Play, § 2(a); link each new account of a minor to an account belonging to a verified parent or guardian, §§ 1(15)-(16), 3(1); obtain parental approval for each app download and purchase made by such a minor, § 3(2); obtain additional approvals every time an app makes a "significant change" before "providing access to the significantly changed version of the app," § 4; and provide developers with "real-time access" to "age category data" and the "status of verifiable parental consent for each minor located in [Alabama]," § 5. Although Google already offers parents many of these features, the Act's mandatory nature imposes significant burdens for Google Play, developers, and users. In particular, the mandatory age verification, parental tethering, and parental-approval requirements, combined with the requirement to send age signals to millions of app publishers without user or parental consent, create substantial compliance challenges, intrude on users' privacy, and block both minors and adults from accessing speech in or facilitated by the Google Play store.

37. *Age verification.* The Act requires Google Play to sort users into "age category" groups of "under 13 years of age," "at least 13 years of age but less than 16 years of age," "at least 16 years of age but less than 18 years of age," and "at least 18 years of age." § 1(2). To do this sorting when a user creates an account, Google Play must use "[c]ommercially available methods that are reasonably designed to ensure accuracy," or some other method "that complies with rules adopted pursuant to" the Act to categorize the user. § 2(a)-(b).[19] Currently, there is no technically feasible and reliable way to verify the ages or age categories of online users at account creation

[19] An age-verification method is "commercially available" if it "includes both: (i) affirmative age attestation by an individual who is reasonably believed to be the parent or legal guardian of the minor; and (ii) other information collected in the ordinary course of account creation or use." § 2(b).

without processing personally identifiable information (PII) (such as government-issued identification or biometric data) that many users do not want to share. All age-verification methods result in excluding some members of the population, such as those who do not have government IDs or whose facial geometry does not reliably indicate their age. As we have said, age verification "require[s] more data collection and use" from users, which can impede users' "access to important information and services." Google, Legislative Framework to Protect Children and Teens Online at 2, https://perma.cc/T73G-9U7D ("Google, Legislative Framework"). In other words, verifying users' age categories will require us to collect more privacy-intrusive data from our users and impede users' ability to use Google Play anonymously.

38. Similarly, the Act's requirements for parental tethering and consent only apply to users who qualify as a "minor," a defined term that means an "individual under 18 years of age, unless the individual is married or legally emancipated." § 1(11). Determining whether a minor is emancipated would require the minor to provide sensitive legal documents to Google and Google to review such documentation. If this process fails at any step, the minor would have no parent or guardian to approve app downloads and could be cut off from downloading apps altogether.

39. *Parental tethering.* For new users, the Act requires Google Play to use a "commercially available" method to identify if the user is a minor and, if so, to "[r]equire the account to be affiliated with a parent account." §§ 1(15)-(16), 3(1). Given the delicate, legally defined, and sometimes changing nature of family relationships and guardianship, Google Play does not have the ability to verify the parent-child relationship between users without requesting sensitive legal documents from users such as birth certificates, adoption papers, family court orders, and custody agreements. Further, developing systems to verify custodial arrangements as reflected through these documents would require a large upfront and ongoing investment of

resources to, among other things, evaluate identity, verify documentation, make updates to reflect changing custodial relationships, and address inter-family disputes. Navigating these issues is outside the appropriate scope of a digital distribution platform such as Google Play, particularly given the significant potential risks to users' privacy.

40. *Parental consent for app downloads, purchases, and "significant changes."* Once users have verified their ages and affiliated their accounts with a parental account, the Act requires Google Play to obtain prior consent from the parent before the new account can "download an app," "purchase an app," or "make an in-app purchase." § 3(2). This requirement applies not only for app downloads, but also for every purchase made through every app downloaded that utilizes Google Play Billing, including books, articles, videos, online tutorials, educational content, and more.

41. On top of these requirements, the Act requires Google Play to obtain parental approval for minors' use of an app *anew* (despite already obtaining consent at initial download) each time a developer alerts Google Play that it has made a so-called "significant change" to the app's terms of service or privacy policy. Upon such notice, Google Play must "[n]otify the holder of the affiliated parent account" of the change and "[o]btain renewed verifiable parental consent before providing access to the significantly changed version of the app." § 4(2). The Act defines a "change" as "significant" if it (i) "[c]hanges the categories of data collected, stored or shared" (even more protective changes), (ii) "adds new monetization features, including but not limited to, in-app purchases or advertisements," or (iii) "[a]lters the app's age rating or content descriptions." § 1(19).

42. Although Google Play already offers parental-approval capability for supervised accounts, the Act's obligations will exponentially expand the number of users covered by the

requirement and the number of approvals that must be obtained. Compliance with the notification provisions will negatively affect users' experiences, both parents and minors. Implementing such systems would significantly restrict, if not block entirely, access to information and services online. As we have said, legislatively mandating parental approval "could unnecessarily preclude some teens from accessing the basic benefits of the online world and have unintended effects on vulnerable youth." Google, Legislative Framework at 2. Among other reasons, this is because some teens may have parents who are incapacitated, abusive, not proficient in English, not technologically savvy, or simply not available to respond to numerous requests per day (leading either to a complete cutoff or delay in access).

43. Moreover, there are serious, independent challenges that arise from the Act's requirement to obtain renewed parental consent before providing access to already-approved apps where the developer notifies Google Play of a "significant change" to the privacy policy or terms of service. Once an app has been downloaded, attempting to block access for the user poses substantial technical challenges and may need to be managed at the operating system level. Although Google Play could, in theory, hold off updating the app, this would not necessarily affect or delay updates to the terms of service or privacy policy themselves. It could also create serious security issues if the significant change was undertaken to address security vulnerabilities, as such vulnerabilities would go unaddressed while parental consent was being sought. Further, even if it were possible for an app store to block a user from running an app that had already been downloaded, doing so could result in users losing access to or control over data that they have uploaded into an app. For example, a teen user could lose access to important emails or personal documents.

44. *Developer requirements: data requests, data sharing, and age re-verification.* Beyond Google Play, the Act also requires app developers to "[v]erify through [Google Play's] data sharing methods" the "age category of users located in [Alabama]" and "whether verifiable parental consent has been obtained" for minors' accounts. § 9(a)(1). Developers must also "[r]equest age category data or verifiable parental consent" every time a user downloads an app, purchases an app, launches a pre-installed app for the first time, or when the developer makes a significant change to the app. § 9(a)(4). Google Play must provide this information regardless of the developers' ability to use or need for such information and without consideration of whether the user or parent has affirmatively consented to such sharing. Such mandatory sharing of personal data across millions of apps and developers—each with varying levels of digital security and sophistication—further undermines anonymous speech and imperils the data security of all Google Play users, increasing risks of breaches and misuse.

45. At a time when governments, citizens, and private entities share a goal in minimizing data collection and data sharing, the Act would vastly expand not only the collection of sensitive data but the universe of entities with whom it is shared. The Act requires Google Play to share this data with app publishers even if their apps do not have any content that could be considered inappropriate for children. Moreover, many app publishers are small businesses and sole proprietors who might not have the means to meet the Act's data security and encryption standards and do not want the responsibility of storing this sensitive information. This forced sharing of sensitive data puts developers in the difficult position of managing sensitive data without clear rules and safeguards. That burden could shut some publishers out of the Google Play store altogether, regardless of whether their apps should be age restricted.

## VI. The Act Impedes Access to Google Play Offerings

46. The age-verification process could discourage users from accessing the apps and offerings in Google Play. That is particularly true for users who may seek out information on sensitive or controversial topics. Other users may simply be unable to verify their ages because they lack an acceptable form of ID or other reliable proof of age. These users—both adults and minors—could be shut out of the app store ecosystem altogether. Similarly, some minor users may be able to prove their ages but encounter difficulties proving their relationship with a parent, perhaps one who has a different last name. Other parents may simply not want to bother with the hassle of linking their accounts to a child's account—or they might not want a Google Play account themselves. The children of these parents too could be effectively shut out of the Google Play ecosystem, with its various safeguards, until they turn 18.

47. The Act's mandatory parental-consent requirements for minors to download app store offerings, make app store purchases, and continue to use those offerings after any "significant change" impose yet a further obstacle to accessing protected speech. Parents cannot opt out of these requirements or provide blanket authorization, so they will have to manage parental-consent requirements every time their minor child chooses to download an app, book, or game. Parents may elect to forgo the complicated process or be unable to provide immediate consent—such as because they are sleeping, working, traveling, or without their phone. The minor children of these parents will be left with limited options: wait for consent (perhaps hours or days); search out the same content from decentralized and less secure sources; or forgo accessing the speech altogether. The Act's rigid requirements—applying across all app content, from educational to social—undermine family autonomy and ignore varying maturity levels, especially in older teens. So this restriction "could unnecessarily preclude some teens from accessing the basic benefits of the online world and have unintended effects on vulnerable youth." Google, Legislative Framework at 2.

48. On the publisher side, the “significant” change requirements could deter app developers from appropriately updating their privacy policies or terms of service, making safety and functionality updates, adding design modifications or interface improvements, and creating new content offerings altogether. That is because each of these changes could require burdensome new disclosures for the publisher and each would require millions of minor users to obtain parental consent almost constantly. This could result in users missing critical security or safety updates that are typically bundled with additional updates, thereby negatively impacting the overall Google Play experience for both users and developers.

49. Overall, the speech burdens imposed by the Act are vast. Many users will simply be less likely to use app stores, undermining app stores’ role as a vibrant forum for speech and the safety, security, and privacy benefits they create for users, publishers, and the entire ecosystem. Likewise, some publishers will choose not to list their apps in the app store at all in light of the new compliance obligations that will apply to them and burden access for their users.

50. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on October 27, 2026, in San Francisco, CA.

Signed by:
Matthew Bye
9F793F69AEE1493...
______________________
Matthew Bye