# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of Alabama,<br><br>Defendant. | Case No. ______________ |

**DECLARATION OF J. EVANS BAILEY**

Pursuant to 28 U.S.C. § 1746, J. Evans Bailey declares:

1. My name is J. Evans Bailey. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. I am an attorney at Rushton, Stakely, Johnston, & Garrett, P.A., and represent Plaintiff Computer & Communications Industry Association ("CCIA") in this case. The following statements are made within my personal knowledge and are true and correct.

2. I submit this Declaration in support of CCIA's Motion for Preliminary Injunction.

3. At the request of CCIA's counsel, Veritext Legal Solutions created a transcript of excerpts of the following publicly available video recordings of Alabama House and Senate hearings:

a. Alabama House State Government Committee Hearing on HB161 on January 14, 2026, which can be found online at https://alabamachannel.ompnetwork.org/sessions/1190. A true and correct copy of the transcript is attached as Exhibit E-1.

b. Alabama House Session Hearing on HB161 on January 22, 2026, which can be found online at https://alabamachannel.ompnetwork.org/sessions/1216. A true and correct copy of the transcript is attached as Exhibit E-2.

c. Alabama Senate Committee Hearing for Children and Youth Health on January 28, 2026, which can be found online at https://alabamachannel.ompnetwork.org/sessions/1247. A true and correct copy of the transcript is attached as Exhibit E-3.

d. Alabama Senate Hearing on HB161 on February 5, 2026, which can be found online at http://alabamachannel.ompnetwork.org/sessions/1280. A true and correct copy of the transcript is attached as Exhibit E-4.

4. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October, 2026.

J. Evans Bailey

# EXHIBIT E-1

Alabama House State Government Committee

January 14, 2026

HB161

Page 2

VICE CHAIRMAN RUSSELL BEDSOLE: Moving on to the next, HB161. We will have a public hearing. Mr. Chair, I'll allow you to give an explanation of your bill. We'll open up the public hearing. We have the list of everyone who signed up. We are going to allow everyone who has signed up to speak, granting each person a two-minute time period in which they can speak. So, Mr. Chair, if you'd like to go ahead and explain the bill.

CHAIRMAN CHRIS SELLS: Okay, thank you. As you know, I've worked on this for many years. Last year was a big year. This year, we come in with the App Store Bill, and what this does is this gives parents the right to review their apps and approve an app before the app goes to a child's phone.

So what -- this will stop a child from being able to download an app to his phone directly without parental consent. It puts control back to the parents. You know, as we're here, we talk about budgets, we talk about a lot of things, but really, what's the most important thing in our lives? And that's our children. You know, and what this does is just trying to

Page 3

help protect our children.

So I will let the public hearing begin. And if there's any questions at the end, I'll be glad to answer. But just know that this is -- I've been working on this and this is something that we think we need to do.

VICE CHAIRMAN RUSSELL BEDSOLE: Okay. All right. Thank you. What we'll do at the time is go ahead and move to the public hearing portion. Then members of the committee will have plenty of opportunity to ask questions at that time. I just want to do that first in case your questions may be answered by (indiscernible).

CHAIRMAN CHRIS SELLS: Would you mention there's a handout?

VICE CHAIRMAN RUSSELL BEDSOLE: Okay. Yeah, there's also a handout before you with some details about -- would you like to call the first person (indiscernible)?

COUNCILWOMAN MARTRECE BELL: Sure. Charisse Stokes?

VICE CHAIRMAN RUSSELL BEDSOLE: Ms. Stokes is speaking as a proponent or opponent?

COUNCILWOMAN MARTRECE BELL: Yes, opponent.

Page 4

VICE CHAIRMAN RUSSELL BEDSOLE: As an opponent.

CHARISSE STOKES: Mr. Chairman and members of the committee, thank you for the opportunity to speak. My name is Charisse Stokes. I'm an engineer by education, but a technology professional. But I am a small business entrepreneur. Every day I strive to grow our tech and innovation ecosystem across the state of Alabama.

And let me be clear at the onset. We support the goal of HB161. Protecting children online and strengthening parental involvement, vitally important. But the question before us is whether the way this bill is written right now, does it achieve that goal by unintentionally harming Alabama's small businesses and the innovation economy?

And, more importantly, our workforce pipeline as well. All of those are areas that we've worked intentionally and aggressively across the state of Alabama to ensure that we are growing. We work that through Innovate Alabama, through the Department of Workforce, but this bill actually shifts responsibility for age

Page 5

verification and for parental consent to the app stores and the device platforms. But it requires new account verification as well.

For developers, this has real economic impacts. While a lot of large businesses, some of this economic impact, it's manageable for them. But for small business developers, it may not be manageable for them. What we want to do in the state of Alabama is ensure that we're continuing to grow our tech and innovation ecosystem. We don't want to harm that, and we certainly don't want to redo something that we have spent a long time trying to make sure that we've made progress in.

Ninety percent of the businesses across the state are small businesses. As we look at the digital pipeline and workforce development, we want to ensure that we remain open for business throughout the state as well. Now, I want to look at the timing of this, and I think it's very important that we all do.

COUNCILWOMAN MARTRECE BELL: Your time is up.

CHARISSE STOKES: Thank you for your time.

Page 6

VICE CHAIRMAN RUSSELL BEDSOLE: Thank you, Ms. Stokes.

COUNCILWOMAN MARTRECE BELL: John Tamny, opponent? Stephanie Smith. Oh, I'm sorry. My bad.

JOHN TAMNY: Hello, committee. Thank you so much for taking the time to hear my comments on HB161. My name is John Tamny. I'm president of the Parkview Institute, but I'll add a concerned parent of a five-year-old and a nine-year-old. We talk very importantly about child safety, and the importance of children, and the importance of parenting. And that's precisely why I think it's so important to not go with this legislation.

Why would we reduce something that's so important to just a law, that we could somehow put a law on the books, and putting a law on the books achieve outcomes, achieve safety for children? It's hard to see where the two come together, at which point it's got to be said that when you consider child safety, the companies creating the various devices that the kids are on, whether it's iPhones, Androids, iPads, you name it, they go out of their way all the time to

Page 7

protect the safety of children.

They do this because they want repeat business. They want parents who care about their kids to continue buying these goods and services. And so to get an Apple iPhone presently is for parents to have the ability within three clicks to limit screen time for their kids, to limit what -- when they can have screen time for certain apps, and certain times when they cannot have it.

They can limit what reaches their children. They can limit what their children send out if for some reason they send out something that they shouldn't, call it a nude picture. It's immediately blurred precisely because the internet is forever. It cannot be stressed enough that anything that's in this bill, Apple, Google --

COUNCILWOMAN MARTRECE BELL: Your time is up.

JOHN TAMNY: -- and others are well ahead of. At which point we've just got --

COUNCILWOMAN MARTRECE BELL: Stephanie Smith? I'm sorry. Your time's up.

STEPHANIE SMITH: Good afternoon. My

Page 8

name is Stephanie Smith. I'm the president and CEO of the Alabama Policy Institute, and I'm here to testify in support of House Bill 161, the App Store Accountability Act.

Some of you already know me, and you know that I'm the mother of seven children. I know how hard it is to protect my own kids in the digital world, and even the most informed parents and people who read bills like this are desperate for solutions to empower them to take back control from Big Tech, and that's why I personally and professionally support House Bill 161.

It will require app stores to first get parental approval before Alabama minors can download apps. It puts families first and prevents the Big Tech companies from being able to exploit our children. But it is in a constitutional manner, and it doesn't jeopardize anybody's privacy or First Amendment rights to have parental control.

The App Store Accountability Act puts parents back in charge in several different ways. But before I illustrate those, I do want to make sure that you all know that API conducted a

Page 9

statewide poll and found that 83 percent of Alabama parents on both sides of the aisle support this bill, 89 percent of Republicans, and 75 percent of Democrats and independent voters.

House Bill 161 will protect our children by doing three main things. Restores parental oversight by restricting app stores from allowing underage children to sign contracts. Nowhere in the brick and mortar or real world do children sign contracts, nor should they. They can't even sign their own field trip slips.

The bill also requires app stores to display more accurate age ratings for the apps that they offer in their stores. Unlike video games or movies, or if you take your kids to the movie, there's no independent organization that oversees these ratings, and parents deserve to receive truthful information and transparency on app age ratings.

Thirdly, the bill requires app stores to verify whether a user is an adult or a minor, and that is key. Thank you so much.

COUNCILWOMAN MARTRECE BELL: Ninia Lanero?

NINIA LANERO: Chair Sells and members

Page 10

of the committee, thank you for the opportunity to speak with you today. My name is Ninia Lanero. I represent ACT The App Association, a global trade association representing small and medium-sized technology companies and independent app developers across the world and here in Alabama. We take this commitment to protecting children very seriously, and we would like to stand with Alabama lawmakers in finding the right solution to do so.

However, HB161, as drafted, currently raises serious concerns, particularly for small app developers that do not build products or services specifically designed or marketed to children and often do not collect personal data at all. This can include anything from a calculator app to a local pizza app.

First, the bill establishes broad compliance obligations that are difficult to implement in practice. This includes parental consent, monitoring app functionality changes. These requirements are not just targeted to large social media companies, but again, to all general audience apps, including those for retail ordering, education, or basic services.

Page 11

For small developers, building this -- these kinds of systems are very costly and complex, and they often do not have the compliance and legal teams to support these types of mandates. Second, HB161 would likely increase privacy and security risks. Though well-intentioned, the bill pushes companies to collect and store additional data and sensitive information to verify and link parents to their children, data that these apps would otherwise not need.

More data collection means more risks. Online safety is strengthened when companies collect less personal information, not more. Take a member company LunarLab Benefit here in Birmingham -- or not -- excuse me, not literally here in Birmingham, Alabama. LunarLab designed software hundreds -- used by hundreds of thousands of people in Alabama and around the world, including healthcare workers and patients, banks and their clients, teachers and students, parents, pilots, manufacturers, and construction crews.

COUNCILWOMAN MARTRECE BELL: Thank you. Justin Hill?

Page 12

JUSTIN HILL: Thank you, ma'am. Good to see you again, Mr. Chairman.

CHAIRMAN CHRIS SELLS: Yes, goo to see you.

JUSTIN HILL: -- members of the committee. My name is Justin Hill. I represent NetChoice, (Indiscernible) Tech Trade Association. Still in my second year of recovery from the Missouri House. Worked a lot on this bill across the country last year. I think it was 19 states. Very similar bill. So I thought I'd give you an update.

This bill actually, as recent as December, has been temporarily halted in Texas, okay? And the reason being because we still contend it's unconstitutional. You're essentially age-gating access to information for children when it comes to apps. We got permanent injunctions in Arkansas and Louisiana as of December for a similar bill that age-gates platforms.

So I still contend that you all -- you know, over the last two years I've said the same thing. Please follow the Florida model that teaches kids in school and parents alike on how

Page 13

to be safe online. It's constitutional. Had it been passed two years ago, we would already be, you know, improving the situation.

Unfortunately, if this bill passes, it will be enjoined. It will likely be held up in court until Texas funds this to the supreme court. If this passes, you're asking the taxpayers of Alabama to fund a lawsuit. So in Missouri, whenever this occurred, we actually put a fiscal note on it or sent it to the budget committee because we were expecting litigation.

If you look back at the pro-life bill, early estimates, or my estimates from doing a little research indicated that Alabama spent nearly $5 million defending that bill. There is a fiscal part to this because of the impending litigation. His heart's in the right spot, your heart's in the right spot, ours. We still want to see children safe, but I encourage you to go to Apple's website and look at their updates with iOS 26. Since the -- you know, I have four children. My 12-year-old just got a device.

COUNCILWOMAN MARTRECE BELL: Thank you.

JUSTIN HILL: Went through the same thing.

Page 14

COUNCILWOMAN MARTRECE BELL: Clint Mountain.

CLINT MOUNTAIN: Mr. Chairman, members of the committee. My name is Clint Mountain. I'm with the Alabama Association for Justice. I'm also a member of the Tuscaloosa City School Board and the father of a seven-year-old, who's now getting into technology. And I'd like to just voice my support for this bill as filed.

I think it's a great step to protect our children from the dangers of technology and what's out there in the world. I think that we need to consider the bill as is, and I think we need to take those steps and make sure that children of Alabama are kept safe. Thank you.

COUNCILWOMAN MARTRECE BELL: David McGarry?

DAVID MCGARRY: Good afternoon. Thank you very much for having me here today. My name is David McGarry. I am the research director at the Taxpayers Protection Alliance, a nonpartisan, nonprofit institution that conducts research and disseminates research on a range of economic issues.

Although I have come before the

Page 15

committee today to testify against HB161, I should begin by commending you all for your efforts to keep children safe online. Every person in this room wants to keep children safe online. It's simply a question of what the best means are to do so. Today, you've heard or will likely hear that the dangers of age verification are very critical from a privacy perspective, and that is true.

You will also likely hear that this bill is likely unconstitutional. That is also true as the federal court in Texas has ruled just last month. But for the moment, I want to take off my professional hat as an economic and legal analyst and speak as a young man who grew up in the digital world and escaped unscathed.

The credit for this goes to my parents. They monitored and managed the devices, websites, and apps to which I had access many times to my disappointment. And it was not easy for them, but they did what they thought was right. Now, the good news is that although perhaps some of the pressures of the digital world with respect to children have grown since my teenage years, the tools to which parents have access have also

Page 16

become far more powerful.

Actually, the tools that are currently on the market and offered by Apple and Google's app stores are far more granular and powerful and tailorable to specific family needs than anything that's contained in this bill. The right regulatory posture is not to impose a one-size-fits-all cumbersome standard that would, in the name of empowering parents, actually replace parents' own decision-making with the judgment of the government.

The correct approach, in my view, is to empower parents to make the best decisions for them and for their families.

COUNCILWOMAN MARTRECE BELL: Thank you.

DAVID MCGARRY: Thank you very much.

VICE CHAIRMAN RUSSELL BEDSOLE: Thank you.

COUNCILWOMAN MARTRECE BELL: Our last speaker is Jennifer Hanley.

JENNIFER HANLEY: Good afternoon, Chair Sells, Vice Chair Bedsole, and members of the committee. I'm Jennifer Hanley. I am the North American Head of Safety Policy at Meta. I've spent the bulk of my career working on online

Page 17

safety issues, including a decade at the Family Online Safety Institute. And most importantly, I'm a mom of two young boys as well.

We're here because Meta supports Alabama House Bill 161, which requires app stores to age verify and obtain a parent permission any time their teen wants to download an app. So developers like Meta can place younger users into age-appropriate experiences on our platforms. This approach is really built on a simple but powerful idea that protecting teens online is a shared responsibility, and no one gets a free pass.

The app store solution for age verification and parental consent has been formally introduced in 20 states. It's passed in different versions in four so far. And further, as you heard from one of the other witnesses, this is really what parents want.

A recent poll found 83 percent of Alabama parents across political and ideological spectrums support app store legislation that would require this. This shows broad support from parents, and lawmakers should not ignore that. At Meta, we want to support parents, so

Page 18

they feel empowered. In 2024, we launched Teen Accounts to help that, a fundamentally reimagined experience for young people, which really limits who can contact them, the content they see, and more.

But really, it's critical to remember that in order to put teens into things like teen accounts, into age-appropriate experiences, apps need to know who is and who is not a teen, period. As you're aware, understanding age is really a complex industry-wide challenge because many people, including young people, misrepresent how old they are online.

HB161, we think, is the best way to do this. This is really how it would work. When a parent gets their teen a phone or device and sets up the teen's app store account for the first time, the parent links their teen's app store account to their own, confirms they're the parent or guardian, and the teen's age. Parents only have to do this once at that one moment in time rather than submitting that personal information to each of the 40-plus apps (indiscernible).

Thank you.

VICE CHAIRMAN RUSSELL BEDSOLE: Thank

Page 19

you to everyone participating in the public hearing. I will turn it back over to the sponsor of the bill to see if you have any further explanation, and then we'll open it up to the committee for any questions they might have.

CHAIRMAN CHRIS SELLS: I would like to say that, you know, they bring some valid questions. So the lady about the app developers and small business, I want her to defer to Section 12 of the bill, and it's got them covered in that part of the bill.

You know, the lawsuits in Texas -- well, this bill has been in the works -- these bills, they change. We're not putting anything in this bill that we know. We learned something from other states, right? So we're making good decisions in this bill from what we learned from other states.

Parents, there's tools out there for parents. Guess what? I'm a good parent. I have never seen any of their tools. And you know, how many parents go out there -- you know, how many people in Montgomery County of 200 or so thousand people, how many parents look at what their children are viewing on a cell phone? I mean,

Page 20

really. You know? So -- but those children that the parents are not parenting them the way some of them do still deserve the same chance everybody that else gets. You know -- and if there's any other questions, I'll be happy to answer them.

VICE CHAIRMAN RUSSELL BEDSOLE: Representative Sells, I'll take a moment of personal privilege since I have the gavel at the moment. As a parent myself, and this is something I spoke about last year as well on this bill that's before us, I have just two children, and they're both teenagers now. And I consider myself pretty tech-aware, maybe not savvy.

But what I discovered was even with all the safeguards and protocols that are set forth on our smartphones these days, there were still layers of accountability that just weren't present. So I think a valid point made by one of the speakers is this isn't and should never replace parental involvement. Whether it's in aspects related to social media or phones or any other part of our children's life, parents need to be engaged.

But I needed help and I still need help

Page 21

even with having two teenage children. The amount of exposure that they have to content that frankly isn't -- shouldn't be seen -- and it could be something in some terms by some people completely innocent, but if it's an image of things that's suggestive in nature that may appear as an advertisement buried within an app, those are things that I -- if it's suggestive in nature and sexual, those are things I don't want my children seeing.

So I think that your bill takes a great step in the right direction to giving parents like myself the help that we need. So thank you for that. Members of the committee, does anybody have any questions for the sponsor? Representative Wood?

REP. RANDY WOOD: Mr. Chairman, we discussed this a little bit a while ago about we know the bill has a few problems on it. So if we pass the bill out today, then you go and work with everyone.

VICE CHAIRMAN RUSSELL BEDSOLE: Yeah, I would call them concerns. A few people have some concerns with it. And yes, sir. You know, it's one thing people come in office and they say

Page 22

(indiscernible) unfair. You know, if you bring a legitimate concern, we will deal with it hand in hand. And there's some that's been aware and they're in the process, but the way this happened to move so fast, we don't have time to deal with it today, but we'll deal with going forward.

REP. RANDY WOOD: Okay.

UNIDENTIFIED SPEAKER 1: I'd like to make a motion.

THE COURT: Thank you. We have a motion. Do we have a second?

UNIDENTIFIED SPEAKER 2: Second.

VICE CHAIRMAN RUSSELL BEDSOLE: Any other questions? All those in favor, signify by saying aye.

GROUP: Aye.

VICE CHAIRMAN RUSSELL BEDSOLE: Opposed? All right. Your bill has a favorable report.

CHAIRMAN CHRIS SELLS: Thanks.

VICE CHAIRMAN RUSSELL BEDSOLE: Mr. Chair, I turn it back to you.

CHAIRMAN CHRIS SELLS: All right. Motion to adjourn? All right. Second to adjourn.

Page 23

CERTIFICATION

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Sonya M. Ledanski Hyde

________________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: October 14, 2026

**1**

**1** 22:8
**11501** 23:14
**12** 13:22 19:10
**12151** 23:8
**14** 1:13 23:16
**161** 8:3,13 9:5 17:5
**19** 12:11

**2**

**2** 22:12
**20** 17:16
**200** 19:23
**2024** 18:1
**2026** 1:13 23:16
**26** 13:21

**3**

**300** 23:13
**330** 23:12

**4**

**40** 18:23

**5**

**5** 13:15

**7**

**75** 9:4

**8**

**83** 9:1 17:20
**89** 9:3

**a**

**ability** 7:6
**able** 2:19 8:17
**access** 12:17 15:19,25
**account** 5:3 18:17,19
**accountability** 8:4,22 20:18
**accounts** 18:2,8
**accurate** 9:13 23:4
**achieve** 4:16 6:19,19
**act** 8:4,22 10:3
**actually** 4:25 12:13 13:9 16:2,9
**add** 6:9
**additional** 11:8
**adjourn** 22:24 22:25
**adult** 9:21
**advertisement** 21:7
**afternoon** 7:25 14:18 16:21
**age** 4:25 9:13 9:19 12:17,20 15:7 17:6,9,14 18:8,10,20
**aggressively** 4:21
**ago** 13:2 21:18
**ahead** 2:9 3:9 7:22
**aisle** 9:2
**alabama** 1:12 4:10,22,23 5:9 8:2,15 9:2 10:7 10:9 11:17,19 13:8,14 14:5 14:15 17:5,21
**alabama's** 4:17
**alike** 12:25
**alliance** 14:21
**allow** 2:3,6
**allowing** 9:8
**amendment** 8:20
**american** 16:24
**amount** 21:2
**analyst** 15:15
**androids** 6:24
**answer** 3:4 20:6
**answered** 3:13
**anybody** 21:14
**anybody's** 8:20
**api** 8:25
**app** 2:14,16,16 2:19 5:1 8:3,14 8:22 9:7,12,19 9:20 10:3,6,13 10:17,17,21 16:4 17:5,7,14 17:22 18:17,18 19:8 21:7
**appear** 21:7
**apple** 7:5,18 16:3
**apple's** 13:20
**approach** 16:12 17:10
**appropriate** 17:9 18:8
**approval** 8:15
**approve** 2:16
**apps** 2:15 7:9 8:16 9:13 10:24 11:10 12:18 15:19 18:8,23
**areas** 4:20
**arkansas** 12:19
**asking** 13:7
**aspects** 20:22
**association** 10:3,4 12:8 14:5
**audience** 10:24
**aware** 18:10 20:14 22:3
**aye** 22:15,16

**b**

**back** 2:21 8:10 8:23 13:12 19:2 22:22
**bad** 6:5

**banks** 11:21
**basic** 10:25
**bedsole** 2:1 3:7 3:16,22 4:1 6:1 16:17,22 18:25 20:7 21:22 22:13,17,21
**bell** 3:20,24 5:22 6:3 7:19 7:23 9:23 11:24 13:23 14:1,16 16:15 16:19
**benefit** 11:15
**best** 15:5 16:13 18:14
**big** 2:13 8:11 8:17
**bill** 2:4,10,14 4:15,25 7:18 8:3,12 9:3,5,12 9:20 10:18 11:7 12:10,11 12:13,20 13:4 13:12,15 14:9 14:13 15:11 16:6 17:5 19:3 19:10,11,13,15 19:17 20:12 21:11,19,20 22:18
**bills** 8:9 19:14
**birmingham** 11:16,17
**bit** 21:18
**blurred** 7:15
**board** 14:7
**books** 6:18,19
**boys** 17:3
**brick** 9:9
**bring** 19:7 22:1
**broad** 10:18 17:23
**budget** 13:10
**budgets** 2:22
**build** 10:13
**building** 11:1
**built** 17:10
**bulk** 16:25
**buried** 21:7
**business** 4:8 5:7,19 7:3 19:9
**businesses** 4:17 5:5,15,16
**buying** 7:4

**c**

**c** 23:1,1
**calculator** 10:17
**call** 3:18 7:14 21:23
**care** 7:3
**career** 16:25
**case** 3:12
**cell** 19:25
**ceo** 8:2
**certain** 7:9,9
**certainly** 5:12
**certify** 23:3
**chair** 2:3,9 9:25 16:21,22 22:22
**chairman** 2:1 2:11 3:7,14,16 3:22 4:1,3 6:1 12:2,3 14:3 16:17 18:25 19:6 20:7 21:17,22 22:13 22:17,20,21,23
**challenge** 18:11
**chance** 20:3
**change** 19:14
**changes** 10:21
**charge** 8:23
**charisse** 3:21 4:3,5 5:24
**child** 2:18 6:11 6:22
**child's** 2:17
**children** 2:24 3:1 4:12 6:12 6:20 7:1,12,12 8:6,18 9:6,8,10 10:8,15 11:10 12:18 13:19,22 14:11,15 15:3 15:4,24 19:25 20:1,12 21:1 21:10
**children's** 20:23
**chris** 2:11 3:14 12:3 19:6 22:20,23
**city** 14:6
**clear** 4:11
**clicks** 7:6
**clients** 11:21
**clint** 14:1,3,4
**collect** 10:15 11:7,14
**collection** 11:12
**come** 2:13 6:20 14:25 21:25
**comes** 12:18
**commending** 15:2
**comments** 6:8
**commitment** 10:7
**committee** 1:12 3:10 4:4 6:6 10:1 12:6 13:11 14:4 15:1 16:23 19:5 21:14
**companies** 6:22 8:17 10:5,23 11:7,13
**company** 11:15
**completely** 21:5

complex 11:3 18:11
compliance 10:19 11:4
concern 22:2
concerned 6:10
concerns 10:12 21:23,24
conducted 8:25
conducts 14:22
confirms 18:19
consent 2:20 5:1 10:21 17:15
consider 6:22 14:13 20:13
constitutional 8:19 13:1
construction 11:22
contact 18:4
contained 16:6
contend 12:16 12:22
content 18:4 21:2
continue 7:4
continuing 5:10
contracts 9:8 9:10
control 2:21 8:11,21
correct 16:12
costly 11:2
councilwoman 3:20,24 5:22 6:3 7:19,23 9:23 11:24 13:23 14:1,16 16:15,19
country 12:10 23:12
county 19:23
court 13:6,7 15:12 22:10
covered 19:10
creating 6:23
credit 15:17
crews 11:23
critical 15:8 18:6
cumbersome 16:8
currently 10:11 16:2

**d**

dangers 14:11 15:7
data 10:15 11:8 11:10,12
date 23:16
david 14:16,18 14:20 16:16
day 4:8
days 20:17
deal 22:2,5,6
decade 17:1
december 12:14,20
decision 16:10
decisions 16:13 19:17
defending 13:15
defer 19:9
democrats 9:4
department 4:24
deserve 9:17 20:3
designed 10:14 11:17
desperate 8:9
details 3:18
developers 5:4 5:7 10:6,13 11:1 17:8 19:8
development 5:17
device 5:2 13:22 18:16
devices 6:23 15:18
different 8:23 17:17
difficult 10:19
digital 5:17 8:8 15:16,23
direction 21:12
directly 2:20
director 14:20
disappointment 15:20
discovered 20:15
discussed 21:18
display 9:13
disseminates 14:23
doing 9:6 13:13
download 2:19 8:16 17:7
drafted 10:11

**e**

e 23:1
early 13:13
easy 15:20
economic 5:4,6 14:23 15:14
economy 4:18
ecosystem 4:9 5:11
education 4:6 10:25
efforts 15:3
empower 8:10 16:13
empowered 18:1
empowering 16:9

**encourage** 13:19
**engaged** 20:24
**engineer** 4:6
**enjoined** 13:5
**ensure** 4:22 5:9 5:18
**entrepreneur** 4:8
**escaped** 15:16
**essentially** 12:17
**establishes** 10:18
**estimates** 13:13 13:13
**everybody** 20:4
**excuse** 11:16
**expecting** 13:11
**experience** 18:3
**experiences** 17:9 18:8
**explain** 2:10
**explanation** 2:4 19:4
**exploit** 8:18
**exposure** 21:2

**f**

**f** 23:1
**families** 8:16 16:14
**family** 16:5 17:1
**far** 16:1,4 17:17
**fast** 22:5
**father** 14:7
**favor** 22:14
**favorable** 22:18
**federal** 15:12
**feel** 18:1
**field** 9:11
**filed** 14:9
**finding** 10:9
**first** 3:12,18 8:14,16,20 10:18 18:17
**fiscal** 13:10,16
**fits** 16:8
**five** 6:10
**florida** 12:24
**follow** 12:24
**foregoing** 23:4
**forever** 7:16
**formally** 17:16
**forth** 20:16
**forward** 22:6
**found** 9:1 17:20
**four** 13:21 17:17
**frankly** 21:3
**free** 17:12
**functionality** 10:21
**fund** 13:8
**fundamentally** 18:2
**funds** 13:6
**further** 17:17 19:3

**g**

**games** 9:15
**gates** 12:20
**gating** 12:17
**gavel** 20:9
**general** 10:23
**getting** 14:8
**give** 2:3 12:12
**gives** 2:15
**giving** 21:12
**glad** 3:4
**global** 10:4
**go** 2:9 3:9 6:14 6:25 13:19 19:22 21:20
**goal** 4:12,16
**goes** 2:16 15:17
**going** 2:6 22:6
**goo** 12:3
**good** 7:25 12:1 14:18 15:22 16:21 19:16,20
**goods** 7:4
**google** 7:18
**google's** 16:3
**government** 1:12 16:11
**granting** 2:7
**granular** 16:4
**great** 14:10 21:11
**grew** 15:15
**group** 22:16
**grow** 4:9 5:10
**growing** 4:23
**grown** 15:24
**guardian** 18:20
**guess** 19:20

**h**

**halted** 12:14
**hand** 22:2,3
**handout** 3:15 3:17
**hanley** 16:20 16:21,23
**happened** 22:4
**happy** 20:5
**hard** 6:20 8:7
**harm** 5:11
**harming** 4:17
**hat** 15:14
**hb161** 1:14 2:2 4:12 6:8 10:11 11:5 15:1 18:14
**head** 16:24

**healthcare** 11:20
**hear** 6:7 15:7 15:10
**heard** 15:6 17:18
**hearing** 2:3,5 3:2,9 19:2
**heart's** 13:17 13:18
**held** 13:5
**hello** 6:6
**help** 3:1 18:2 20:25,25 21:13
**hill** 11:25 12:1 12:5,6 13:24
**house** 1:12 8:3 8:12 9:5 12:9 17:5
**hundreds** 11:18,18
**hyde** 23:3

**i**

**idea** 17:11
**ideological** 17:21
**ignore** 17:24
**illustrate** 8:24
**image** 21:5
**immediately** 7:15
**impact** 5:6
**impacts** 5:5
**impending** 13:16
**implement** 10:20
**importance** 6:12,13
**important** 2:23 4:14 5:21 6:14 6:17
**importantly** 4:19 6:11 17:2
**impose** 16:7
**improving** 13:3
**include** 10:16
**includes** 10:20
**including** 10:24 11:20 17:1 18:12
**increase** 11:5
**independent** 9:4,16 10:5
**indicated** 13:14
**indiscernible** 3:13,19 12:7 18:23 22:1
**industry** 18:11
**information** 9:18 11:9,14 12:17 18:22
**informed** 8:8
**injunctions** 12:19
**innocent** 21:5
**innovate** 4:23
**innovation** 4:9 4:18 5:10
**institute** 6:9 8:2 17:2
**institution** 14:22
**intentionally** 4:21
**intentioned** 11:7
**internet** 7:16
**introduced** 17:16
**involvement** 4:13 20:21
**ios** 13:21
**ipads** 6:24
**iphone** 7:5
**iphones** 6:24
**issues** 14:24 17:1

**j**

**january** 1:13
**jennifer** 16:20 16:21,23
**jeopardize** 8:19
**john** 6:3,6,8 7:21
**judgment** 16:10
**justice** 14:5
**justin** 11:25 12:1,5,6 13:24

**k**

**keep** 15:3,4
**kept** 14:15
**key** 9:22
**kids** 6:23 7:4,7 8:7 9:15 12:25
**kinds** 11:2
**know** 2:12,21 2:25 3:4 8:5,6 8:7,25 12:23 13:3,21 18:9 19:7,12,15,21 19:22 20:1,4 21:19,24 22:1

**l**

**lady** 19:8
**lanero** 9:24,25 10:3
**large** 5:5 10:22
**launched** 18:1
**law** 6:17,18,18
**lawmakers** 10:9 17:24
**lawsuit** 13:8
**lawsuits** 19:12
**layers** 20:18
**learned** 19:15 19:17
**ledanski** 23:3

**legal** 11:4 15:14 23:11
**legislation** 6:15 17:22
**legitimate** 22:2
**life** 13:12 20:23
**likely** 11:5 13:5 15:7,10,11
**limit** 7:7,7,11 7:12
**limits** 18:3
**link** 11:9
**links** 18:18
**list** 2:5
**literally** 11:16
**litigation** 13:11 13:17
**little** 13:14 21:18
**lives** 2:24
**local** 10:17
**long** 5:13
**look** 5:16,20 13:12,20 19:24
**lot** 2:22 5:5 12:9
**louisiana** 12:19
**lunarlab** 11:15 11:17

**m**

**ma'am** 12:1
**made** 5:14 20:19
**main** 9:6
**make** 5:13 8:24 14:14 16:13 22:9
**making** 16:10 19:16
**man** 15:15
**manageable** 5:6,8
**managed** 15:18
**mandates** 11:5
**manner** 8:19
**manufacturers** 11:22
**market** 16:3
**marketed** 10:14
**martrece** 3:20 3:24 5:22 6:3 7:19,23 9:23 11:24 13:23 14:1,16 16:15 16:19
**mcgarry** 14:17 14:18,20 16:16
**mean** 19:25
**means** 11:12 15:6
**media** 10:23 20:22
**medium** 10:5
**member** 11:15 14:6
**members** 3:10 4:4 9:25 12:5 14:3 16:22 21:14
**mention** 3:15
**meta** 16:24 17:4,8,25
**million** 13:15
**mineola** 23:14
**minor** 9:21
**minors** 8:15
**minute** 2:8
**misrepresent** 18:12
**missouri** 12:9 13:9
**model** 12:24
**mom** 17:3
**moment** 15:13 18:21 20:8,10
**monitored** 15:18
**monitoring** 10:21
**montgomery** 19:23
**month** 15:13
**mortar** 9:9
**mother** 8:6
**motion** 22:9,11 22:24
**mountain** 14:2 14:3,4
**move** 3:9 22:5
**movie** 9:16
**movies** 9:15
**moving** 2:1

**n**

**n** 23:1
**name** 4:5 6:8 6:25 8:1 10:2 12:6 14:4,19 16:9
**nature** 21:6,9
**nearly** 13:15
**need** 3:6 11:11 14:13,14 18:9 20:23,25 21:13
**needed** 20:25
**needs** 16:5
**netchoice** 12:7
**never** 19:21 20:20
**new** 5:3
**news** 15:22
**nine** 6:10
**ninety** 5:15
**ninia** 9:23,25 10:2
**nonpartisan** 14:21
**nonprofit** 14:22
**north** 16:23
**note** 13:10

**nude** 7:14
**ny** 23:14

**o**

**o** 23:1
**obligations** 10:19
**obtain** 17:6
**occurred** 13:9
**october** 23:16
**offer** 9:14
**offered** 16:3
**office** 21:25
**oh** 6:4
**okay** 2:11 3:7 3:16 12:15 22:7
**old** 6:10,11 13:22 14:7 18:13 23:12
**once** 18:21
**online** 4:13 11:13 13:1 15:3,5 16:25 17:2,11 18:13
**onset** 4:11
**open** 2:4 5:18 19:4
**opponent** 3:23 3:25 4:2 6:4
**opportunity** 3:11 4:5 10:1
**opposed** 22:18
**order** 18:7
**ordering** 10:25
**organization** 9:16
**outcomes** 6:19
**oversees** 9:17
**oversight** 9:7
**own** 8:7 9:11 16:10 18:19

**p**

**parent** 6:10 17:6 18:16,18 18:19 19:20 20:10
**parental** 2:20 4:13 5:1 8:15 8:21 9:7 10:20 17:15 20:21
**parenting** 6:13 20:2
**parents** 2:15,21 7:3,6 8:8,23 9:2,17 11:9,22 12:25 15:17,25 16:9,10,13 17:19,21,24,25 18:20 19:19,20 19:22,24 20:2 20:23 21:12
**parkview** 6:9
**part** 13:16 19:11 20:23
**participating** 19:1
**particularly** 10:12
**pass** 17:13 21:20
**passed** 13:2 17:16
**passes** 13:4,7
**patients** 11:20
**people** 8:9 11:19 18:3,12 18:12 19:23,24 21:4,23,25
**percent** 5:15 9:1,3,4 17:20
**period** 2:8 18:10
**permanent** 12:18
**permission** 17:6
**person** 2:7 3:19 15:4
**personal** 10:15 11:14 18:22 20:9
**personally** 8:12
**perspective** 15:8
**phone** 2:17,19 18:16 19:25
**phones** 20:22
**picture** 7:15
**pilots** 11:22
**pipeline** 4:20 5:17
**pizza** 10:17
**place** 17:8
**platforms** 5:2 12:21 17:9
**please** 12:24
**plenty** 3:11
**plus** 18:23
**point** 6:21 7:22 20:19
**policy** 8:2 16:24
**political** 17:21
**poll** 9:1 17:20
**portion** 3:10
**posture** 16:7
**powerful** 16:1 16:4 17:11
**practice** 10:20
**precisely** 6:13 7:15
**present** 20:19
**presently** 7:5
**president** 6:9 8:1
**pressures** 15:23
**pretty** 20:14
**prevents** 8:17
**privacy** 8:20 11:6 15:8

**privilege** 20:9
**pro** 13:12
**problems** 21:19
**proceedings** 23:5
**process** 22:4
**products** 10:13
**professional** 4:7 15:14
**professionally** 8:12
**progress** 5:14
**proponent** 3:23
**protect** 3:1 7:1 8:7 9:5 14:10
**protecting** 4:12 10:7 17:11
**protection** 14:21
**protocols** 20:16
**public** 2:2,5 3:2 3:9 19:1
**pushes** 11:7
**put** 6:18 13:9 18:7
**puts** 2:20 8:16 8:22
**putting** 6:18 19:14

**q**

**question** 4:14 15:5
**questions** 3:3 3:11,13 19:5,8 20:5 21:15 22:14

**r**

**r** 23:1
**raises** 10:12
**randy** 21:17 22:7
**range** 14:23
**rather** 18:22
**ratings** 9:13,17 9:19
**reaches** 7:11
**read** 8:9
**real** 5:4 9:9
**really** 2:23 17:10,19 18:3 18:6,11,15 20:1
**reason** 7:13 12:15
**receive** 9:18
**recent** 12:13 17:20
**record** 23:5
**recovery** 12:8
**redo** 5:12
**reduce** 6:16
**regulatory** 16:7
**reimagined** 18:2
**related** 20:22
**remain** 5:18
**remember** 18:6
**rep** 21:17 22:7
**repeat** 7:2
**replace** 16:9 20:21
**report** 22:19
**represent** 10:3 12:6
**representative** 20:8 21:16
**representing** 10:4
**republicans** 9:3
**require** 8:14 17:23
**requirements** 10:22
**requires** 5:2 9:12,20 17:5
**research** 13:14 14:20,22,23
**respect** 15:23
**responsibility** 4:25 17:12
**restores** 9:6
**restricting** 9:7
**retail** 10:24
**review** 2:15
**right** 2:15 3:8 4:15 10:9 13:17,18 15:21 16:6 19:16 21:12 22:18,23 22:24
**rights** 8:20
**risks** 11:6,12
**road** 23:12
**room** 15:4
**ruled** 15:12
**russell** 2:1 3:7 3:16,22 4:1 6:1 16:17 18:25 20:7 21:22 22:13,17,21

**s**

**safe** 13:1,19 14:15 15:3,4
**safeguards** 20:16
**safety** 6:12,19 6:22 7:1 11:13 16:24 17:1,2
**savvy** 20:14
**saying** 22:15
**school** 12:25 14:6
**screen** 7:7,8
**second** 11:5 12:8 22:11,12 22:24
**section** 19:10
**security** 11:6
**see** 6:20 12:2,3 13:19 18:4 19:3

**seeing** 21:10
**seen** 19:21 21:3
**sells** 2:11 3:14 9:25 12:3 16:22 19:6 20:8 22:20,23
**send** 7:13,13
**sensitive** 11:8
**sent** 13:10
**serious** 10:12
**seriously** 10:8
**services** 7:4 10:14,25
**set** 20:16
**sets** 18:16
**seven** 8:6 14:7
**several** 8:23
**sexual** 21:9
**shared** 17:12
**shifts** 4:25
**shows** 17:23
**sides** 9:2
**sign** 9:8,10,11
**signature** 23:8
**signed** 2:6,7
**signify** 22:14
**similar** 12:11 12:20
**simple** 17:10
**simply** 15:5
**sir** 21:24
**situation** 13:3
**size** 16:7
**sized** 10:5
**slips** 9:11
**small** 4:7,17 5:7,16 10:4,12 11:1 19:9
**smartphones** 20:17
**smith** 6:4 7:24 7:25 8:1
**social** 10:23 20:22
**software** 11:18
**solution** 10:10 17:14
**solutions** 8:10 23:11
**sonya** 23:3
**sorry** 6:5 7:24
**speak** 2:7,8 4:5 10:2 15:15
**speaker** 16:20 22:8,12
**speakers** 20:20
**speaking** 3:23
**specific** 16:5
**specifically** 10:14
**spectrums** 17:22
**spent** 5:13 13:14 16:25
**spoke** 20:11
**sponsor** 19:2 21:15
**spot** 13:17,18
**stand** 10:9
**standard** 16:8
**state** 1:12 4:10 4:22 5:9,16,19
**states** 12:11 17:16 19:16,18
**statewide** 9:1
**step** 14:10 21:12
**stephanie** 6:4 7:23,25 8:1
**steps** 14:14
**stokes** 3:21,23 4:3,6 5:24 6:2
**stop** 2:18
**store** 2:14 8:4 8:22 11:8 17:14,22 18:17 18:18
**stores** 5:2 8:14 9:7,12,14,20 16:4 17:5
**strengthened** 11:13
**strengthening** 4:13
**stressed** 7:17
**strive** 4:8
**students** 11:21
**submitting** 18:22
**suggestive** 21:6 21:8
**suite** 23:13
**support** 4:12 8:3,12 9:3 11:4 14:9 17:22,23 17:25
**supports** 17:4
**supreme** 13:6
**sure** 3:20 5:13 8:25 14:14
**systems** 11:2

**t**

**t** 23:1,1
**tailorable** 16:5
**take** 8:10 9:15 10:7 11:15 14:14 15:13 20:8
**takes** 21:11
**talk** 2:22,22 6:11
**tamny** 6:4,6,8 7:21
**targeted** 10:22
**taxpayers** 13:8 14:21
**teachers** 11:21
**teaches** 12:25
**teams** 11:4
**tech** 4:9 5:10 8:11,17 12:7 20:14
**technology** 4:7 10:5 14:8,11

**teen** 17:7 18:1 18:7,9,16
**teen's** 18:17,18 18:20
**teenage** 15:24 21:1
**teenagers** 20:13
**teens** 17:11 18:7
**temporarily** 12:14
**terms** 21:4
**testify** 8:3 15:1
**texas** 12:14 13:6 15:12 19:12
**thank** 2:11 3:8 4:4 5:24 6:1,6 9:22 10:1 11:24 12:1 13:23 14:15,18 16:15,16,17 18:24,25 21:13 22:10
**thanks** 22:20
**thing** 2:24 12:24 13:25 21:25
**things** 2:23 9:6 18:7 21:6,8,9
**think** 3:6 5:20 6:14 12:10 14:10,12,13 18:14 20:19 21:11
**thirdly** 9:20
**thought** 12:11 15:21
**thousand** 19:23
**thousands** 11:19
**three** 7:6 9:6
**time** 2:8 3:8,12 5:13,22,25 6:7 6:25 7:7,8,19 17:7 18:18,21 22:5
**time's** 7:24
**times** 7:9 15:19
**timing** 5:20
**today** 10:2 14:19 15:1,6 21:20 22:6
**together** 6:21
**tools** 15:25 16:2 19:19,21
**trade** 10:4 12:7
**transcript** 23:4
**transparency** 9:18
**trip** 9:11
**true** 15:9,12 23:4
**truthful** 9:18
**trying** 2:25 5:13
**turn** 19:2 22:22
**tuscaloosa** 14:6
**two** 2:8 6:20 12:23 13:2 17:3 20:12 21:1
**types** 11:4

**u**

**unconstitutio...** 12:16 15:11
**underage** 9:8
**understanding** 18:10
**unfair** 22:1
**unfortunately** 13:4
**unidentified** 22:8,12
**unintentionally** 4:16
**unscathed** 15:16
**update** 12:12
**updates** 13:20
**used** 11:18
**user** 9:21
**users** 17:8

**v**

**valid** 19:7 20:19
**various** 6:23
**verification** 5:1 5:3 15:7 17:15
**verify** 9:21 11:9 17:6
**veritext** 23:11
**versions** 17:17
**vice** 2:1 3:7,16 3:22 4:1 6:1 16:17,22 18:25 20:7 21:22 22:13,17,21
**video** 9:14
**view** 16:12
**viewing** 19:25
**vitally** 4:14
**voice** 14:9
**voters** 9:4

**w**

**want** 3:12 5:8 5:11,12,18,20 7:2,3 8:24 13:18 15:13 17:19,25 19:9 21:9
**wants** 15:4 17:7
**way** 4:15 6:25 18:14 20:2 22:4
**ways** 8:23
**we've** 4:21 5:14 7:22
**website** 13:20
**websites** 15:18

**went** 13:24
**wide** 18:11
**witnesses** 17:18
**wood** 21:16,17 22:7
**work** 4:23 18:15 21:20
**worked** 2:12 4:21 12:9
**workers** 11:20
**workforce** 4:19 4:24 5:17
**working** 3:5 16:25
**works** 19:13
**world** 8:8 9:9 10:6 11:20 14:12 15:16,23
**written** 4:15

**y**

**yeah** 3:17 21:22
**year** 2:13,13,13 6:10,11 12:8 12:10 13:22 14:7 20:11
**years** 2:12 12:23 13:2 15:24
**young** 15:15 17:3 18:3,12
**younger** 17:8

# EXHIBIT E-2

Alabama House

January 22, 2026

HB161

Page 2

SENATOR ARTHUR ORR: On page 6 of the calendar, House Bill Number 161 by Representative Sells relating to consumer protection.

SPEAKER NATHANIEL LEDBETTER: Chairman Sells, we'll recognize.

REP. CHRIS SELLS: Thank you, Mr. Speaker. HB161 is about protecting children online and putting parents back in control. App store is a gateway to what our children are exposed to online. This bill basically does two things. It puts parental permission before apps can be downloaded to a child's phone, and it requires that the app's age rating be accurate when related to the apps. If there's any questions, I'll be glad to answer. If not, I'll ask for the (indiscernible).

SPEAKER NATHANIEL LEDBETTER: You've heard the gentleman's explanation of the bill. The chair recognizes the lady from Jefferson, Representative Givan.

REP. JUANDALYNN GIVAN: Listen, it's rare that I get out -- come out to shoot at the very sixth day of the session. Let me tell you something. This is a good bill. I support this bill. I know there may be some amendments to it.

Page 3

I was a strong supporter of the FOCUS Act. I think we need more parental controls, certainly with these apps, with the companies, regardless of the social media platforms. And so I do know yesterday you came down and spoke with the minority caucus. But has there been any -- are there any -- how many amendments are coming and what will those amendments be? I know you'll get to that.

REP. CHRIS SELLS: Yeah, we have -- we're working on some amendments that I'm helping them with and they're working on them now.

REP. JUANDALYNN GIVAN: Okay. I just wanted to know who -- we're going to get them here, or were you going to allow them to be placed in the senate?

REP. CHRIS SELLS: Well, we're going to work on what we can. So yesterday I said we didn't have time, but we are putting something together.

REP. JUANDALYNN GIVAN: Okay. I was just trying to get the clarity. I just want to thank you for championing this cause, this bill, and I appreciate it. Thank you.

REP. CHRIS SELLS: Thank you.

Page 4

SPEAKER NATHANIEL LEDBETTER: Chair, thanks to the lady. Chair recognizes the lady from Jefferson, Representative Moore.

REP. MARY MOORE: Thank you, Mr. Speaker. Mr. Sells, I appreciate you coming to talk to us because my biggest concern, like I said, what I've seen on TV as complaints and that -- and what we need to make sure that, even after a parent has given consent and they have what should be an age-appropriate app.

The complaints that I've seen is that after all of that, these children are working on these apps and things appear all of a sudden that shouldn't, that the app sponsor is held accountable and the app developer. Because we just can't go after -- we have to go after all that's involved. Because even when these parents that I'm seeing are complaining that the app worked well for a while, then one day they notice something on the app that shouldn't be.

And I think you assured us that there's a category of deceptive marketing that they could be accused of, but we need to make sure that the developer and whoever is sponsoring that app is held accountable. And if we could, you know,

Page 5

make sure that which you assured us yesterday (indiscernible). And we know that thieves are always out there coming up with something new.

But for that, that we know already, if we can make sure we got that covered, then we're going in the right direction.

REP. CHRIS SELLS: Yes, ma'am. Thank you for supporting me to help protect children. Thank you.

SPEAKER NATHANIEL LEDBETTER: Chair, thanks to the lady. Chair recognizes the gentleman from Morgan, Representative Yarbrough. While he's making his way down here, we've got some more guests in the audience. I'd like to recognize John and Melissa Dowser. She is -- they are the parents of Katie Dowser, which is paging for Representative Gidley. Let's give them a big hand. Thank you for being with us. Representative Yarbrough.

REP. ERNIE YARBROUGH: Thank you, Mr. Speaker. I just -- as an app developer, I support this bill. I'm familiar with the process of not only the creation of apps, the full-stack development and interaction with the app store. And I think this is a great bill, and a step in

Page 6

the right direction, and thank you for bringing it.

REP. CHRIS SELLS: Well, and I want to thank you for sharing your knowledge and experience with me in the process of developing apps. Thank you. I appreciate that.

REP. ERNIE YARBROUH: Yes, sir. My honor. Thank you.

SPEAKER NATHANIEL LEDBETTER: Question for the body's adoption of the BIR. Clerk will unlock the machine for the members to vote. Clerk will lock the machine and record the vote. 94 ayes, zero nays. The BIR has been adopted, Mr. Chairman.

REP. CHRIS SELLS: Mr. Speakers, if there's no further questions, I move for adoption.

SPEAKER NATHANIEL LEDBETTER: Chair recognizes the gentleman from Coffee, Representative Chestnut. Representative Chestnut, you've been recognized. Okay, I think I said you're from Coffee County. You're not. You're from Dallas. I'm sorry about that, too.

REP. PRINCE CHESTNUT: How are you doing today?

Page 7

SPEAKER NATHANIEL LEDBETTER: I'm fine. How are you?

REP. PRINCE CHESTNUT: Pretty good. You know, we've been having some communication yesterday and this morning about an amendment that I think you would agree would be a friendly amendment to the -- to this bill. And it would satisfy some of the folks in retail business, the AG's office, as well as Apple. And have you had a chance to look at this proposed amendment?

REP. CHRIS SELLS: Yes, sir.

REP. PRINCE CHESTNUT: And would you say that it is a friendly amendment?

REP. CHRIS SELLS: Yes, if it's the one I've seen. Yes, sir.

REP. PRINCE CHESTNUT: Okay, so --

REP. CHRIS SELLS: Yes, sir. And you know, in any legislation, all of us, I think, are willing to work with people to try to help out where we can, right? So --

REP. PRINCE CHESTNUT: Okay.

SPEAKER NATHANIEL LEDBETTER: Clerk, read the amendment.

SENATOR ARTHUR ORR: Amendment to House Bill 161 by Representative Chestnut.

Page 8

SPEAKER NATHANIEL LEDBETTER: Can you explain your amendment, please?

REP. PRINCE CHESTNUT: Yes. So in this amendment, on -- we're requesting that we replace line 68 on page 3 of the bill, Number 10, to state "In-app purchase, a charge associated with any user conduct within an app and billed by an app store, including but not limited to the acquisition of virtual currency, digital goods, digital services, or other apps."

And then of course, 11 would be moved to the next succession of lines. And 12, also 13 would be moved down; 14 would be moved down, still remains the same; 15 remains the same; 16, 17, 18, 19, 20, they would just be moved down a slot.

And then also replace line 261 on page 10 with the following. "Chapter 19 of Title 8 of the Code of Alabama, 1975. Provided, however," and this is very important, "the Attorney General shall have the exclusive jurisdiction to bring an action pursuant to this act." Right?

REP. CHRIS SELLS: Right.

REP. PRINCE CHESTNUT: If the -- and that would be the end of that. And then, of

Page 9

course, you also replace -- I request to replace line 297 on page 11 with the following. This is called -- I would refer to this as the Apple safe harbor provision.

We say that "Under any applicable law, Subsection D, an app store provider shall not be liable for a violation of this act if the app store provider generates an erroneous age category signal for a user, as long as the app store provider demonstrates that the app store provider did all of the following.

"One, used a commercially reasonable age-verification process; two, exercised due care in conducting the age-verification process; three, made reasonable efforts to reconcile any discrepancies between a parent's attestation of the minor's age and other age data collected in the ordinary course of account creation or use."

Okay. And then also the last part would be replace lines 329 to 330 on page 12 with the following. "The act shall become effective on January 1, 2027. So we're pushing it back --

REP. CHRIS SELLS: Right.

REP. PRINCE CHESTNUT: -- to January of next year. So with that, I'd like to move for --

Page 10

REP. CHRIS SELLS: Yeah, I appreciate you bringing these amendments and helping negotiate this out and work this out. I appreciate that, and I do support your amendments. Yes, sir.
REP. PRINCE CHESTNUT: Okay.
SPEAKER NATHANIEL LEDBETTER: Okay. You've heard the gentleman's explanation of the amendments, and the sponsor has said he supports those. Ms. Hall, you want to speak on the amendment? Yes, ma'am. Chair recognizes the lady from Madison, Representative Hall, speaking on the amendment.
REP. LAURA HALL: Thank you, Mr. Speaker. So just for my clarification, I'm going to start on page 1, your first amendment.
REP. PRINCE CHESTNUT: Okay.
REP. LAURA HALL: So when we talk about the bill, what exactly does this part do as it relates to what the bill is trying to accomplish and this company requested?
REP. PRINCE CHESTNUT: Okay, number -- that would be Section 10?
REP. LAURA HALL: That's correct, in-app purchase.

Page 11

REP. PRINCE CHESTNUT: Yes. See, that is a -- so that -- I refer to that as the Chick-fil-A Amendment.
REP. LAURA HALL: I see.
REP. PRINCE CHESTNUT: Okay. And so they don't want to have a situation where every time, you know, a young person tries to go and, you know, purchase a sandwich --
REP. LAURA HALL: Uh-huh.
REP. PRINCE CHESTNUT: -- that their parents have to agree to that each time.
REP. LAURA HALL: Okay. All right. That's what I thought it meant. And it doesn't necessarily have -- if Chick-fil-A is responsible, but it could be McDonald's or Taco Bell or whatever. Any of those would be impacted by that. All right. I'm good on that.
REP. PRINCE CHESTNUT: Yes, ma'am.
REP. LAURA HALL: On page 2 --
REP. PRINCE CHESTNUT: Yes.
REP. LAURA HALL: On page 3 of your amendment, in the line that deals with businesses' requests --
REP. PRINCE CHESTNUT: Yes.
REP. LAURA HALL: -- that the lawyers

Page 12

are okay with, what are we doing there other than the fact that the attorney general gets involved?
REP. PRINCE CHESTNUT: Yes. So the attorney general would be the -- will have exclusive jurisdiction to enforce this. So there was a concern that we could possibly create another private cause of action, and -- which, of course --
REP. LAURA HALL: Stop right there. What would be another cause of action?
REP. PRINCE CHESTNUT: If -- so, say, for instance, if there was a violation of this --
REP. LAURA HALL: Okay.
REP. PRINCE CHESTNUT: -- particular law, that there were businesses that were concerned that if you do that, then lawyers would be able to come in and file, you know, individual actions in courts, and -- which would potentially or arguably could drive up the cost of doing business.
And so to try to consolidate all that power into the attorney general's office so that the AG would be able to -- because that is part of what the AG does, is look out for consumer interests and consumer protection.

Page 13

REP. LAURA HALL: But does this prevent an individual, in addition to this, from bringing a suit or bringing a case?
REP. PRINCE CHESTNUT: I would say that, yes, it does prevent that, but I believe that this could be used as probably evidence for an actual cause of action that's already on the books. But not on -- but this wouldn't create a new cause of action.
REP. LAURA HALL: Okay. But something that's already on the books, it could.
REP. PRINCE CHESTNUT: Yes, ma'am.
REP. LAURA HALL: Okay. All right. And then on page 3, the -- help me to understand. We're wanting to make sure that the individual or the child does not get to an app that is inappropriate. How does this -- it says, "The provider shall not be liable if the app store provider generates an erroneous category signal."
Does -- I'm trying to determine, based on what we've talked about earlier, what I've read earlier, that many times they are sent -- the app sends them to another platform that is not what that child or individual should be. Is that not an erroneous category?

Page 14

REP. PRINCE CHESTNUT: I believe that could be, but, of course, you know, the provider, if they do all of these three points here, number one, right, they use a commercially reasonable age-verification process.

REP. LAURA HALL: Okay.

REP. PRINCE CHESTNUT: Number two, they exercise due care in conducting that age-verification process.

REP. LAURA HALL: Stop right there.

REP. PRINCE CHESTNUT: Okay.

REP. LAURA HALL: What is -- what would you say is due care?

REP. PRINCE CHESTNUT: Well, I would say due care would be they exercise ordinary due diligence in making sure that they put together an age-verification process under the normal course of business of what these providers would normally do, right?

I don't think it requires any -- like, I would say, what would an ordinary provider similarly situated do under that circumstance? That's pretty much what it's saying.

REP. LAURA HALL: Okay, so that if somebody else was in that same -- or whoever's in

Page 15

that situation, they would make sure they have done the appropriate things or what they consider most appropriate to make sure it does not happen.

REP. PRINCE CHESTNUT: Yeah. Yes, sort of like if you're someone -- you know, like when you get behind the wheel of a vehicle and you're driving, you know, you're like -- you're going to exercise reasonable care to make sure that I'm not going to drive on a red light. And if I stop at a stop sign, I'm going to do a real stop. I'm going to look both ways, and then -- so it's exercising that reasonable care that -- under similar circumstances.

REP. LAURA HALL: I think that gets it. I appreciate it. Thank you.

REP. PRINCE CHESTNUT: Thank you.

SPEAKER NATHANIEL LEDBETTER: Chair thanks a lady. Representative Rafferty, you're going to speak on amendment to the bill. Representative Givan, you're going to speak on the amendment or the bill? Question for the body now is adoption of the amendment. Clerk will unlock the machine and the members will vote. Clerk will lock the machine and record the vote. 102 ayes, zero nays. The amendment has been

Page 16

adopted.

REP. PRINCE CHESTNUT: Thank you.

REP. CHRIS SELLS: Thank you.

SPEAKER NATHANIEL LEDBETTER: Chairman Sells.

REP. CHRIS SELLS: Mr. Speaker, no more questions. Ask for final passage as amended.

SPEAKER NATHANIEL LEDBETTER: Chair recognizes the gentleman from Jefferson, Representative Rafferty.

REP. NEIL RAFFERTY: Thank you for the recognition, Mr. Speaker. So I just had a couple of questions, clarifying points here that I was curious about with the bill. First thing is, how does this kind of differ from what is already available? So right now, you know --

REP. CHRIS SELLS: This is mandatory. The other -- what's available now is all voluntarily --

REP. NEIL RAFFERTY: Okay.

REP. CHRIS SELLS: -- and it's -- basically the technology's there, but you have to search for it, and people I talk to don't even know where it's at. So this is just saying, hey, kind of like we've done with the filter, hey,

Page 17

turn it on. That's all we ask.

REP. NEIL RAFFERTY: Okay. So with the Section 2, it requires age verification using commercially available methods that are reasonably designed to ensure accuracy. What methods do you think or do you anticipate being used? Have you consulted with any privacy advocates as far as what this will mean --

REP. CHRIS SELLS: Yeah.

REP. NEIL RAFFERTY: -- for data collection and that kind of thing too?

REP. CHRIS SELLS: Yeah, if you go down and also look, it'll say that the parents can give the age. When they set the phone up, the parents can put the age in at that time. That's where 90 percent of it will come from.

REP. NEIL RAFFERTY: Okay. So the parents would do it that way.

REP. CHRIS SELLS: Yeah, that's acceptable.

REP. NEIL RAFFERTY: Now let's see. Right now, the significant change section in Section 118, I don't know if this was addressed in the amendment or not, but it seems quite broad to me at this point. So, would a routine bug-fix

Page 18

that inadvertently changes data-handling trigger new parental consent requirements? Oh, yeah, yeah.

REP. CHRIS SELLS: So the significant change, Section 118. I'm sorry.

REP. NEIL RAFFERTY: The material modification (indiscernible).

REP. CHRIS SELLS: (Indiscernible).

REP. NEIL RAFFERTY: Would a routine bug-fix -- so, you know, apps routinely kind of update and that kind of thing.

REP. CHRIS SELLS: Right, if the update --

REP. NEIL RAFFERTY: If bugs -- would that --

REP. CHRIS SELLS: If it changes -- if the age rating is -- needs to be changed or in-app purchases or price changes and that kind of stuff, it's listed out pretty -- you know, it's -- the data collected is changed, and monetization features change, or it alters the app's rating changes.

REP. NEIL RAFFERTY: Okay.

REP. CHRIS SELLS: You simply just get things for update, and you accept it or not.

Page 19

REP. NEIL RAFFERTY: Okay. So is this going to inconvenience -- I guess, is this going to inconvenience either small app developers or the public at large who might be adults who are just trying to use their phone for routine purposes?

REP. CHRIS SELLS: You know, it could inconvenience somebody a little bit, but protecting children and a small inconvenience doesn't add up to me.

REP. NEIL RAFFERTY: Got you. Okay. I guess my last real concern would be just with privacy, data collection, that kind of thing. You know, now we're teetering, you know, what the phone is carrying.

REP. CHRIS SELLS: It's actually going to be tighter now than it is. Right.

REP. NEIL RAFFERTY: It'll be tighter now?

REP. CHRIS SELLS: Yes.

REP. NEIL RAFFERTY: The data collection would be.

REP. CHRIS SELLS: Yeah.

REP. NEIL RAFFERTY: Okay.

REP. CHRIS SELLS: Okay.

Page 20

REP. NEIL RAFFERTY: All right. Well, appreciate your input and answering the questions. Nothing more at this time.

REP. CHRIS SELLS: Okay. Thank you.

SPEAKER NATHANIEL LEDBETTER: Chair thanks the gentleman. Question for the body now is passage of HB161. Clerk will unlock the machine and the members will vote.

REP. CHRIS SELLS: Yeah. Yeah. Mr. Speaker, I'd like to (indiscernible) co-sponsors at the appropriate time.

SPEAKER NATHANIEL LEDBETTER: Clerk will lock the machine. Record the vote, 103 ayes, zero nays. HB161 has passed. Mr. Clerk, let's open it up for co-sponsors, please.

REP. CHRIS SELLS: Thank you, Mr. Speaker.

SPEAKER NATHANIEL LEDBETTER: Thank the gentleman. Clerk, lock machines. We have 86 co-sponsors. Thank you, sir.

Page 21

CERTIFICATION

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Sonya M. Ledanski Hyde

______________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: October 14, 2026

**1**

**1** 9:22 10:16
**10** 8:5,18 10:23
**102** 15:25
**103** 20:13
**11** 8:11 9:2
**11501** 21:14
**118** 17:23 18:5
**12** 8:12 9:20
**12151** 21:8
**13** 8:12
**14** 8:13 21:16
**15** 8:14
**16** 8:14
**161** 2:2 7:25
**17** 8:15
**18** 8:15
**19** 8:15,18
**1975** 8:19

**2**

**2** 11:19 17:3
**20** 8:15
**2026** 1:13 21:16
**2027** 9:22
**22** 1:13
**261** 8:17
**297** 9:2

**3**

**3** 8:5 11:21 13:14
**300** 21:13
**329** 9:20
**330** 9:20 21:12

**6**

**6** 2:1
**68** 8:5

**8**

**8** 8:18
**86** 20:19

**9**

**90** 17:16
**94** 6:13

**a**

**able** 12:17,23
**accept** 18:25
**acceptable** 17:20
**accomplish** 10:20
**account** 9:18
**accountable** 4:15,25
**accuracy** 17:5
**accurate** 2:13 21:4
**accused** 4:23
**acquisition** 8:9
**act** 3:1 8:22 9:7 9:21
**action** 8:22 12:7,10 13:7,9
**actions** 12:18
**actual** 13:7
**actually** 19:16
**add** 19:10
**addition** 13:2
**addressed** 17:23
**adopted** 6:13 16:1
**adoption** 6:10 6:17 15:22
**adults** 19:4
**advocates** 17:8
**ag** 12:23,24
**ag's** 7:9
**age** 2:13 4:10 9:8,13,14,17,17 14:5,8,17 17:3 17:14,15 18:17
**agree** 7:6 11:11
**alabama** 1:12 8:19
**allow** 3:15
**alters** 18:21
**amended** 16:7
**amendment** 7:5 7:7,10,13,23,24 8:2,4 10:11,13 10:16 11:3,22 15:19,21,22,25 17:24
**amendments** 2:25 3:7,8,11 10:2,5,9
**answer** 2:15
**answering** 20:2
**anticipate** 17:6
**app** 2:8 4:10,14 4:15,18,20,24 5:21,24 8:6,7,8 9:6,7,9,10 10:25 13:16,18 13:23 18:18 19:3
**app's** 2:13 18:22
**appear** 4:13
**apple** 7:9 9:3
**applicable** 9:5
**appreciate** 3:24 4:5 6:6 10:1,4 15:15 20:2
**appropriate** 4:10 15:2,3 20:11
**apps** 2:11,14 3:3 4:13 5:23 6:6 8:10 18:10
**arguably** 12:19
**arthur** 2:1 7:24
**associated** 8:6
**assured** 4:21 5:1
**attestation** 9:16
**attorney** 8:20 12:2,4,22
**audience** 5:14

**available** 16:16 16:18 17:4
**ayes** 6:13 15:25 20:14

**b**

**back** 2:8 9:22
**based** 13:20
**basically** 2:10 16:22
**believe** 13:5 14:1
**bell** 11:16
**big** 5:18
**biggest** 4:6
**bill** 2:2,10,18 2:24,25 3:23 5:22,25 7:7,25 8:5 10:19,20 15:19,21 16:14
**billed** 8:7
**bir** 6:10,13
**bit** 19:8
**body** 15:21 20:6
**body's** 6:10
**books** 13:8,11
**bring** 8:21
**bringing** 6:1 10:2 13:2,3
**broad** 17:24
**bug** 17:25 18:10
**bugs** 18:14
**business** 7:8 12:20 14:18
**businesses** 11:23 12:15

**c**

**c** 21:1,1
**calendar** 2:2
**called** 9:3
**care** 9:13 14:8 14:13,15 15:8 15:12
**carrying** 19:15
**case** 13:3
**category** 4:22 9:9 13:19,25
**caucus** 3:6
**cause** 3:23 12:7 12:10 13:7,9
**certainly** 3:2
**certify** 21:3
**chair** 2:19 4:1,2 5:10,11 6:18 10:11 15:17 16:8 20:5
**chairman** 2:4 6:14 16:4
**championing** 3:23
**chance** 7:10
**change** 17:22 18:5,21
**changed** 18:17 18:20
**changes** 18:1 18:16,18,22
**chapter** 8:18
**charge** 8:6
**chestnut** 6:20 6:21,24 7:3,12 7:16,21,25 8:3 8:24 9:24 10:6 10:17,22 11:1 11:5,10,18,20 11:24 12:3,11 12:14 13:4,12 14:1,7,11,14 15:4,16 16:2
**chick** 11:2,14
**child** 13:16,24
**child's** 2:12
**children** 2:7,9 4:12 5:8 19:9
**chris** 2:6 3:10 3:17,25 5:7 6:3 6:15 7:11,14 7:17 8:23 9:23 10:1 16:3,6,17 16:21 17:9,12 17:19 18:4,8 18:12,16,24 19:7,16,20,23 19:25 20:4,9 20:16
**circumstance** 14:22
**circumstances** 15:13
**clarification** 10:15
**clarifying** 16:13
**clarity** 3:22
**clerk** 6:10,12 7:22 15:22,24 20:7,12,14,19
**code** 8:19
**coffee** 6:19,22
**collected** 9:17 18:20
**collection** 17:11 19:13,22
**come** 2:22 12:17 17:16
**coming** 3:7 4:5 5:3
**commercially** 9:12 14:4 17:4
**communication** 7:4
**companies** 3:3
**company** 10:21
**complaining** 4:18
**complaints** 4:7 4:11
**concern** 4:6 12:6 19:12
**concerned** 12:16

**conduct** 8:7
**conducting** 9:14 14:8
**consent** 4:9 18:2
**consider** 15:2
**consolidate** 12:21
**consulted** 17:7
**consumer** 2:3 12:24,25
**control** 2:8
**controls** 3:2
**correct** 10:24
**cost** 12:19
**country** 21:12
**county** 6:22
**couple** 16:12
**course** 8:11 9:1 9:18 12:8 14:2 14:18
**courts** 12:18
**covered** 5:5
**create** 12:6 13:8
**creation** 5:23 9:18
**curious** 16:14
**currency** 8:9

**d**

**d** 9:6
**dallas** 6:23
**data** 9:17 17:10 18:1,20 19:13 19:21
**date** 21:16
**day** 2:23 4:19
**deals** 11:22
**deceptive** 4:22
**demonstrates** 9:10
**designed** 17:5
**determine** 13:20
**developer** 4:15 4:24 5:21
**developers** 19:3
**developing** 6:5
**development** 5:24
**differ** 16:15
**digital** 8:9,10
**diligence** 14:16
**direction** 5:6 6:1
**discrepancies** 9:16
**doing** 6:25 12:1 12:19
**downloaded** 2:12
**dowser** 5:15,16
**drive** 12:19 15:9
**driving** 15:7
**due** 9:13 14:8 14:13,15,15

**e**

**e** 21:1
**earlier** 13:21 13:22
**effective** 9:21
**efforts** 9:15
**either** 19:3
**enforce** 12:5
**ensure** 17:5
**ernie** 5:20 6:7
**erroneous** 9:8 13:19,25
**evidence** 13:6
**exactly** 10:19
**exclusive** 8:21 12:5
**exercise** 14:8 14:15 15:8
**exercised** 9:13
**exercising** 15:12
**experience** 6:5
**explain** 8:2
**explanation** 2:18 10:8
**exposed** 2:10

**f**

**f** 21:1
**fact** 12:2
**familiar** 5:22
**far** 17:8
**features** 18:21
**fil** 11:3,14
**file** 12:17
**filter** 16:25
**final** 16:7
**fine** 7:1
**first** 10:16 16:14
**fix** 17:25 18:10
**focus** 3:1
**folks** 7:8
**following** 8:18 9:2,11,21
**foregoing** 21:4
**friendly** 7:6,13
**full** 5:23
**further** 6:16

**g**

**gateway** 2:9
**general** 8:20 12:2,4
**general's** 12:22
**generates** 9:8 13:19
**gentleman** 5:12 6:19 16:9 20:6 20:19
**gentleman's** 2:18 10:8
**gidley** 5:17

**givan** 2:20,21 3:13,21 15:20
**give** 5:17 17:14
**given** 4:9
**glad** 2:15
**go** 4:16,16 11:7 17:12
**going** 3:14,15 3:17 5:6 10:15 15:7,9,10,11,19 15:20 19:2,2 19:16
**good** 2:24 7:3 11:17
**goods** 8:9
**great** 5:25
**guess** 19:2,12
**guests** 5:14

**h**

**hall** 10:10,12 10:14,18,24 11:4,9,12,19,21 11:25 12:9,13 13:1,10,13 14:6,10,12,24 15:14
**hand** 5:18
**handling** 18:1
**happen** 15:3
**harbor** 9:4
**hb161** 1:14 2:7 20:7,14
**heard** 2:18 10:8
**held** 4:14,25
**help** 5:8 7:19 13:14
**helping** 3:11 10:2
**hey** 16:24,25
**honor** 6:8
**house** 1:12 2:2 7:24
**huh** 11:9
**hyde** 21:3

**i**

**impacted** 11:16
**important** 8:20
**inadvertently** 18:1
**inappropriate** 13:17
**including** 8:8
**inconvenience** 19:2,3,8,9
**indiscernible** 2:16 5:2 18:7,8 20:10
**individual** 12:17 13:2,15 13:24
**input** 20:2
**instance** 12:12
**interaction** 5:24
**interests** 12:25
**involved** 4:17 12:2
**it'll** 17:13 19:18

**j**

**january** 1:13 9:22,24
**jefferson** 2:19 4:3 16:9
**john** 5:15
**juandalynn** 2:21 3:13,21
**jurisdiction** 8:21 12:5

**k**

**katie** 5:16
**kind** 16:15,25 17:11 18:10,11 18:18 19:13
**know** 2:25 3:4 3:8,14 4:25 5:2 5:4 7:4,18 11:7 11:8 12:17 14:2 15:5,7 16:16,24 17:23 18:10,19 19:7 19:14,14
**knowledge** 6:4

**l**

**lady** 2:19 4:2,2 5:11 10:12 15:18
**large** 19:4
**laura** 10:14,18 10:24 11:4,9 11:12,19,21,25 12:9,13 13:1 13:10,13 14:6 14:10,12,24 15:14
**law** 9:5 12:15
**lawyers** 11:25 12:16
**ledanski** 21:3
**ledbetter** 2:4 2:17 4:1 5:10 6:9,18 7:1,22 8:1 10:7 15:17 16:4,8 20:5,12 20:18
**legal** 21:11
**legislation** 7:18
**liable** 9:7 13:18
**light** 15:9
**limited** 8:8
**line** 8:5,17 9:2 11:22
**lines** 8:12 9:20
**listed** 18:19
**listen** 2:21
**little** 19:8
**lock** 6:12 15:24 20:13,19
**long** 9:9
**look** 7:10 12:24 15:11 17:13

**m**

**ma'am** 5:7 10:11 11:18 13:12
**machine** 6:11 6:12 15:23,24 20:8,13
**machines** 20:19
**made** 9:15
**madison** 10:12
**make** 4:8,23 5:1,5 13:15 15:1,3,8
**making** 5:13 14:16
**mandatory** 16:17
**marketing** 4:22
**mary** 4:4
**material** 18:6
**mcdonald's** 11:15
**mean** 17:8
**meant** 11:13
**media** 3:4
**melissa** 5:15
**members** 6:11 15:23 20:8
**methods** 17:4,6
**mineola** 21:14
**minor's** 9:17
**minority** 3:6
**modification** 18:7
**monetization** 18:21
**moore** 4:3,4
**morgan** 5:12
**morning** 7:5
**move** 6:16 9:25
**moved** 8:11,13 8:13,15

**n**

**n** 21:1
**nathaniel** 2:4 2:17 4:1 5:10 6:9,18 7:1,22 8:1 10:7 15:17 16:4,8 20:5,12 20:18
**nays** 6:13 15:25 20:14
**necessarily** 11:14
**need** 3:2 4:8,23
**needs** 18:17
**negotiate** 10:3
**neil** 16:11,20 17:2,10,17,21 18:6,9,14,23 19:1,11,18,21 19:24 20:1
**new** 5:3 13:9 18:2
**normal** 14:17
**normally** 14:19
**notice** 4:19
**number** 2:2 8:5 10:22 14:3,7
**ny** 21:14

**o**

**o** 21:1
**october** 21:16
**office** 7:9 12:22
**oh** 18:2
**okay** 3:13,21 6:21 7:16,21 9:19 10:6,7,17 10:22 11:5,12 12:1,13 13:10 13:13 14:6,11 14:24 16:20 17:2,17 18:23 19:1,11,24,25 20:4
**old** 21:12
**online** 2:8,10
**open** 20:15
**ordinary** 9:18 14:15,21
**orr** 2:1 7:24

**p**

**page** 2:1 8:5,17 9:2,20 10:16 11:19,21 13:14
**paging** 5:17
**parent** 4:9
**parent's** 9:16
**parental** 2:11 3:2 18:2
**parents** 2:8 4:17 5:16 11:11 17:13,15 17:18
**part** 9:19 10:19 12:23
**particular** 12:14
**passage** 16:7 20:7
**passed** 20:14
**people** 7:19 16:23
**percent** 17:16
**permission** 2:11
**person** 11:7
**phone** 2:12 17:14 19:5,15
**placed** 3:16
**platform** 13:23
**platforms** 3:4
**please** 8:2 20:15
**point** 17:25
**points** 14:3 16:13
**possibly** 12:6
**potentially** 12:18

**power** 12:22
**pretty** 7:3 14:23 18:19
**prevent** 13:1,5
**price** 18:18
**prince** 6:24 7:3 7:12,16,21 8:3 8:24 9:24 10:6 10:17,22 11:1 11:5,10,18,20 11:24 12:3,11 12:14 13:4,12 14:1,7,11,14 15:4,16 16:2
**privacy** 17:7 19:13
**private** 12:7
**probably** 13:6
**proceedings** 21:5
**process** 5:22 6:5 9:13,14 14:5,9,17
**proposed** 7:10
**protect** 5:8
**protecting** 2:7 19:9
**protection** 2:3 12:25
**provided** 8:19
**provider** 9:6,8 9:10,11 13:18 13:19 14:2,21
**providers** 14:18
**provision** 9:4
**public** 19:4
**purchase** 8:6 10:25 11:8
**purchases** 18:18
**purposes** 19:6
**pursuant** 8:22
**pushing** 9:22
**put** 14:16 17:15
**puts** 2:11
**putting** 2:8 3:19

**q**

**question** 6:9 15:21 20:6
**questions** 2:15 6:16 16:7,13 20:3
**quite** 17:24

**r**

**r** 21:1
**rafferty** 15:18 16:10,11,20 17:2,10,17,21 18:6,9,14,23 19:1,11,18,21 19:24 20:1
**rare** 2:22
**rating** 2:13 18:17,22
**read** 7:23 13:22
**real** 15:10 19:12
**reasonable** 9:12,15 14:4 15:8,12
**reasonably** 17:5
**recognition** 16:12
**recognize** 2:5 5:15
**recognized** 6:21
**recognizes** 2:19 4:2 5:11 6:19 10:11 16:9
**reconcile** 9:15
**record** 6:12 15:24 20:13 21:5
**red** 15:9
**refer** 9:3 11:2
**regardless** 3:3
**related** 2:14
**relates** 10:20
**relating** 2:3
**remains** 8:14 8:14
**rep** 2:6,21 3:10 3:13,17,21,25 4:4 5:7,20 6:3 6:7,15,24 7:3 7:11,12,14,16 7:17,21 8:3,23 8:24 9:23,24 10:1,6,14,17,18 10:22,24 11:1 11:4,5,9,10,12 11:18,19,20,21 11:24,25 12:3 12:9,11,13,14 13:1,4,10,12,13 14:1,6,7,10,11 14:12,14,24 15:4,14,16 16:2,3,6,11,17 16:20,21 17:2 17:9,10,12,17 17:19,21 18:4 18:6,8,9,12,14 18:16,23,24 19:1,7,11,16,18 19:20,21,23,24 19:25 20:1,4,9 20:16
**replace** 8:4,17 9:1,1,20
**representative** 2:2,20 4:3 5:12 5:17,19 6:20 6:20 7:25 10:12 15:18,20 16:10
**request** 9:1
**requested** 10:21

**requesting** 8:4
**requests** 11:23
**requirements** 18:2
**requires** 2:13 14:20 17:3
**responsible** 11:15
**retail** 7:8
**right** 5:6 6:1 7:20 8:22,23 9:23 11:12,17 12:9 13:13 14:4,10,19 16:16 17:22 18:12 19:17 20:1
**road** 21:12
**routine** 17:25 18:9 19:5
**routinely** 18:10

**s**

**safe** 9:3
**sandwich** 11:8
**satisfy** 7:8
**saying** 14:23 16:24
**says** 13:17
**search** 16:23
**section** 10:23 17:3,22,23 18:5
**see** 11:1,4 17:21
**seeing** 4:18
**seems** 17:24
**seen** 4:7,11 7:15
**sells** 2:3,5,6 3:10,17,25 4:5 5:7 6:3,15 7:11 7:14,17 8:23 9:23 10:1 16:3 16:5,6,17,21 17:9,12,19 18:4,8,12,16,24 19:7,16,20,23 19:25 20:4,9 20:16
**senate** 3:16
**senator** 2:1 7:24
**sends** 13:23
**sent** 13:22
**services** 8:10
**session** 2:23
**set** 17:14
**sharing** 6:4
**shoot** 2:22
**sign** 15:10
**signal** 9:9 13:19
**signature** 21:8
**significant** 17:22 18:4
**similar** 15:13
**similarly** 14:22
**simply** 18:24
**sir** 6:7 7:11,15 7:17 10:5 20:20
**situated** 14:22
**situation** 11:6 15:1
**sixth** 2:23
**slot** 8:16
**small** 19:3,9
**social** 3:4
**solutions** 21:11
**somebody** 14:25 19:8
**sonya** 21:3
**sorry** 6:23 18:5
**sort** 15:4
**speak** 10:10 15:19,20
**speaker** 2:4,7 2:17 4:1,5 5:10 5:21 6:9,18 7:1 7:22 8:1 10:7 10:15 15:17 16:4,6,8,12 20:5,10,12,17 20:18
**speakers** 6:15
**speaking** 10:12
**spoke** 3:5
**sponsor** 4:14 10:9
**sponsoring** 4:24
**sponsors** 20:10 20:15,20
**stack** 5:23
**start** 10:16
**state** 8:6
**step** 5:25
**stop** 12:9 14:10 15:9,10,10
**store** 2:9 5:24 8:8 9:6,8,10,10 13:18
**strong** 3:1
**stuff** 18:19
**subsection** 9:6
**succession** 8:12
**sudden** 4:13
**suit** 13:3
**suite** 21:13
**support** 2:24 5:22 10:4
**supporter** 3:1
**supporting** 5:8
**supports** 10:9
**sure** 4:8,23 5:1 5:5 13:15 14:16 15:1,3,8

**t**

**t** 21:1,1
**taco** 11:15
**talk** 4:6 10:18 16:23

**talked** 13:21
**technology's** 16:22
**teetering** 19:14
**tell** 2:23
**thank** 2:6 3:23 3:24,25 4:4 5:7 5:9,18,20 6:1,4 6:6,8 10:14 15:15,16 16:2 16:3,11 20:4 20:16,18,20
**thanks** 4:2 5:11 15:18 20:6
**thieves** 5:2
**thing** 16:14 17:11 18:11 19:13
**things** 2:11 4:13 15:2 18:25
**think** 3:2 4:21 5:25 6:21 7:6 7:18 14:20 15:14 17:6
**thought** 11:13
**three** 9:15 14:3
**tighter** 19:17 19:18
**time** 3:19 11:7 11:11 17:15 20:3,11
**times** 13:22
**title** 8:18
**today** 6:25
**together** 3:20 14:16
**transcript** 21:4
**tries** 11:7
**trigger** 18:1
**true** 21:4
**try** 7:19 12:21
**trying** 3:22 10:20 13:20 19:5
**turn** 17:1
**tv** 4:7
**two** 2:10 9:13 14:7

**u**

**uh** 11:9
**under** 9:5 14:17,22 15:12
**understand** 13:14
**unlock** 6:11 15:23 20:7
**update** 18:11 18:12,25
**use** 9:18 14:4 19:5
**used** 9:12 13:6 17:7
**user** 8:7 9:9
**using** 17:3

**v**

**vehicle** 15:6
**verification** 9:13,14 14:5,9 14:17 17:3
**veritext** 21:11
**violation** 9:7 12:12
**virtual** 8:9
**voluntarily** 16:19
**vote** 6:11,12 15:23,24 20:8 20:13

**w**

**want** 3:22 6:3 10:10 11:6
**wanted** 3:14
**wanting** 13:15
**way** 5:13 17:18
**ways** 15:11
**we've** 5:13 7:4 13:21 16:25
**wheel** 15:6
**whoever's** 14:25
**willing** 7:19
**work** 3:18 7:19 10:3
**worked** 4:19
**working** 3:11 3:12 4:12

**y**

**yarbrough** 5:12,19,20
**yarbrouh** 6:7
**yeah** 3:10 10:1 15:4 17:9,12 17:19 18:2,3 19:23 20:9,9
**year** 9:25
**yesterday** 3:5 3:18 5:1 7:5
**young** 11:7

**z**

**zero** 6:13 15:25 20:14

# EXHIBIT E-3

Alabama Senate Children

And Youth Health Committee

January 28, 2026

HB161

Page 2

CHAIR LARRY STUTTS: We have seven members present. We have one bill on the agenda today, House Bill 161. Representative Sales, you want to come up and tell us about it?
REP. CHRIS SELLS: Yes, sir. Thank you for the opportunity to present House Bill 161 to you and the committee today. Thank you.
This, again, is a bill that we have today protecting children. And what this bill does is basically two things up front. It gives parents the right to choose if an app can be downloaded to the child's phone, and it makes sure that the app's age rating is correct.
We can hold them to make sure the age rating on the app is suitable for what they've got posted on the app. And if there's any questions, I'd be glad to answer them.
VICE CHAIR DAN ROBERTS: Mr. Chairman, I move favorable.
CHAIR LARRY STUTTS: Who -- I'm sorry. I was -- you made a favorable motion? Who made that motion?
SENATOR VIVIAN FIGURES: Excuse me, but it's a public hearing.
CHAIR LARRY STUTTS: It is. It is.

Page 3

SENATOR VIVIAN FIGURES: Well, shouldn't we listen to all of them?
CHAIR LARRY STUTTS: Yeah. We'll get to that.
REP. CHRIS SELLS: Yeah. I appreciate the enthusiasm, sir.
CHAIR LARRY STUTTS: Yeah. The -- we have -- I thought until just a second ago, we didn't have any opponents signed up. So we were going to punt the public hearing, but we've just gotten the list here, and we have four proponents and one opponent.
So any other questions for the bill sponsor about the bill before we go into the public hearing? Okay. Seeing none, we'll go to two proponents and then have the one opponent in between. So Becky Gerritson. So we'll give each one of you, say, three minutes.
BECKY GERRITSON: Good. I only made it for two. Mr. Chairman, thank you so much for the opportunity to speak on HB161 today. Did you know that nearly 96 --
SENATOR VIVIAN FIGURES: Excuse me. I'm sorry.
BECKY GERRITSON: I'm sorry.

Page 4

SENATOR VIVIAN FIGURES: Mr. Chairman, can she tell us who she represents --
BECKY GERRITSON: I'm sorry, yes.
SENATOR VIVIAN FIGURES: -- if anybody or she's just --
CHAIR LARRY STUTTS: Thank you. Yes.
SENATOR VIVIAN FIGURES: -- a private citizen?
BECKY GERRITSON: Yes.
SENATOR VIVIAN FIGURES: Thank you.
CHAIR LARRY STUTTS: Introduce yourself.
BECKY GERRITSON: Thank you. I'm Becky Gerritson. I'm the executive director of Eagle Forum of Alabama. And did you know that 96 percent of 14-year-olds own a smartphone, yet app stores continue to treat children as if they're adults? App stores are the digital gatekeepers of children's online lives.
But there's very little accountability when kids are exposed to harmful, exploitative, and misleading content. This bill is a reasonable, common-sense bill that simply closes these gaps. It does four things.
First, it requires verifiable parental

Page 5

consent for users under 18. If a child can't legally enter into a binding contract in the real world, they should not be able to do so online. App stores currently broker contracts between minors and large corporations, contracts children cannot legally consent to. This bill restores parental authority and puts parents back in the driver's seat.
Second, it establishes truth in advertising for app ratings. In the real world, we already have clear standards for age ratings, like the movie system. We have G, PG, PG-13, and R, so parents know what their children are being exposed to.
App stores, however, operate without a comparable standard. Developers can label apps as child-appropriate when they contain explicit or harmful material, and parents often don't learn the truth until the app is downloaded and then the harm is already done. This bill requires clear, accurate descriptions so parents can make informed decisions.
And third, the bill requires age verification using anomalized age categories that protect privacy. This isn't burdensome. App

Page 6

stores already collect birth dates. Most adults link credit cards so parents are regularly verifying their children's ages. This is both practical and feasible.

And finally, this approach has received overwhelming bipartisan support in other states, passing with 95 to 100 percent support in both chambers in Utah, Texas, Louisiana. That tells us this bill is not radical, it's responsible governance. Please support HB161.

CHAIR LARRY STUTTS: Thank you.

SENATOR VIVIAN FIGURES: I have a question, Mr. Chairman.

CHAIR LARRY STUTTS: Okay. I'm sorry. Becky, would you come back, please?

SENATOR VIVIAN FIGURES: Okay. Of the states that you know, you said those are the states that have passed this bill?

BECKY GERRITSON: Yep.

SENATOR VIVIAN FIGURES: Okay. I thought you said more.

BECKY GERRITSON: Have more than that passed? Yeah, some are in progress now, but --

SENATOR VIVIAN FIGURES: Okay. Thank you.

Page 7

BECKY GERRITSON: Thank you.

SENATOR VIVIAN FIGURES: Thank you, Mr. Chairman.

CHAIR LARRY STUTTS: Okay. Next, a proponent Stephanie Smith. If you will, please introduce yourself and tell who you represent.

STEPHANIE SMITH: Yes, sir. I'm Stephanie Smith, and I am representing the Alabama Policy Institute. The Alabama Policy Institute supports House Bill 161, just as we have the last several years. It's commonly known as the App Store Accountability Act. And there are a couple of reasons why we feel strongly about this bill.

Number one is personal. Many of you all know me and know that I have seven kids. Right now, I have four sons at home, three of which are minors who have phones. So I've walked through this personally recently.

And it's an ongoing problem. Even for people who read these types of bills, even for people who are trying to do their best as parents, it's very difficult to keep up. So what I like about this bill as a parent and then also as a professional is that it allows parents to

Page 8

understand what it is that their children are signing up for.

I, as a parent, before dealing with this bill, did not understand that developers actually are self-reporting on the rating system. And so I assumed even for my own sons that if it said four plus, that it would be appropriate for my 13- or 14-year-old son, and that is not always the case. So this bill makes sure that those are standardized.

The other thing that I really like about this bill is that it uses the information already on your phone in order to verify age and brings parents back into the conversation and puts them into the driver's seat. I did want to note that API conducted a statewide poll about this specific bill and found that 83 percent of Alabama parents on both sides of the aisle do support the passage of this bill. Thank you.

CHAIR LARRY STUTTS: Thank you. All right, next we have an opponent, the only one, John. And I can't read your last name, John, so come up and introduce yourself and tell us who you represent, and you'll have three minutes.

JOHN TAMNEY: Yes, hi. My name is John

Page 9

Tamney. I am with the Parkview Institute, a policy think tank. Thank you very much for hearing my testimony. I bring this not just as a policy-focused person, but as a parent of a five- and a nine-year-old.

Thinking about parenting and thinking about all the effort that goes into it, that's the first problem with HB161. Imagine presuming that we can just write a law and make less challenging what is already incredibly challenging. To me, HB161 insults parenting by presuming that you can put on the books something that will just take away all the difficulties, all the daily challenges of being a parent.

At which point, HB161 is superfluous. I've heard twice about how it's going to protect parents and kids from apps they shouldn't have. It's going to help parents keep their kids from getting them. This has already been done. There is nothing in this legislation that Apple and Google don't already provide parents with.

If you buy one of their devices, parents have the ability to limit screen time, limit the time at which they can -- kids can see certain things on screen. If they don't want any

Page 10

screen time during school, they can limit it altogether. If they want to cut it off during homework hour, they can do it then too. If they want to cut it off at bedtime, they can do that then too.

In terms of apps, if kids want to add apps, they can only do so insofar as their parents already give them permission. Parents are notified by Apple and Google before they can add anything. Again, this is all excess relative to what's being provided. If kids are sent something nude or something lewd, it is blocked before or blurred before it can reach them.

If kids, God forbid, send something out that's nude or lewd, it's blocked before it can reach anyone. So the law is not necessary because these protections already exist, at which point it's quite perilous. Let's never forget the problem with laws. They won't affect the vast majority of parents who are vigilant about what their kids see and do, but they will affect the parents who aren't vigilant, who will say, oh, I've got a law protecting me now.

At which point for the small number of kids who very much need protection, this law will

Page 11

create a false sense of security that they don't need to do anything. I ask you to strongly vote against HB161. Thank you.

Mr. Chair, I've got a question for the gentleman.

CHAIR LARRY STUTTS: Thank you. Do you mind some questions?

JOHN TAMNEY: Sure.

CHAIR LARRY STUTTS: Senator Kelley.

SENATOR KEITH KELLEY: Thank you, Mr. Chair. So you say the things are already in place for this. So then why are you against the law?

JOHN TAMNEY: For precisely the reason I said. For one, I don't want to insult parenting by pretending that we need a law. For two, these things are already there. Why would you write a law when Apple, Google, and other providers of these services are way ahead of the law in the first place in helping parents protect against exactly the things that the law wants?

At which point I'm against the law because let's be honest about what it is. It's going to create a false sense of security for some of the parents who aren't necessarily

Page 12

vigilant, but who will say, oh, I've got a law protecting me now, I don't need to do what I need to do. And so that's the main thing.

Look, most parents don't need this in the first place. But those who do, it's going to create a false perception that will actually imperil the bringing up of a child.

SENATOR KEITH KELLEY: I appreciate your comments. Speaking as a parent and a grandparent, I'm very appreciative of the ones that are bringing this bill because it does provide accountability. It's not -- I don't take it as something that's insulting to me as a parent or a grandparent. I take it as something that's another tool that I have to try to protect my children and grandchildren. Thank you, Mr. Chair.

CHAIR LARRY STUTTS: All right. Any other questions?

SENATOR VIVIAN FIGURES: Yes, Mr. Chairman. Thank you. All I can say is praise God my three sons are 37, 40, and 43, and I didn't have to deal with cell phones like that like parents are now.

But I too have grandchildren as well.

Page 13

But my son and daughter-in-law monitors it very well, down to even the shows they can watch on TV, which of course they always try to trick Grammy V when they come to her house. I have to double check.

But I understood it just as you testified to. That was my understanding of it all. But seeing that there is some differences of opinion or whatever, whether or not this is actually needed or not, could we -- would the sponsor be open to working with those to see if we can tweak it and make it a better bill?

Because if we're repeating anything, we don't need to repeat it, you know what I'm saying, if it's already there. But you laid out what my understanding of it all was. And I do think that parents, if they're going to buy their children a cell phone, that is a truly, truly big responsibility. To me, even more so almost than buying a motorcycle these days.

But I think the parents have to take accountability. If they're going to buy that phone, they need to check what's on it. They need to know what's on it. But it was also my understanding that they are notified when they go

on there because they have to verify the age before something can go. But like I said, because of all of these misunderstandings, I would feel better because I'm all about protecting children. I think my reputation precedes me in that area. I'd really like us to take our time to make sure. So before you push it any further, even if we pass it out of committee today, Mr. Chair, which I don't know if you had planned to do that.

CHAIR LARRY STUTTS: I'm going to wait and see what the bill sponsor does --

SENATOR VIVIAN FIGURES: Yeah, because --

CHAIR LARRY STUTTS: -- but let's finish up the public hearing.

SENATOR VIVIAN FIGURES: Back in the day, you know, I've been here 30 years, we used to have a public hearing, but we never voted on that bill for the public hearing. And we always announced a public hearing a week before it was on the agenda. But anyway, if we could have some time to do that, I would appreciate it. Thank you.

CHAIR LARRY STUTTS: We -- even if we



do decide to vote today, we'll have plenty of time before it gets to the floor to see if we need to tweak anything or whatever.

SENATOR VIVIAN FIGURES: I like that commitment that we would get together --

CHAIR LARRY STUTTS: I'm not --

SENATOR VIVIAN FIGURES: -- before it's pushed to the SOC.

CHAIR LARRY STUTTS: We have two more speakers. Thank you very much for your input.

SENATOR VIVIAN FIGURES: No, Mr. Chair, that's why I asked for the commitment from the sponsor of the bill.

CHAIR LARRY STUTTS: Yeah, so we'll have the sponsor back up in just a minute and see what their -- Melea Stephens is the next proponent.

MELEA STEPHENS: Yes.

CHAIR LARRY STUTTS: You've got three minutes.

MELEA STEPHENS: Thank you. Good afternoon, Mr. Chair, and members of the committee. It's great to see you again, and I'm excited to share my support of House Bill 161, a bill that this committee already supported and



overwhelmingly passed the Senate last session. My name is Melea Stephens. I'm a practicing marriage and family therapist. I've been in private practice for 25 years in Birmingham, and I serve on the board with the National Center on Sexual Exploitation in Washington, D.C.

I stepped into that role because of the exploitation and harm I was seeing to young children through these things and devices. I've seen firsthand devastating cases of children being groomed and harmed, exploited, and trafficked through apps that were designated as safe for children. So if this bill had been in place -- and these are in cases where families are very, very vigilant, parents are very vigilant and watching, monitoring things, but they're told that this app is safe for kids.

And then also just working with some families from underprivileged backgrounds who don't have involved caregivers, but if they have an adult who's required to check things more intentionally, this bill would also definitely add a great level of care and protection to those children who don't have involved caregivers or people who are as knowledgeable, because I see a



lot of kids in certain situations who are raised by grandparents. And this bill would definitely help people who are less tech savvy.

In less than a year, the potential dangers and harms for Alabama children online have grown exponentially. The rise of AI chatbots and so many other apps that parents didn't even know about a year ago have caused devastating harm for many families. That is why it is so critical that Alabama House Bill 161, the App Store Accountability Act, to empower parents with the necessary tools to better protect their children online and to require app stores to get parents' approval before minors can download apps on their device.

This common-sense bill is supported by 83 percent of Alabama parents and voters. I'm sure you remember having to sign your child's permission slip before they went on a field trip with their school because they could not go without their parents' approval. This is the exact same concept we are trying to apply to the digital world, where trillion-dollar companies currently make our children sign contracts that give away their data.

I urge you to please -- oh, wait, sorry, I skipped a spot there. Yes. I urge you to please stand with parents and help us equip them so that they can have better control and awareness and vote yes on House Bill 161 to protect Alabama's next generation. Thank you.

CHAIR LARRY STUTTS: Thank you. Any questions? Okay. We have one additional speaker, Theresa Robertson. If you would, please also introduce yourself and tell us who you're representing.

THERESA GARCIA ROBERTSON: Hi, my name is Theresa Garcia Robertson, and I represent Meta. I do Southeast policy for them, but I live just over the state line in Columbus, Georgia, so it didn't take me very long to get here.

We're here because Meta supports House Bill 161, which requires app stores to verify age and then get a parent's permission before teens can download an app. This ensures that app developers like Meta can place younger users into age-appropriate experiences on our platforms.

App store age verifications have now been introduced federally and in 27 states, which is more than half the nation and versions have



been signed into law in four. Further, this is what parents want. As stated, a recent poll found that 83 percent of Alabama parents support legislation requiring parental approval for app downloads. The broad support for parents and lawmakers should not be ignored.

At Meta, we want to empower parents. That's why in 2024, we launched teen accounts on Instagram, Facebook, and Messenger. Teens under 18 are automatically defaulted into these accounts, which limit who can contact them, the content they see, and the time they spend on the app. Teens under 16 require a parent's permission to make any settings less strict.

Importantly, in order to place teens into age-appropriate experiences like teen accounts, app developers must know the age of users. But understanding someone's age online is complex, and an industry-wide challenge. And without a centralized location or solution within the app store, parents would have to share personal information independently with each of the estimated 40-plus apps that teens use on average weekly, which would be a privacy nightmare.



HB161 is a better way. It's simple. When a parent sets up their teen's app store account, they link it to their own and confirm they are the parent and confirm the teen's age. They only have to do this once. Then when a teen tries to download an app, the parent receives a request on their phone to approve or deny it with a simple click of a button.

The app will not download unless the parent approves, putting parents in control. We don't have to start from scratch. Apple and Google already collect this information and have systems in place to obtain parental approval before teens can purchase an app. They should use this existing infrastructure for all app downloads, not just the paid ones.

Let me be clear. With an app store approach like HB161, no sensitive personal information is shared with any app developer. App stores would only share secure, anonymous age range and consent signals with parent-approved apps.

CHAIR LARRY STUTTS: Thirty seconds.

THERESA GARCIA ROBERTSON: This minimizes data exposure and the risk of identity



theft associated with uploading personal documentation to multiple services. We think that we should all be responsible, and this shares responsibility across those best positioned to keep teens safe online. We're all here because we want to protect kids online, and we respectfully ask that the committee pass HB161, which achieves this industry-wide and can be easily implemented and will have an immediate impact on Alabama families.

CHAIR LARRY STUTTS: Thank you.

THERESA GARCIA ROBERTSON: Thank you.

CHAIR LARRY STUTTS: Time's up. Thank you. Any questions for her? Okay. So, Senator Chambliss, you asked if you could have 30 seconds of personal privilege. I know this issue's been near and dear to your heart, and then we'll have the bill sponsor back up to see what direction you want to go.

SENATOR CLYDE CHAMBLISS: Thank you, Mr. Chairman. This bill is something that I've worked on. Representative Sells has worked on it much longer this issue than I have. But the fact of the matter is there are real-world examples in Alabama, in our families, where the be-all, end-

Page 22

all that was discussed earlier did not work.

So the question that we have is do we just sit back and say they're going to handle it, or are we going to do our jobs and try to protect families? You know what? We have laws against murder too. That don't stop all murder. I hope that it stops some.

This law will stop some. Will it stop every single thing? Probably not. I'd love to say it would. But the accidental exposure to unfiltered devices has wreaked havoc in our state. Not somewhere else, here. We're trying to solve that, and I urge your support.

To address your question, Senator Figures, we've worked on this bill a long time, and those who oppose it have done everything in the world to try to stop it, except for come to me as the senate sponsor of the bill.

I was the senate sponsor last year. The bill went through the Senate. Within the last 48 hours, I have been barraged with input on this bill. So the people who are killing it now want me to negotiate with them. That's where we are.

However, Senator, to your point, we are

Page 23

a two-body system, and I respect that. I respect your opinion. I respect your previous work. And I'll always want to sit down with you and work out whatever we can to make good legislation better because I don't have all the best ideas represented. Us working together will always be better than us working singularly. So to that end, I will do -- I will work with you very quickly.

SENATOR VIVIAN FIGURES: Of course.

SENATOR CLYDE CHAMBLISS: I don't want to wait.

SENATOR VIVIAN FIGURES: Of course.

SENATOR CLYDE CHAMBLISS: But --

SENATOR VIVIAN FIGURES: I'm not trying to hold up your bill. Mr. Chairman.

CHAIR LARRY STUTTS: Yes.

SENATOR VIVIAN FIGURES: Senator Chambliss, can you just walk me through or walk us through how this would actually work with -- if this bill is passed into law and enacted, if it's enacted? How would -- just walk me through it if my six-year-old grandson was trying to download an app.

SENATOR CLYDE CHAMBLISS: Yes, ma'am.

Page 24

There are technical people here who can answer that better than I can. But what I try to do is I try to put things in a way that my simple mind can understand. So right now, and for generations previous to now, if you walked into a convenience store and there was sensitive material there, there was a cover that was put over that so that accidental exposure would not occur. That's norm in our society. That's accepted. That's law in our society.

So what we are trying to do with this app store bill is the same thing that we do in a physical store on a digital store. It puts a barrier so that accidental exposure cannot occur. So through age verification and all the things that were explained earlier.

And, you know, obviously I am all about parents and parents taking care of their kids and looking after their kids and protecting their kids. But I can read you several stories where parents just like you and I, they were doing everything they could and it still got them.

SENATOR VIVIAN FIGURES: But tell me, how does it work? Like, you know, treat me like a simple-minded person right now, that, in terms

Page 25

of how would it actually work? What happens when my six-year-old goes on the phone and tries to download an app if this was in place?

REP. CHRIS SELLS: I think we just heard it from the last speaker. So what she said was when you get the phone, you'll verify that it's for a minor, and you'll enter the age in the phone, right?

SENATOR VIVIAN FIGURES: So how do you -- I mean --

REP. CHRIS SELLS: So there's several different --

SENATOR VIVIAN FIGURES: From the very beginning, I'm on the app store.

REP. CHRIS SELLS: Okay.

SENATOR VIVIAN FIGURES: I pull down a certain app that I want.

REP. CHRIS SELLS: Okay. Run through --

SENATOR VIVIAN FIGURES: Because I really want to understand.

THERESA GARCIA ROBERTSON: Well, lucky for all of us, I'm the mother of a six-year-old and went through this process recently.

SENATOR VIVIAN FIGURES: Okay, great.

THERESA GARCIA ROBERTSON: So she has an iPad, and I set up her Apple account, and I put her age in it. And she went into our family account under me. And so I went in and made sure that it was as locked down as is humanly possible and opted in to what currently exists.
And she -- I can tell when she has it. I can tell when her daddy has handed it to her because all of a sudden my phone starts dinging with all of these notifications of Andy wants to download this app. No, you may not download this app. And so I just decline it and she doesn't get to download it. So I get the notification.
And with this bill, instead of me having to go in, I would still go in and set up her Apple account, but I don't have to opt into anything. It is automatic that, once they see that she is a six-year-old, she is automatically put into those parental accounts. I don't have to spend an hour, an hour and a half making sure that it's completely locked down.
SENATOR VIVIAN FIGURES: But if you go in on her iPad -- because my grands have iPads too.
THERESA GARCIA ROBERTSON: Yes, ma'am.



SENATOR VIVIAN FIGURES: So if you go in there and try to download something, what would it do?
THERESA GARCIA ROBERTSON: I would have to have my phone, and I would have to verify it.
SENATOR VIVIAN FIGURES: But if this bill was enacted, you couldn't download it either, right? What would happen --
THERESA GARCIA ROBERTSON: It would be the same --
SENATOR VIVIAN FIGURES: -- if it was something you want -- oh, you just have to give your permission.
THERESA GARCIA ROBERTSON: It would be the same process. I would just still have to give my permission. The difference in what we are saying is that I don't --
SENATOR VIVIAN FIGURES: You wouldn't have to do it every time.
THERESA GARCIA ROBERTSON: As a parent, I don't -- I would have to do it every time to say yes or no, just like I do now. But I don't have to go in and spend all of this time figuring out how to turn on all of the safety precautions. I would -- it is automatic that it happens



because I have verified that she is a minor.
SENATOR VIVIAN FIGURES: So what would the phone companies, the device companies have to do? What would they be required to do to make it so that you don't have to do that?
THERESA GARCIA ROBERTSON: Right. There's an age -- well, this bill would make it so that I wouldn't have to do that, that this bill would require that that age verification happens.
CHAIR LARRY STUTTS: Okay. I --
SENATOR VIVIAN FIGURES: But that the company is going to have to do something --
CHAIR LARRY STUTTS: Let's --
SENATOR VIVIAN FIGURES: -- to make sure that you don't have to do it.
CHAIR LARRY STUTTS: Okay. Let's move on. We're running short on time.
SENATOR VIVIAN FIGURES: Senator, I'm really trying to get a better understanding of this bill.
THERESA GARCIA ROBERTSON: There's nothing --
SENATOR VIVIAN FIGURES: I'm not trying to prolong anything, Senator.



CHAIR LARRY STUTTS: Okay.
SENATOR VIVIAN FIGURES: If I was, I would tell you.
THERESA GARCIA ROBERTSON: The information is all there on an Apple phone, on a Google phone, on whatever other kinds of phones. This information is there.
SENATOR VIVIAN FIGURES: So the companies don't have to do anything.
THERESA GARCIA ROBERTSON: Well, there would be age signals that are sent. There would be those types of things that happen once the -- I don't have the bill in front of me, and I'm so sorry. But there are requirements that would have to happen. But we're not -- the information is already there. That age information is already on the phone. They already have the technology.
SENATOR VIVIAN FIGURES: I'm a little confused.
THERESA GARCIA ROBERTSON: The infrastructure is there.
SENATOR VIVIAN FIGURES: Okay, so I guess I want to hear from something. Is there somebody here from one of the companies --

Page 30

CHAIR LARRY STUTTS: Well --
SENATOR VIVIAN FIGURES: -- that would have to be responsible for making it so, so that I can understand technologically what has to be done on their part as well? And how do we enforce it? How is it going to be enforced?
REP. CHRIS SELLS: Enforced through the Attorney General's Office.
SENATOR VIVIAN FIGURES: So how would some --
REP. CHRIS SELLS: Parents would take claims to the Attorney General's office and present them to him.
SENATOR VIVIAN FIGURES: Hmm. I wonder how that would work.
REP. CHRIS SELLS: If I'm --
CHAIR LARRY STUTTS: What claims are you saying? Explain that.
REP. CHRIS SELLS: Yes, sir. So if the parents find some violations, they'd take the violations to the Attorney General's Office.
CHAIR LARRY STUTTS: Oh, okay. If the parent --
REP. CHRIS SELLS: If I might bring us up to where we --

Page 31

CHAIR LARRY STUTTS: Yeah.
REP. CHRIS SELLS: -- how we get right here. So last year, you all passed this bill out of the senate, correct? And it's come to the house.
When we passed the filter bill and did not get to this bill, the speaker pulled us all together and said, you all get this worked out before next year. So we've been -- this has been -- this isn't something we just stuck together. This has been in the works. So --
SENATOR VIVIAN FIGURES: So have you worked with the companies as well?
REP. CHRIS SELLS: Yes. They -- I haven't personally, but yeah (indiscernible) --
SENATOR VIVIAN FIGURES: So they've been at the table as well.
REP. CHRIS SELLS: Yes, they've been at the table. And the table's been open. They might not have been there, but it's been available. So now we want to talk. And then, so we passed it out of the house 103 to zero. Not once did any parents say, hey, this technology is already there. Not once did anybody on their side say it's already there and they're using it.

Page 32

The technology is there --
SENATOR VIVIAN FIGURES: Mm-hmm.
REP. CHRIS SELLS: -- but it's not default. So this is going to make it default. This is -- we're -- if it's a small inconvenience for somebody, so be it. We're protecting our children, our grandchildren. They have the technology, the filter bill. They said they couldn't do it. Bam, they got it fixed right now.
CHAIR LARRY STUTTS: All right. We -- any other particular questions? Is it -- I'm going to leave it up to you. We've had a public hearing, but if you want us to vote today --
REP. CHRIS SELLS: Yes, sir.
CHAIR LARRY STUTTS: -- we'll be glad to have a vote.
REP. CHRIS SELLS: -- (indiscernible).
CHAIR LARRY STUTTS: So --
VICE CHAIR DAN ROBERTS: I'd move favorable.
CHAIR LARRY STUTTS: Is there a second? Okay. Any other discussion on the motion for a favorable?
SENATOR VIVIAN FIGURES: Yes, Mr. --

Page 33

CHAIR LARRY STUTTS: Yes.
SENATOR VIVIAN FIGURES: I would like to say that I will vote for the bill to come out of committee, but I definitely want to get with Senator Chambliss to get a complete understanding. Also, I don't like sound-good feel-good bills if it truly can't be enforced as well to make sure that the children are protected as well. Because we didn't talk about enforcement, what kind of penalty it would be, or whatever.
CHAIR LARRY STUTTS: All right. All right. Thank you. Any other comments before we vote? Will you call the roll, please?
CLERK SAMANTHA HESTER: Senator Allen.
SENATOR GERALD ALLEN: Aye.
CLERK SAMANTHA HESTER: Senator Bell.
SENATOR LANCE BELL: Aye.
CLERK SAMANTHA HESTER: Senator Chambliss.
SENATOR CLYDE CHAMBLISS: Aye.
CLERK SAMANTHA HESTER: Senator Coleman-Madison. Senator Figures.
SENATOR VIVIAN FIGURES: Aye.
CLERK SAMANTHA HESTER: Senator Kelley.

Page 34

SENATOR KEITH KELLEY: Aye.
CLERK SAMANTHA HESTER: Senator Kitchens.
SENATOR WES KITCHENS: Aye.
CLERK SAMANTHA HESTER: Senator Roberts.
VICE CHAIR DAN ROBERTS: Aye.
CLERK SAMANTHA HESTER: Senator Stewart.
SENATOR ROBERT STEWART: Aye.
CLERK SAMANTHA HESTER: Senator Stutts.
CHAIR LARRY STUTTS: Aye.
CLERK SAMANTHA HESTER: Senator Williams.
SENATOR JACK WILLIAMS: Aye.
CHAIR LARRY STUTTS: Okay. The bill was given a unanimous approval out of committee. Thank you, members of the committee and all of you that sat through a long public meeting.

Page 35

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Sonya M. Ledanski Hyde
________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: October 14, 2026

**1**

**100** 6:7
**103** 31:22
**11501** 35:14
**12151** 35:8
**13** 5:12 8:8
**14** 4:16 8:8 35:16
**16** 19:13
**161** 2:3,6 7:10 15:24 17:10 18:5,18
**18** 5:1 19:10

**2**

**2024** 19:8
**2026** 1:14 35:16
**25** 16:4
**27** 18:24
**28** 1:14

**3**

**30** 14:18 21:15
**300** 35:13
**330** 35:12
**37** 12:22

**4**

**40** 12:22 19:23
**43** 12:22
**48** 22:21

**8**

**83** 8:17 17:17 19:3

**9**

**95** 6:7
**96** 3:22 4:15

**a**

**ability** 9:23
**able** 5:3
**accepted** 24:10
**accidental** 22:10 24:8,14
**account** 20:3 26:2,4,16
**accountability** 4:20 7:12 12:12 13:22 17:11
**accounts** 19:8 19:11,17 26:19
**accurate** 5:21 35:4
**achieves** 21:8
**act** 7:12 17:11
**actually** 8:5 12:6 13:10 23:20 25:1
**add** 10:6,10 16:23
**additional** 18:8
**address** 22:14
**adult** 16:21
**adults** 4:18 6:1
**advertising** 5:10
**affect** 10:19,21
**afternoon** 15:22
**age** 2:13,14 5:11,23,24 8:13 14:1 18:18,22,23 19:16,17,18 20:4,20 24:15 25:7 26:3 28:7 28:9 29:11,16
**agenda** 2:2 14:22
**ages** 6:3
**ago** 3:8 17:8
**ahead** 11:19
**ai** 17:6
**aisle** 8:18
**alabama** 1:12 4:15 7:9,9 8:18 17:5,10,17 19:3 21:10,25
**alabama's** 18:6
**allen** 33:15,16
**allows** 7:25
**altogether** 10:2
**andy** 26:10
**announced** 14:21
**anomalized** 5:24
**anonymous** 20:20
**answer** 2:17 24:1
**anybody** 4:4 31:24
**anyway** 14:22
**api** 8:16
**app** 2:11,15,16 4:16,18 5:4,10 5:15,19,25 7:12 16:17 17:11,13 18:18 18:20,20,23 19:4,13,17,21 20:2,6,9,14,15 20:17,19,20 23:24 24:12 25:3,14,17 26:11,12
**app's** 2:13
**apple** 9:20 10:9 11:18 20:11 26:2,16 29:5
**apply** 17:22
**appreciate** 3:5 12:8 14:23
**appreciative** 12:10
**approach** 6:5 20:18

**appropriate** 5:17 8:7 18:22 19:16
**approval** 17:14 17:21 19:4 20:13 34:17
**approve** 20:7
**approved** 20:21
**approves** 20:10
**apps** 5:16 9:17 10:6,7 16:12 17:7,15 19:23 20:22
**area** 14:6
**asked** 15:12 21:15
**associated** 21:1
**assumed** 8:6
**attorney** 30:8 30:12,21
**authority** 5:7
**automatic** 26:17 27:25
**automatically** 19:10 26:18
**available** 31:21
**average** 19:24
**awareness** 18:5
**aye** 33:16,18,21 33:24 34:1,4,7 34:10,12,15

**b**

**back** 5:7 6:15 8:14 14:17 15:15 21:18 22:3
**backgrounds** 16:19
**bam** 32:9
**barraged** 22:21
**barrier** 24:14
**basically** 2:10
**becky** 3:17,19 3:25 4:3,9,13 4:13 6:15,19 6:22 7:1
**bedtime** 10:4
**beginning** 25:14
**bell** 33:17,18
**best** 7:22 21:4 23:5
**better** 13:12 14:4 17:12 18:4 20:1 23:5 23:7 24:2 28:20
**big** 13:18
**bill** 2:2,3,6,8,9 3:13,14 4:22 4:23 5:6,20,23 6:9,18 7:10,14 7:24 8:4,9,12 8:17,19 12:11 13:12 14:12,20 15:13,24,25 16:13,22 17:2 17:10,16 18:5 18:18 21:18,21 22:15,18,20,22 23:16,21 24:12 26:14 27:7 28:7,9,21 29:13 31:3,6,7 32:8 33:3 34:16
**bills** 7:21 33:7
**binding** 5:2
**bipartisan** 6:6
**birmingham** 16:4
**birth** 6:1
**blocked** 10:12 10:15
**blurred** 10:13
**board** 16:5
**body** 23:1
**books** 9:12
**bring** 9:3 30:24
**bringing** 12:7 12:11
**brings** 8:14
**broad** 19:5
**broker** 5:4
**burdensome** 5:25
**button** 20:8
**buy** 9:22 13:17 13:22
**buying** 13:20

**c**

**c** 35:1,1
**call** 33:14
**cards** 6:2
**care** 16:23 24:18
**caregivers** 16:20,24
**case** 8:9
**cases** 16:10,14
**categories** 5:24
**caused** 17:8
**cell** 12:23 13:18
**center** 16:5
**centralized** 19:20
**certain** 9:25 17:1 25:17
**certify** 35:3
**chair** 2:1,18,20 2:25 3:3,7 4:6 4:11 6:11,14 7:4 8:20 11:4,6 11:9,11 12:17 12:18 14:9,11 14:15,25 15:6 15:9,11,14,19 15:22 18:7 20:23 21:11,13 23:17 28:11,14

28:17 29:1 30:1,17,22 31:1 32:11,16 32:19,20,22 33:1,12 34:7 34:12,16
**chairman** 2:18 3:20 4:1 6:13 7:3 12:21 21:21 23:16
**challenge** 19:19
**challenges** 9:14
**challenging** 9:10,11
**chambers** 6:8
**chambliss** 21:15,20 23:11 23:14,19,25 33:5,20,21
**chatbots** 17:7
**check** 13:5,23 16:21
**child** 5:1,17 12:7
**child's** 2:12 17:18
**children** 1:12 2:9 4:17 5:5,13 8:1 12:16 13:18 14:5 16:9,10,13,24 17:5,13,24 32:7 33:8
**children's** 4:19 6:3
**choose** 2:11
**chris** 2:5 3:5 25:4,11,15,18 30:7,11,16,19 30:24 31:2,14 31:18 32:3,15 32:18
**citizen** 4:8
**claims** 30:12,17
**clear** 5:11,21 20:17
**clerk** 33:15,17 33:19,22,25 34:2,5,8,11,13
**click** 20:8
**closes** 4:23
**clyde** 21:20 23:11,14,25 33:21
**coleman** 33:23
**collect** 6:1 20:12
**columbus** 18:15
**come** 2:4 6:15 8:23 13:4 22:17 31:4 33:3
**comments** 12:9 33:13
**commitment** 15:5,12
**committee** 1:13 2:7 14:9 15:23 15:25 21:7 33:4 34:17,18
**common** 4:23 17:16
**commonly** 7:11
**companies** 17:23 28:3,3 29:9,25 31:13
**company** 28:13
**comparable** 5:16
**complete** 33:5
**completely** 26:21
**complex** 19:19
**concept** 17:22
**conducted** 8:16
**confirm** 20:3,4
**confused** 29:20
**consent** 5:1,6 20:21
**contact** 19:11
**contain** 5:17
**content** 4:22 19:12
**continue** 4:17
**contract** 5:2
**contracts** 5:4,5 17:24
**control** 18:4 20:10
**convenience** 24:6
**conversation** 8:14
**corporations** 5:5
**correct** 2:13 31:4
**country** 35:12
**couple** 7:13
**course** 13:3 23:10,13
**cover** 24:7
**create** 11:1,24 12:6
**credit** 6:2
**critical** 17:10
**currently** 5:4 17:24 26:6
**cut** 10:2,4

**d**

**d.c.** 16:6
**daddy** 26:8
**daily** 9:14
**dan** 2:18 32:20 34:7
**dangers** 17:5
**data** 17:25 20:25
**date** 35:16
**dates** 6:1
**daughter** 13:1

**day** 14:18
**days** 13:20
**deal** 12:23
**dealing** 8:3
**dear** 21:17
**decide** 15:1
**decisions** 5:22
**decline** 26:12
**default** 32:4,4
**defaulted** 19:10
**definitely** 16:22 17:2 33:4
**deny** 20:7
**descriptions** 5:21
**designated** 16:12
**devastating** 16:10 17:9
**developer** 20:19
**developers** 5:16 8:4 18:21 19:17
**device** 17:15 28:3
**devices** 9:22 16:9 22:11
**difference** 27:16
**differences** 13:8
**different** 25:12
**difficult** 7:23
**difficulties** 9:13
**digital** 4:18 17:23 24:13
**dinging** 26:9
**direction** 21:18
**director** 4:14
**discussed** 22:1
**discussion** 32:23
**documentation** 21:2
**doing** 24:21
**dollar** 17:23
**double** 13:5
**download** 17:15 18:20 20:6,9 23:24 25:3 26:11,11 26:13 27:2,7
**downloaded** 2:12 5:19
**downloads** 19:5 20:16
**driver's** 5:8 8:15

**e**

**e** 35:1
**eagle** 4:14
**earlier** 22:1 24:16
**easily** 21:9
**effort** 9:7
**either** 27:8
**empower** 17:11 19:7
**enacted** 23:21 23:22 27:7
**enforce** 30:6
**enforced** 30:6,7 33:7
**enforcement** 33:10
**ensures** 18:20
**enter** 5:2 25:7
**enthusiasm** 3:6
**equip** 18:3
**establishes** 5:9
**estimated** 19:23
**exact** 17:22
**exactly** 11:21
**examples** 21:24
**except** 22:17
**excess** 10:10
**excited** 15:24
**excuse** 2:23 3:23
**executive** 4:14
**exist** 10:17
**existing** 20:15
**exists** 26:6
**experiences** 18:22 19:16
**explain** 30:18
**explained** 24:16
**explicit** 5:17
**exploitation** 16:6,8
**exploitative** 4:21
**exploited** 16:11
**exponentially** 17:6
**exposed** 4:21 5:14
**exposure** 20:25 22:10 24:8,14

**f**

**f** 35:1
**facebook** 19:9
**fact** 21:23
**false** 11:1,24 12:6
**families** 16:14 16:19 17:9 21:10,25 22:5
**family** 16:3 26:3
**favorable** 2:19 2:21 32:21,24
**feasible** 6:4
**federally** 18:24
**feel** 7:13 14:4 33:7
**field** 17:19

**figures** 2:23 3:1 3:23 4:1,4,7,10 6:12,16,20,24 7:2 12:20 14:13,17 15:4 15:7,11 22:15 23:10,13,15,18 24:23 25:9,13 25:16,20,25 26:22 27:1,6 27:11,18 28:2 28:12,15,19,24 29:2,8,19,23 30:2,9,14 31:12,16 32:2 32:25 33:2,23 33:24
**figuring** 27:23
**filter** 31:6 32:8
**finally** 6:5
**find** 30:20
**finish** 14:16
**first** 4:25 9:8 11:20 12:5
**firsthand** 16:10
**five** 9:4
**fixed** 32:9
**floor** 15:2
**focused** 9:4
**forbid** 10:14
**foregoing** 35:4
**forget** 10:18
**forum** 4:15
**found** 8:17 19:3
**four** 3:11 4:24 7:17 8:7 19:1
**front** 2:10 29:13
**further** 14:8 19:1

**g**

**g** 5:12
**gaps** 4:24
**garcia** 18:12,13 20:24 21:12 25:22 26:1,25 27:4,9,14,20 28:6,22 29:4 29:10,21
**gatekeepers** 4:18
**general's** 30:8 30:12,21
**generation** 18:6
**generations** 24:5
**gentleman** 11:5
**georgia** 18:15
**gerald** 33:16
**gerritson** 3:17 3:19,25 4:3,9 4:13,14 6:19 6:22 7:1
**getting** 9:19
**give** 3:17 10:8 17:25 27:12,16
**given** 34:17
**gives** 2:10
**glad** 2:17 32:16
**go** 3:14,15 13:25 14:2 17:20 21:19 26:15,15,22 27:1,23
**god** 10:14 12:22
**goes** 9:7 25:2
**going** 3:10 9:16 9:18 11:24 12:5 13:17,22 14:11 22:3,4 28:13 30:6 32:4,13
**good** 3:19 15:21 23:4 33:6,7
**google** 9:21 10:9 11:18 20:12 29:6
**gotten** 3:11
**governance** 6:10
**grammy** 13:4
**grandchildren** 12:16,25 32:7
**grandparent** 12:10,14
**grandparents** 17:2
**grands** 26:23
**grandson** 23:23
**great** 15:23 16:23 25:25
**groomed** 16:11
**grown** 17:6
**guess** 29:24

**h**

**half** 18:25 26:20
**handed** 26:8
**handle** 22:3
**happen** 27:8 29:12,15
**happens** 25:1 27:25 28:10
**harm** 5:20 16:8 17:9
**harmed** 16:11
**harmful** 4:21 5:18
**harms** 17:5
**havoc** 22:11
**hb161** 1:15 3:21 6:10 9:8 9:11,15 11:3 20:1,18 21:8
**health** 1:13
**hear** 29:24
**heard** 9:16 25:5

**hearing** 2:24 3:10,15 9:3 14:16,19,20,21 32:14
**heart** 21:17
**help** 9:18 17:3 18:3
**helping** 11:20
**hester** 33:15,17 33:19,22,25 34:2,5,8,11,13
**hey** 31:23
**hi** 8:25 18:12
**hmm** 30:14 32:2
**hold** 2:14 23:16
**home** 7:17
**homework** 10:3
**honest** 11:23
**hope** 22:6
**hour** 10:3 26:20,20
**hours** 22:21
**house** 2:3,6 7:10 13:4 15:24 17:10 18:5,17 31:5 31:22
**humanly** 26:5
**hyde** 35:3

**i**

**ideas** 23:5
**identity** 20:25
**ignored** 19:6
**imagine** 9:8
**immediate** 21:9
**impact** 21:10
**imperil** 12:7
**implemented** 21:9
**importantly** 19:15
**inconvenience** 32:5
**incredibly** 9:10
**independently** 19:22
**indiscernible** 31:15 32:18
**industry** 19:19 21:8
**information** 8:12 19:22 20:12,19 29:5 29:7,15,16
**informed** 5:22
**infrastructure** 20:15 29:22
**input** 15:10 22:21
**insofar** 10:7
**instagram** 19:9
**institute** 7:9,10 9:1
**insult** 11:15
**insulting** 12:13
**insults** 9:11
**intentionally** 16:22
**introduce** 4:11 7:6 8:23 18:10
**introduced** 18:24
**involved** 16:20 16:24
**ipad** 26:2,23
**ipads** 26:23
**issue** 21:23
**issue's** 21:16

**j**

**jack** 34:15
**january** 1:14
**jobs** 22:4
**john** 8:22,22,25 8:25 11:8,14

**k**

**keep** 7:23 9:18 21:5
**keith** 11:10 12:8 34:1
**kelley** 11:9,10 12:8 33:25 34:1
**kids** 4:21 7:16 9:17,18,24 10:6,11,14,21 10:25 16:17 17:1 21:6 24:18,19,20
**killing** 22:22
**kind** 33:10
**kinds** 29:6
**kitchens** 34:3,4
**know** 3:22 4:15 5:13 6:17 7:16 7:16 13:14,24 14:9,18 17:8 19:17 21:16 22:5 24:17,24
**knowledgeable** 16:25
**known** 7:11

**l**

**label** 5:16
**laid** 13:15
**lance** 33:18
**large** 5:5
**larry** 2:1,20,25 3:3,7 4:6,11 6:11,14 7:4 8:20 11:6,9 12:18 14:11,15 14:25 15:6,9 15:14,19 18:7 20:23 21:11,13 23:17 28:11,14 28:17 29:1 30:1,17,22 31:1 32:11,16 32:19,22 33:1 33:12 34:12,16

**launched** 19:8
**law** 9:9 10:16 10:23,25 11:13 11:16,18,20,21 11:22 12:1 13:1 19:1 22:8 23:21 24:10
**lawmakers** 19:6
**laws** 10:19 22:5
**learn** 5:19
**leave** 32:13
**ledanski** 35:3
**legal** 35:11
**legally** 5:2,6
**legislation** 9:20 19:4 23:4
**level** 16:23
**lewd** 10:12,15
**limit** 9:23,24 10:1 19:11
**line** 18:15
**link** 6:2 20:3
**list** 3:11
**listen** 3:2
**little** 4:20 29:19
**live** 18:14
**lives** 4:19
**location** 19:20
**locked** 26:5,21
**long** 18:16 22:15 34:19
**longer** 21:23
**look** 12:4
**looking** 24:19
**lot** 17:1
**louisiana** 6:8
**love** 22:9
**lucky** 25:22

**m**

**ma'am** 23:25 26:25
**made** 2:21,21 3:19 26:4
**madison** 33:23
**main** 12:3
**majority** 10:20
**make** 2:14 5:22 9:9 13:12 14:7 17:24 19:14 23:4 28:4,7,15 32:4 33:8
**makes** 2:12 8:9
**making** 26:20 30:3
**marriage** 16:3
**material** 5:18 24:7
**matter** 21:24
**mean** 25:10
**meeting** 34:19
**melea** 15:16,18 15:21 16:2
**members** 2:2 15:22 34:18
**messenger** 19:9
**meta** 18:14,17 18:21 19:7
**mind** 11:7 24:3
**minded** 24:25
**mineola** 35:14
**minimizes** 20:25
**minor** 25:7 28:1
**minors** 5:5 7:18 17:14
**minute** 15:15
**minutes** 3:18 8:24 15:20
**misleading** 4:22
**misunderstan...** 14:3
**mm** 32:2
**monitoring** 16:16
**monitors** 13:1
**mother** 25:23
**motion** 2:21,22 32:23
**motorcycle** 13:20
**move** 2:19 28:17 32:20
**movie** 5:12
**multiple** 21:2
**murder** 22:6,6

**n**

**n** 35:1
**name** 8:22,25 16:2 18:12
**nation** 18:25
**national** 16:5
**near** 21:17
**nearly** 3:22
**necessarily** 11:25
**necessary** 10:16 17:12
**need** 10:25 11:2 11:16 12:2,2,4 13:14,23,24 15:3
**needed** 13:10
**negotiate** 22:23
**never** 10:18 14:19
**nightmare** 19:25
**nine** 9:5
**norm** 24:9
**note** 8:16
**notification** 26:13
**notifications** 26:10
**notified** 10:9 13:25
**nude** 10:12,15

**number** 7:15 10:24
**ny** 35:14

**o**

**o** 35:1
**obtain** 20:13
**obviously** 24:17
**occur** 24:9,14
**october** 35:16
**office** 30:8,12 30:21
**oh** 10:23 12:1 18:1 27:12 30:22
**okay** 3:15 6:14 6:16,20,24 7:4 18:8 21:14 25:15,18,25 28:11,17 29:1 29:23 30:22 32:23 34:16
**old** 8:8 9:5 23:23 25:2,23 26:18 35:12
**olds** 4:16
**once** 20:5 26:17 29:12 31:23,24
**ones** 12:10 20:16
**ongoing** 7:20
**online** 4:19 5:3 17:5,13 19:18 21:5,6
**open** 13:11 31:19
**operate** 5:15
**opinion** 13:9 23:2
**opponent** 3:12 3:16 8:21
**opponents** 3:9
**opportunity** 2:6 3:21
**oppose** 22:16
**opt** 26:16
**opted** 26:6
**order** 8:13 19:15
**overwhelming** 6:6
**overwhelmin...** 16:1
**own** 4:16 8:6 20:3

**p**

**paid** 20:16
**parent** 7:24 8:3 9:4,14 12:9,14 20:2,4,6,10,21 27:20 30:23
**parent's** 18:19 19:13
**parental** 4:25 5:7 19:4 20:13 26:19
**parenting** 9:6 9:11 11:16
**parents** 2:11 5:7,13,18,21 6:2 7:23,25 8:14,18 9:17 9:18,21,23 10:8,8,20,22 11:20,25 12:4 12:24 13:17,21 16:15 17:7,12 17:14,17,21 18:3 19:2,3,5,7 19:21 20:10 24:18,18,21 30:11,20 31:23
**parkview** 9:1
**part** 30:5
**particular** 32:12
**pass** 14:8 21:7
**passage** 8:19
**passed** 6:18,23 16:1 23:21 31:3,6,22
**passing** 6:7
**penalty** 33:10
**people** 7:21,22 16:25 17:3 22:22 24:1
**percent** 4:16 6:7 8:17 17:17 19:3
**perception** 12:6
**perilous** 10:18
**permission** 10:8 17:19 18:19 19:14 27:13,16
**person** 9:4 24:25
**personal** 7:15 19:22 20:18 21:1,16
**personally** 7:19 31:15
**pg** 5:12,12
**phone** 2:12 8:13 13:18,23 20:7 25:2,6,8 26:9 27:5 28:3 29:5,6,17
**phones** 7:18 12:23 29:6
**physical** 24:13
**place** 11:12,20 12:5 16:14 18:21 19:15 20:13 25:3
**planned** 14:10
**platforms** 18:22
**please** 6:10,15 7:5 18:1,3,9 33:14

**plenty** 15:1
**plus** 8:7 19:23
**point** 9:15 10:18,24 11:22 22:25
**policy** 7:9,9 9:2 9:4 18:14
**poll** 8:16 19:2
**positioned** 21:5
**possible** 26:5
**posted** 2:16
**potential** 17:4
**practical** 6:4
**practice** 16:4
**practicing** 16:2
**praise** 12:21
**precautions** 27:24
**precedes** 14:6
**precisely** 11:14
**present** 2:2,6 30:13
**presuming** 9:8 9:12
**pretending** 11:16
**previous** 23:2 24:5
**privacy** 5:25 19:24
**private** 4:7 16:4
**privilege** 21:16
**probably** 22:9
**problem** 7:20 9:8 10:19
**proceedings** 35:5
**process** 25:24 27:15
**professional** 7:25
**progress** 6:23
**prolong** 28:25
**proponent** 7:5 15:17
**proponents** 3:11,16
**protect** 5:25 9:16 11:20 12:15 17:13 18:6 21:6 22:4
**protected** 33:8
**protecting** 2:9 10:23 12:2 14:5 24:19 32:6
**protection** 10:25 16:23
**protections** 10:17
**provide** 9:21 12:12
**provided** 10:11
**providers** 11:19
**public** 2:24 3:10,15 14:16 14:19,20,21 32:13 34:19
**pull** 25:16
**pulled** 31:7
**punt** 3:10
**purchase** 20:14
**push** 14:7
**pushed** 15:8
**put** 9:12 24:3,7 26:3,19
**puts** 5:7 8:15 24:13
**putting** 20:10

**q**

**question** 6:13 11:4 22:2,14
**questions** 2:17 3:13 11:7 12:19 18:8 21:14 32:12
**quickly** 23:9
**quite** 10:18

**r**

**r** 5:13 35:1
**radical** 6:9
**raised** 17:1
**range** 20:21
**rating** 2:13,15 8:5
**ratings** 5:10,11
**reach** 10:13,16
**read** 7:21 8:22 24:20
**real** 5:2,10 21:24
**really** 8:11 14:6 25:21 28:20
**reason** 11:14
**reasonable** 4:23
**reasons** 7:13
**received** 6:5
**receives** 20:6
**recent** 19:2
**recently** 7:19 25:24
**record** 35:5
**regularly** 6:2
**relative** 10:10
**remember** 17:18
**rep** 2:5 3:5 25:4 25:11,15,18 30:7,11,16,19 30:24 31:2,14 31:18 32:3,15 32:18
**repeat** 13:14
**repeating** 13:13
**reporting** 8:5
**represent** 7:6 8:24 18:13

**representative** 2:3 21:22
**represented** 23:6
**representing** 7:8 18:11
**represents** 4:2
**reputation** 14:5
**request** 20:7
**require** 17:13 19:13 28:9
**required** 16:21 28:4
**requirements** 29:14
**requires** 4:25 5:21,23 18:18
**requiring** 19:4
**respect** 23:1,1 23:2
**respectfully** 21:7
**responsibility** 13:19 21:4
**responsible** 6:9 21:3 30:3
**restores** 5:6
**right** 2:11 7:17 8:21 12:18 24:4,25 25:8 27:8 28:6 31:2 32:9,11 33:12 33:13
**rise** 17:6
**risk** 20:25
**road** 35:12
**robert** 34:10
**roberts** 2:18 32:20 34:6,7
**robertson** 18:9 18:12,13 20:24 21:12 25:22 26:1,25 27:4,9 27:14,20 28:6 28:22 29:4,10 29:21
**role** 16:7
**roll** 33:14
**run** 25:18
**running** 28:18

**s**

**safe** 16:13,17 21:5
**safety** 27:24
**sales** 2:3
**samantha** 33:15,17,19,22 33:25 34:2,5,8 34:11,13
**sat** 34:19
**savvy** 17:3
**saying** 13:15 27:17 30:18
**school** 10:1 17:20
**scratch** 20:11
**screen** 9:23,25 10:1
**seat** 5:8 8:15
**second** 3:8 5:9 32:22
**seconds** 20:23 21:15
**secure** 20:20
**security** 11:1 11:24
**see** 9:24 10:21 13:11 14:12 15:2,15,23 16:25 19:12 21:18 26:17
**seeing** 3:15 13:8 16:8
**seen** 16:10
**self** 8:5
**sells** 2:5 3:5 21:22 25:4,11 25:15,18 30:7 30:11,16,19,24 31:2,14,18 32:3,15,18
**senate** 1:12 16:1 22:18,19 22:20 31:4
**senator** 2:23 3:1,23 4:1,4,7 4:10 6:12,16 6:20,24 7:2 11:9,10 12:8 12:20 14:13,17 15:4,7,11 21:14,20 22:14 22:25 23:10,11 23:13,14,15,18 23:18,25 24:23 25:9,13,16,20 25:25 26:22 27:1,6,11,18 28:2,12,15,19 28:19,24,25 29:2,8,19,23 30:2,9,14 31:12,16 32:2 32:25 33:2,5 33:15,16,17,18 33:19,21,22,23 33:24,25 34:1 34:2,4,5,8,10 34:11,13,15
**send** 10:14
**sense** 4:23 11:1 11:24 17:16
**sensitive** 20:18 24:6
**sent** 10:11 29:11
**serve** 16:5
**services** 11:19 21:2
**session** 16:1
**set** 26:2,15
**sets** 20:2

**settings** 19:14
**seven** 2:1 7:16
**several** 7:11 24:20 25:11
**sexual** 16:6
**share** 15:24 19:21 20:20
**shared** 20:19
**shares** 21:4
**short** 28:18
**shows** 13:2
**side** 31:25
**sides** 8:18
**sign** 17:18,24
**signals** 20:21 29:11
**signature** 35:8
**signed** 3:9 19:1
**signing** 8:2
**simple** 20:1,8 24:3,25
**simply** 4:23
**single** 22:9
**singularly** 23:7
**sir** 2:5 3:6 7:7 30:19 32:15
**sit** 22:3 23:3
**situations** 17:1
**six** 23:23 25:2 25:23 26:18
**skipped** 18:2
**slip** 17:19
**small** 10:24 32:5
**smartphone** 4:16
**smith** 7:5,7,8
**soc** 15:8
**society** 24:9,10
**solution** 19:20
**solutions** 35:11
**solve** 22:13
**somebody** 29:25 32:6
**someone's** 19:18
**son** 8:8 13:1
**sons** 7:17 8:6 12:22
**sonya** 35:3
**sorry** 2:20 3:24 3:25 4:3 6:14 18:2 29:14
**sound** 33:6
**southeast** 18:14
**speak** 3:21
**speaker** 18:9 25:5 31:7
**speakers** 15:10
**speaking** 12:9
**specific** 8:17
**spend** 19:12 26:20 27:23
**sponsor** 3:14 13:11 14:12 15:13,15 21:18 22:18,19
**spot** 18:2
**stand** 18:3
**standard** 5:16
**standardized** 8:10
**standards** 5:11
**start** 20:11
**starts** 26:9
**state** 18:15 22:12
**stated** 19:2
**states** 6:6,17,18 18:24
**statewide** 8:16
**stephanie** 7:5,7 7:8
**stephens** 15:16 15:18,21 16:2
**stepped** 16:7
**stewart** 34:9,10
**stop** 22:6,8,8 22:17
**stops** 22:7
**store** 7:12 17:11 18:23 19:21 20:2,17 24:6,12,13,13 25:14
**stores** 4:17,18 5:4,15 6:1 17:14 18:18 20:20
**stories** 24:20
**strict** 19:14
**strongly** 7:13 11:2
**stuck** 31:10
**stutts** 2:1,20,25 3:3,7 4:6,11 6:11,14 7:4 8:20 11:6,9 12:18 14:11,15 14:25 15:6,9 15:14,19 18:7 20:23 21:11,13 23:17 28:11,14 28:17 29:1 30:1,17,22 31:1 32:11,16 32:19,22 33:1 33:12 34:11,12 34:16
**sudden** 26:9
**suitable** 2:15
**suite** 35:13
**superfluous** 9:15
**support** 6:6,7 6:10 8:19 15:24 19:3,5 22:13
**supported** 15:25 17:16
**supports** 7:10 18:17
**sure** 2:13,14 8:9 11:8 14:7

17:18 26:4,20 28:16 33:8
**system** 5:12 8:5 23:1
**systems** 20:13

**t**

**t** 35:1,1
**table** 31:17,19
**table's** 31:19
**take** 9:13 12:12 12:14 13:21 14:7 18:16 30:11,20
**talk** 31:21 33:9
**tamney** 8:25 9:1 11:8,14
**tank** 9:2
**tech** 17:3
**technical** 24:1
**technologically** 30:4
**technology** 29:18 31:23 32:1,8
**teen** 19:8,16 20:5
**teen's** 20:2,4
**teens** 18:19 19:9,13,15,23 20:14 21:5
**tell** 2:4 4:2 7:6 8:23 18:10 24:23 26:7,8
29:3
**tells** 6:8
**terms** 10:6 24:25
**testified** 13:7
**testimony** 9:3
**texas** 6:8
**thank** 2:5,7 3:20 4:6,10,13 6:11,24 7:1,2 8:19,20 9:2 11:3,6,10 12:16,21 14:23 15:10,21 18:6 18:7 21:11,12 21:13,20 33:13 34:18
**theft** 21:1
**therapist** 16:3
**theresa** 18:9,12 18:13 20:24 21:12 25:22 26:1,25 27:4,9 27:14,20 28:6 28:22 29:4,10 29:21
**thing** 8:11 12:3 22:9 24:12
**things** 2:10 4:24 9:25 11:11,17,21 16:9,16,21 24:3,15 29:12
**think** 9:2 13:17 13:21 14:5 21:2 25:4
**thinking** 9:6,6
**third** 5:23
**thirty** 20:23
**thought** 3:8 6:21
**three** 3:18 7:17 8:24 12:22 15:19
**time** 9:23,24 10:1 14:7,23 15:2 19:12 22:15 27:19,21 27:23 28:18
**time's** 21:13
**today** 2:3,7,9 3:21 14:9 15:1 32:14
**together** 15:5 23:6 31:8,10
**told** 16:17
**tool** 12:15
**tools** 17:12
**trafficked** 16:12
**transcript** 35:4
**treat** 4:17 24:24
**trick** 13:3
**tries** 20:6 25:2
**trillion** 17:23
**trip** 17:19
**true** 35:4
**truly** 13:18,18 33:7
**truth** 5:9,19
**try** 12:15 13:3 22:4,17 24:2,3 27:2
**trying** 7:22 17:22 22:12 23:15,23 24:11 28:20,24
**turn** 27:24
**tv** 13:3
**tweak** 13:12 15:3
**twice** 9:16
**two** 2:10 3:16 3:20 11:17 15:9 23:1
**types** 7:21 29:12

**u**

**unanimous** 34:17
**under** 5:1 19:9 19:13 26:4
**underprivileg...** 16:19
**understand** 8:1 8:4 24:4 25:21 30:4

**understanding** 13:7,16,25 19:18 28:20 33:6
**understood** 13:6
**unfiltered** 22:11
**uploading** 21:1
**urge** 18:1,2 22:13
**use** 19:23 20:15
**used** 14:18
**users** 5:1 18:21 19:18
**uses** 8:12
**using** 5:24 31:25
**utah** 6:8

**v**

**v** 13:4
**vast** 10:20
**verifiable** 4:25
**verification** 5:24 24:15 28:9
**verifications** 18:23
**verified** 28:1
**verify** 8:13 14:1 18:18 25:6 27:5
**verifying** 6:3
**veritext** 35:11
**versions** 18:25
**vice** 2:18 32:20 34:7
**vigilant** 10:20 10:22 12:1 16:15,16
**violations** 30:20,21
**vivian** 2:23 3:1 3:23 4:1,4,7,10 6:12,16,20,24 7:2 12:20 14:13,17 15:4 15:7,11 23:10 23:13,15,18 24:23 25:9,13 25:16,20,25 26:22 27:1,6 27:11,18 28:2 28:12,15,19,24 29:2,8,19,23 30:2,9,14 31:12,16 32:2 32:25 33:2,24
**vote** 11:2 15:1 18:5 32:14,17 33:3,14
**voted** 14:19
**voters** 17:17

**w**

**wait** 14:11 18:1 23:12
**walk** 23:19,19 23:22
**walked** 7:18 24:5
**want** 2:4 8:15 9:25 10:2,4,6 11:15 19:2,7 21:6,19 22:23 23:3,11 25:17 25:21 27:12 29:24 31:21 32:14 33:4
**wants** 11:21 26:10
**washington** 16:6
**watch** 13:2
**watching** 16:16
**way** 11:19 20:1 24:3
**we've** 3:10 22:15 31:9 32:13
**week** 14:21
**weekly** 19:24
**went** 17:19 22:20 25:24 26:3,4
**wes** 34:4
**wide** 19:19 21:8
**williams** 34:14 34:15
**wonder** 30:14
**work** 22:1 23:2 23:3,8,20 24:24 25:1 30:15
**worked** 21:22 21:22 22:15 31:8,13
**working** 13:11 16:18 23:6,7
**works** 31:11
**world** 5:3,10 17:23 21:24 22:17
**wreaked** 22:11
**write** 9:9 11:18

**y**

**yeah** 3:3,5,7 6:23 14:13 15:14 31:1,15
**year** 4:16 8:8 9:5 17:4,8 22:19 23:23 25:2,23 26:18 31:3,9
**years** 7:11 14:18 16:4
**yep** 6:19

**young** 16:8
**younger** 18:21
**youth** 1:13

**z**

**zero** 31:22

# EXHIBIT E-4

Alabama Senate

February 5, 2026

HB161

Page 2

PRESIDENT WILL AINSWORTH: On Page 24 of the calendar, House Bill Number 161 by Representatives Sells and Mooney regarding consumer protection. BIR pending.

SENATOR CLYDE CHAMBLISS: Mr. President?

PRESIDENT WILL AINSWORTH: Senator Chambliss.

SENATOR CLYDE CHAMBLISS: Move the BIR. Do we have a good roll?

PRESIDENT WILL AINSWORTH: Yes, sir.

SENATOR CLYDE CHAMBLISS: Using the previous roll.

PRESIDENT WILL AINSWORTH: All right. Any objection? Hearing none, so ordered. Mr. Albritton, Mr. Woods. 33 ayes, zero nays. The BIR is adopted. Secretary, call the bill.

SECRETARY D. PATRICK HARRIS: On Page 24 of the calendar, House Bill Number 161 by Representatives Sells and Mooney regarding consumer protection.

SENATOR CLYDE CHAMBLISS: Mr. President.

PRESIDENT WILL AINSWORTH: Senator Chambliss.

Page 3

SENATOR CLYDE CHAMBLISS: Mr. President, what I would like to do is -- well, I'll just go ahead and make a motion and then explain the bill. And then my senate colleague, I think, is out of the room, but he'll be back here shortly. So I'll talk a little bit until he gets back in the room, explain the bill. So with that, I'd move final passage using the long roll, and I'd like to speak to that motion.

PRESIDENT WILL AINSWORTH: Okay.

SENATOR CLYDE CHAMBLISS: All right. This is House Bill 161. And as you all know, we've worked on a couple of bills over the last five, six years, actually. So we're here today dealing with the App Store Accountability Act, House Bill 161. And I will mention that it passed the house unanimously, so that is a great indicator that, in a bipartisan fashion, we in the legislature, the house, especially since they're already on record, support protection of children.

That I think we can agree on. We want to all protect our children to help them grow up and flourish and to be protected until they're at an age that they can actually handle certain

Page 4

things. This is not new in our society. For years and years and years, we've had guardrails or barriers, if you will, to certain physical information for our children to be shielded from that until they mature enough to handle that. And this bill simply tries to put or puts those type barriers or protections over the digital world.

And you all know these super supercomputers that we all have in our pockets nowadays, they -- they're the world at our fingertips. We've never had that before until the last, I'd say, decade or two, but especially now. And there are things that they have access to and things that they are agreeing to through the acceptance of terms and conditions when they download the apps that children should not be a party to.

They should not be accepting contracts. And that's what it is. When you download an app, you accept the terms and conditions. You are entering into a contract. So that is one of the major focuses of this bill is to prevent children from entering into contracts by downloading these apps.

Page 5

Now, I believe, as most people believe as well, that parents are the ones who should have the right to say they can, they can't, they do, they don't, that sort of thing. So with that, Mr. President, I see a colleague who has comments.

PRESIDENT WILL AINSWORTH: Senator Roberts. I'd like to dialogue for a minute while our colleagues speak.

SENATOR DAN ROBERTS: All right. It is -- we had contract review this morning and had the opportunity to go through a multitude of contracts for our state, 54 today. And it is fascinating to look at different things.

One of the things we had was a new tractor-trailer for education, and we hit on the fact that we need to have proof that this is working. We're spending another $3 million of state education monies for a tractor-trailer to travel around to schools for workforce development. So there's -- there'll be some discussion on that with colleagues that want to hold that contract as we look at that.

So it's a wise use of time to pull this aside, and we're already making progress on that.

Page 6

But this app store bill that they're discussing right now is an incredible tool that we need to get right. And Representative Sells and Senator Chambliss have worked for three years to pull this together. And we're talking about the future generations that are using these computers that are in our pockets. And I wholly support the way the bill as written and appreciate the fortitude that it has taken in the groups. Hundreds of people have talked to all of us about this bill.

PRESIDENT WILL AINSWORTH: Real quick, I had a few senators complain they can't hear the discussion, so if you all could keep it down where the senators could hear. Thank you.

SENATOR DAN ROBERTS: This is a tool that can be used and will be used to protect our children who are currently entering into contracts at whatever age they receive an iPhone. Most of us carry these around in our pockets, and what they do, as we know, is much more complicated than what has guided many of our rockets and spacecraft into and out of space, and we carry this in our back pocket.

The horror stories that we are hearing

Page 7

from people all over our state and around the nation, I believe there was just a special that one of the evening broadcasters did talking about the groups that are using these devices to come into children's bedrooms. And it's ruining lives. We have situations already in our own chamber and around this statehouse. And this is an attempt to help with children entering into contracts that they have no idea what they're doing. So I wholly support this bill, Mr. Chairman, and look forward to us passing this today. I see a colleague across the aisle there.

SENATOR APRIL WEAVER: I agree with your comments, and I believe, as a mother, we should be doing everything we can to protect our children. And one of the greatest concerns I have is all the exposure that they have to social media right now.

You know, when we were growing up, we didn't have iPhones, and we didn't have the exposure to such things as they have online now. And just looking at the things that I see on social media, I'm actually horrified that our children are exposed to such things as this at such a young age.

Page 8

So I applaud Senator Chambliss for bringing this bill today and certainly support his efforts in protecting our children.

SENATOR DAN ROBERTS: Yes. I have ten grandchildren now, and the oldest one just got the first iPhone. Three of them have watches that have apps on them, and I am most grateful for Senator Chambliss bringing this legislation.

SENATOR CLYDE CHAMBLISS: Thank you, Senator. I appreciate your jumping in and helping us through this process. As you know, there's a lot of work that's gone into it behind the scenes, and now not so much behind the scenes. But I think I'll continue with my explanation and then we will get on to the -- an amendment that might clarify a couple of things. So thank you, sir.

SENATOR DAN ROBERTS: I appreciate you.

SENATOR CLYDE CHAMBLISS: So let me go through just a few steps of what this bill does. The first thing it does is it protects minors by requiring parental permission. And that's what I was saying earlier is the parents are the ones that should be making these decisions, should be entering into contracts when they allow a phone

Page 9

to be initialized for their child. And that's what this bill does is it puts that to the parent. Not the child, but to the parent, somebody of age.

And then number two, it requires the app stores to verify the age. That's very, very important. They -- pretty much, when they initialize phones, they have the birth date and all that in there anyway. And then the third is it requires accurate app age ratings from the developers. Some will say it's good for age three and up, five or up, eight or up, whatever. It just ensures -- just like in our movie theater industry, it ensures that they have accurate ratings; PG, R, all that kind of stuff, PG-13. So that's the third thing.

And then the fourth thing is it focuses on contract law. It's -- and I'm repeating myself, but the child does not -- is underage and does not have or need the ability to enter into contracts. That's the parent or legal guardian's responsibility. So that in a nutshell is -- I was looking for my senate colleague. I know he has questions and an amendment. So if -- Mr. Leader, if you'll find him and tell him I'm ready

and have done my explanation if he's ready. So there he is. You ready?

And Senator, I know you and I have been working a lot over the last few days on this bill and getting answers and working with lawyers and getting interpretations. Here you are, you can take this. So as we get ready to talk about these amendments, I'll go ahead and talk about them as he's getting that prepared.

The first one deals with -- Page 9, for those who may have the engrossed version, it's dealing with the word "act". The section or the chapter title of the code is referenced above, and there was some ambiguity as to whether this act referred to Chapter 19 of Title 8 or this act that we're actually dealing with.

And the first part of this amendment just clarifies what "act" means in this case. A fairly simple thing, but very, very important that there's clarity on what that word is referring to, the word being "act". Let's see. The other one, the other part of the amendment, it deals with -- as many of you know, there are other laws currently on the books dealing with digital type things and digital access, that sort



of thing. We passed one last year, the filter bill.

And what this, the second part of the amendment says is that nothing in this act, the one that we're debating, shall be construed to relieve any person from compliance with any other law of this state that requires age verification. Very simple, very straightforward, but very, very important. So those are the things in the amendment that we have been working through over the last 24 hours or so especially.

So there we are. Again, the app. And you know, some people ask me, why? Why are we dealing with this? Why are we talking about this? And it's unfortunate, but we have had numerous situations in our state and others that -- where children have come across content that their mind was not ready to receive, and it has done -- you know, created chaos, and created problems in those children's lives.

So what we're trying to do is to make it intentional, where the parent has that ability to protect their children in a way that I would assume and I'm confident of every parent in this room wants to do as well. So Senator, thanks



again for working with me. We've been back and forth a lot --

SENATOR BOBBY SINGLETON: Yes.

SENATOR CLYDE CHAMBLISS: -- and I appreciate your patience with me and listening and learning and dealing with all the attorneys and everything. So I know I've explained briefly the amendment, but certainly you jump in and say whatever you want.

SENATOR BOBBY SINGLETON: Mr. President, I would like to dialogue with the gentleman, cross.

PRESIDENT WILL AINSWORTH: All right.

SENATOR BOBBY SINGLETON: First of all, I want to say thank you, Senator Chambliss, for being a statesman on this because, you know, you've been working on this for two or three years now. You could have been stubborn about it. You were open. You and I had some great dialogue in my office.

I think I had some concerns beyond what we were looking at here in terms of where we are in terms of really protecting families. You heard me. You went back, you worked through it, you worked with the different groups, came up



with these amendments. Everybody's not going to be happy with what we have. I think we have a product that we can put out there to start protecting families and our children. And if we have to come back next year to be able to tighten it up, we can do that. And I think this gives us a product to get out there and work with it to protect our babies. Because I have young daughters.

SENATOR CLYDE CHAMBLISS: Right.

SENATOR BOBBY SINGLETON: And I know that sometimes when I'm looking through these reels, I get very confused with the kind of product that's out there on these platforms. And I think that sometimes more than just a filter, but I think that everybody who is responsible for putting content should be complicit in this in terms of protecting our families.

I understand First Amendment rights. People have the right, and people are going to argue that. But when we're talking about our children, we got to protect them because they're not protectors of themselves.

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR BOBBY SINGLETON: We already

have deemed them underage that they can't sign for themselves. They can't basically speak for themselves, go into contracts and things like that. It takes us as adults --

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR BOBBY SINGLETON: -- to oversee that and to be there for them. And you worked through this with me while -- I think that even this morning when there was a line or two that would gut something that we thought that was going to protect, but we realized that it may have been an unintended consequence. You went back, scratched it out, and made it right.

And I applaud you for that, and I appreciate you for that, because you maintained that openness to get this bill done. We want to protect families on this side of the aisle also.

SENATOR CLYDE CHAMBLISS: Absolutely.

SENATOR BOBBY SINGLETON: And we also come from family groups that we know that needs protecting. You know, I talked to you about that grandmother who's raising those grandchildren by herself who may not be savvy enough to understand what a filter is.

SENATOR CLYDE CHAMBLISS: That's right.



SENATOR BOBBY SINGLETON: Some of them are going to get tricked. Some of them are going to get tricked. I think that this bill is a protection for maybe 50 to 60 percent of families in America because you have a two household family who's going to be looking after their children.

I think about that single mother who has to go to work in the morning and that single mother who has to go -- who wants to give that child a phone so they can contact them --

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR BOBBY SINGLETON: -- at any time. And you know -- and sometimes these kids may say, no, mama, we don't need that filter. I don't know why don't people want to put that on there. And mama don't understand what that filter may mean. And some are going to fall through the cracks. And that's where you and I had the conversation that we want to protect -- try to protect 100 percent.

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR BOBBY SINGLETON: Not just the 50 or 60 percent of those families who are going to be concerned and going to do the right thing



anyway.

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR BOBBY SINGLETON: I tell the story all the time. When I started my kids off on iPads and I started doing, you know, ABC mouse learning with them so that they can learn through that concept of shapes and things. But I made sure that they couldn't go on platforms like YouTube. And that if they were going to download something, they had to call their daddy first.

My daughters are 16 and 17. They still call their daddy and ask, can they download this app? I'm grateful that I'm able to have that in my life that we have that communication because at that age, you know, they're ready to go off and thinking of other things.

SENATOR CLYDE CHAMBLISS: Well, you had the Daddy Accountability Act before accountability act (indiscernible).

SENATOR BOBBY SINGLETON: Exactly. Because I hope they ain't listening, but I tricked them into the fact that I mirror everything that they do. You can't do anything on your phone because I pay for your phone.

SENATOR CLYDE CHAMBLISS: Yeah.



SENATOR BOBBY SINGLETON: I see everything that you do. So they still call Daddy to this day. And I say, if there's anything that you got to purchase, then call me and let me purchase it for you. Because I don't want you getting hit on the hip that you ain't got no money in your little account. Then they're going to be charging you --

SENATOR CLYDE CHAMBLISS: Snowballs.

SENATOR BOBBY SINGLETON: It snowballs. It's talking about your decline and your insufficient funds and stuff of that nature. I use this app called Greenlight. Greenlight is an app that allows kids to do money management.

I give my kids their allowance through Greenlight. It gives them a credit card in their hand, so wherever they go, they have that independence card. It's a cash card. But in Greenlight, Greenlight allows me to give them chores for whether or not if they want to earn this money. If they get good grades --

SENATOR CLYDE CHAMBLISS: Mm-hmm.

SENATOR BOBBY SINGLETON: -- you know, I give them extra money on their Greenlight card.

SENATOR CLYDE CHAMBLISS: Really? We

Page 18

did the same thing, but I didn't have a digital
way of doing it, but same thing.
SENATOR BOBBY SINGLETON: Yes, and so they have that. So the data may not be all around. Like, my daughter's on a field trip right now, and she called me this morning. She said, Dad, I need some money for lunch. I just hit Greenlight and transferred money over to her car so she can go to McDonald's and get her something, okay? And so Greenlight lets me know when they are purchasing something, and I know every purchase that they purchase on their card. And I can see it in mirrors to me.
SENATOR CLYDE CHAMBLISS: Because it is your money, right?
SENATOR BOBBY SINGLETON: It's my money. And it's a great tool teaching kids financial management and how to manage their money. It was introduced to me by Michael Sullivan out there on the hallway --
SENATOR CLYDE CHAMBLISS: Really?
SENATOR BOBBY SINGLETON: -- who had started his kids on it. And so I went and I downloaded it. And it was a great tool for my kids. You know, instead of trying to cash out

Page 19

money, where it's going to charge me money to send me money, Greenlight, I pay a fee once a year, maybe $10, and that's it.
SENATOR CLYDE CHAMBLISS: Yeah. Yeah.
SENATOR BOBBY SINGLETON: And so Greenlight even allows them to be able to invest and to save. I can see if they're saving money that I give them. If I give them $50 a week allowance, I can tell, you know, if they save $20 this time to do so, and I can tell whether or not they invested some money. It gives them some little investments that they can do, all right? And so we talk about those things, and so I try to do my best as a father.
SENATOR CLYDE CHAMBLISS: Yeah.
SENATOR BOBBY SINGLETON: I'm not present in their home every day. I admit I'm not. I'm not married to their mother, but I am not an absent father.
SENATOR CLYDE CHAMBLISS: Right. Well, that's what makes this even more important.
SENATOR BOBBY SINGLETON: Exactly. So I don't have the opportunity to see it. So therefore, it's my communication that's important to me between my daughters and I, okay, to make

Page 20

sure that they are getting the nurturing from their father that I want them to get. I see them every week. I see them just about every other day that I can. It's not like, you know, I'm going to send some child support and that's it.
SENATOR CLYDE CHAMBLISS: Right.
SENATOR BOBBY SINGLETON: I'm in their life.
SENATOR CLYDE CHAMBLISS: Yeah, you said it.
SENATOR BOBBY SINGLETON: I'm at their school. I'm at every event. I'm trying to be wherever they are to do what they do, okay? I want them to know what a man is in their life.
SENATOR CLYDE CHAMBLISS: I wish all kids had that.
SENATOR BOBBY SINGLETON: You know, and so that's what I do. I try to model myself in that fashion. I'm not perfect.
SENATOR CLYDE CHAMBLISS: No, no, no, no.
SENATOR BOBBY SINGLETON: Make some mistakes. We have some hard conversations because Dad just don't understand, you know. No, Dad, you just don't understand. You know? Well,

Page 21

I try to be a cool dad, but Dad, you still just don't understand.
SENATOR CLYDE CHAMBLISS: Yeah. You got to be the daddy at the end of the day.
SENATOR BOBBY SINGLETON: I find myself sometimes out with my daughters and their friends, piled up in my car. I'm over at some bowling alley, but Dad's sitting way over in the corner, back in the back, just minding my business on my phone while they're just having a good time. You know, because I want them to be safe.
SENATOR CLYDE CHAMBLISS: Yep, something happens, you're there.
SENATOR BOBBY SINGLETON: Dad is there. I want them to be safe. And you know, Clyde, before I go in a building, if I'm taking them, I go and scope the building out where the bathrooms is, make sure it's not dark down in those alleys, the whole nine yards. I open the door to make sure there's light there so when my babies go to the bathroom, Dad's standing outside the door. All right? Because I just don't trust a lot of people with my girls. Those are my babies.
SENATOR CLYDE CHAMBLISS: And you know

Page 22

I have three girls.
SENATOR BOBBY SINGLETON: Those are my babies. And so this bill -- you know, and I'm glad you're bringing this bill because, you know, you and I have talked about this bill over the past two or three years.
And I know that people like Apple, Meta, and all of the big guys out there, to them, at the end of the day, it's about data, what they can get to continue to run these platforms on, how they run these platforms. And you and I grew up in a different era, but our children are growing up in this era. This is their life.
SENATOR CLYDE CHAMBLISS: That's right. They don't know anything different. They don't know.
SENATOR BOBBY SINGLETON: I dialed a rotary phone. I heard a dial tone.
SENATOR CLYDE CHAMBLISS: That's right.
SENATOR BOBBY SINGLETON: I still have an old rotary phone on my wall at my house, right? And I can remember the first time when my daughters were growing up, I put that to the ear and they heard that boo. It freaked them out. They'd never heard a dial tone before. I gave

Page 23

them a number and asked them to dial it and she was lost. She didn't know how to call her grandmama --
SENATOR CLYDE CHAMBLISS: They tried to punch the numbers.
SENATOR BOBBY SINGLETON: -- by using that rotary phone. You know, but that's the difference in where they grew up and where we grew up.
SENATOR CLYDE CHAMBLISS: That's right.
SENATOR BOBBY SINGLETON: And they have much more vice in their lives that influences them than you and I. I can remember when I was growing up, I didn't see my friends after the weekend until we came back, or the summer. Sometimes I wouldn't even see them over the summer --
SENATOR CLYDE CHAMBLISS: All summer, yeah.
SENATOR BOBBY SINGLETON: -- until we came back to school.
SENATOR CLYDE CHAMBLISS: Yeah.
SENATOR BOBBY SINGLETON: Times have changed now. Kids are even playing games with each other in different states, Roblox and things

Page 24

of that nature --
SENATOR CLYDE CHAMBLISS: The other side of the world.
SENATOR BOBBY SINGLETON: -- in other states. And so we acknowledge that here as a legislature that we have to keep up with the times. And while we want technology to flourish, we also have to build in those consumer protections and those protections for our children and for our families. And so I have an amendment here today that I think that you see as a friendly amendment.
SENATOR CLYDE CHAMBLISS: That's right. It's a friendly amendment.
SENATOR BOBBY SINGLETON: I'm sorry. Could you just talk for a second?
SENATOR CLYDE CHAMBLISS: Yes, sir.
SENATOR BOBBY SINGLETON: Let me get some clarification here before I introduce (indiscernible).
SENATOR CLYDE CHAMBLISS: Yes, sir. So I appreciate the senator. He's worked with me, as he mentioned, as we talked about, especially over the last 48 hours or so, but really a lot over the last few years. You know, the bill, it

Page 25

talks a lot about the different things and has a lot of technical information on it or in it.
But just in an overview, kind of what I was talking about before, but also on this -- Senator, I see you have a comment.
SENATOR MERIKA COLEMAN: I do. Am I recognized? Thank you so much. I just wanted to come up and commend the gentlemen on the work that you've been doing to protect children.
SENATOR CLYDE CHAMBLISS: Thank you, ma'am.
SENATOR MERIKA COLEMAN: This particular bill, I have a few little questions about, but I did want to just talk about something you and I worked together on. Was it last year or year before when we did our Boy Scouts bill?
SENATOR CLYDE CHAMBLISS: Year before, I think.
SENATOR MERIKA COLEMAN: Year before, I think, yeah. My years are coming together now. You and I collectively wanted to do something for those survivors of child sex assault and to make sure that they had the opportunity to take advantage of, if they so chose to, that -- the

Page 26

Boy Scout Settlement Trust Fund.
SENATOR CLYDE CHAMBLISS: Right, that was already in place.
SENATOR MERIKA COLEMAN: Already in place, and all of these members here voted to help and support those survivors. And so just wanted to take a moment to thank you for the work that you've been doing thus far. We have a bill coming up next where we're going to talk a little bit more about that.
And I'm hoping that you, especially with the support that you've given to the survivors of the Boy Scouts, will also lend that same type of support to a bill that I've had now for several years to make sure these other survivors have some level of recourse. And I've had that bill for a few years now, but just, again, in this time that I have, I just wanted to make sure that the public understood how much you have truly worked to protect children in the state of Alabama.
Again, so we worked together last year, and two years ago now, and to see those survivors -- we did a bill signing actually with the governor's office, and to see grown men cry,

Page 27

thank us for just taking on that issue, champion that issue, to also highlight how these young men, the things that they had to endure, and colleagues had to hear some things that were uncomfortable, but to just make sure that they had that opportunity to, if not on the criminal end, with this trust fund, they had the opportunity to have some civil recourse.
And so we have another bill that we've had for several years now, been working on to make sure that we can open that up to other survivors as well. So I'll talk a little bit more about that when we get the next bill up. But again, if we want to protect children, we want to protect children in all aspects.
Even folks who are stuck in the age that they were. They're adults now, but because of what an adult did to them, the way that they were victimized, they're still stuck there and they haven't had an opportunity to have some level of recourse.
SENATOR CLYDE CHAMBLISS: And even those that are stuck, but through no fault of anybody --
SENATOR MERIKA COLEMAN: Absolutely.

Page 28

SENATOR CLYDE CHAMBLISS: -- we have a bill that we're working on with that as well right now that had a little hiccup yesterday, but we'll work through that and get through it.
SENATOR MERIKA COLEMAN: Good, good, good, good, good. Is that my driver's license? That's the car tag bill.
SENATOR CLYDE CHAMBLISS: That's right.
SENATOR MERIKA COLEMAN: Yeah. And I'm -- but that was also, too, an example to me of good committee work. Coleman Madison has been talking about it. We've been doing some pretty good committee work this year. And now it looks like we are going to be able to help those folks through the other process that was talked about yesterday to make sure that we do have these car tags that identify invisible disabilities.
So somebody asked me coming down the hallway today, they said, you know, you had a good day yesterday. You had four bills on the calendar yesterday. And I said, I did. I had -- which is -- I think that's the first time that has ever happened to me in 20 plus years to have -- when I was in the majority party and now in the minority party.

Page 29

SENATOR CLYDE CHAMBLISS: Welcome to the senate.
SENATOR MERIKA COLEMAN: I had four --
SENATOR CLYDE CHAMBLISS: Welcome to the senate.
SENATOR MERIKA COLEMAN: -- in the same day. So yesterday was a lot, but we did some good work. So three did pass. One out of the house committee downstairs, that was my companion bill to our driver's license bill for invisible disabilities. And then I had two other to pass (indiscernible). But our car tag, we're going to get that done. The senator also that is -- I think she is championing the next Bill 41 as well.
SENATOR CLYDE CHAMBLISS: Excellent.
SENATOR MERIKA COLEMAN: We had an opportunity to talk yesterday about another process that doesn't have to be a process through the legislature that we can get those tags and save some lives and make sure that law enforcement are able to identify folks that have invisible disabilities.
So again, you know, the kinds of legislation that -- and you and I were the only

two sponsors on that one, and thank you for that day that we got a chance to kind of chat about your passion as well for helping these folks that deserve, you know, the best quality of life and all of the opportunities. And so I thank you for that. This bill that's up now, my challenge with this one, though, is -- I don't know.

I'm going to support it. I'm voting for it, but I just had some questions about like the automatic turnoff versus and who's going to be -- if it's not turned off, where the (indiscernible) quirks come from. I had to look at some questions there, but I am definitely going to support you.

SENATOR CLYDE CHAMBLISS: You know, Senator, the good thing about this bill is we're putting time in there for everybody to know what the bill says, do what they need to do. And that is January of 2027.

SENATOR MERIKA COLEMAN: And that really does give time -- we have too many -- thank you for that, too many pieces of legislation that we want to start at October 1, and it doesn't give people enough time to kind of get all the information that they need and do the



thing.

So January 1 is a much better -- and I heard the senator talk earlier to you about your willingness to talk through, take amendments, take things to make the bill we hope better for everybody involved. And again, that's how the sausage is made here. And to me, that is the best way to pass legislation when you have kind of more thought processes involved because I might not think about a particular issue.

And then you come back and you give me a scenario and I'm like, oh, I didn't think about it like that. And so we end up getting the opportunity to have a better bill. So I just wanted to take that time to thank you. I hope we get a chance to work on my other bill.

And because I'm talking about it, I cannot think of the bill number for this year because I've had it like five years. That again will give some recourse to the survivors of child sex assault who are adults now. And if they choose to go after folks civilly, if we can have some level of revival period, like all of these other states in the country, that we can do that.

And at the very least, this session, I



hope we'll get an opportunity to put together some type of study commission that looks at Alabama-specific numbers about how many people this would impact, just like we had those numbers for our Boy Scouts --

SENATOR CLYDE CHAMBLISS: Right

SENATOR MERIKA COLEMAN: -- and we were able to know and identify them, you know, when they came to that bill-signing, and it was just amazing to see those men stand there with us, and then we've done something.

A lot of times, you know, when we pass legislation, you don't get a chance to see the direct impact right away, but we were able to look in their eyes and know that we've done something good. So I think my -- are we ready now for our amendment? Okay. All right. So, Mr. President, I believe one of my other colleagues has some comments he would like to make before our final vote.

PRESIDENT WILL AINSWORTH: All right.

SENATOR CLYDE CHAMBLISS: Thank you, Senator. Appreciate you.

PRESIDENT WILL AINSWORTH: Thank you, Senator. Senator Smitherman?



SENATOR RODGER SMITHERMAN: Thank you, Mr. President. Senator, I -- of course, you know I had concerns naturally. I know you know that from last session, session before that --

SENATOR CLYDE CHAMBLISS: Yes, sir.

SENATOR RODGER SMITHERMAN: -- about the generality of what was -- how it was being applied. I do appreciate you -- let me back out and say this. Sometimes as legislators, we are so hard working for so many other situations and issues that sometimes we have some unique things locally that we don't quite get the time to address because we're trying to help so many other people, especially in positions.

And you happen to fall in one of those positions being the majority whip. You know, now having been able to, in this tenure here at the senate, to serve eight years as the majority whip, and the body saw fit to appoint me as the minority whip now, I understand what you -- with that. Now, probably the most difficult thing for you at this moment because this is your bill. You're not trying to work through it.

SENATOR CLYDE CHAMBLISS: I'm trying to help somebody else.

Page 34

SENATOR RODGER SMITHERMAN: We had that kind of mold, but now when you kind of get to yourself, you have to kind of take a little different posture, you know, and address it. And I want to say that I want to compliment you on addressing one of the areas that concerned me, and that was simply this.

All the way up and down -- I call it the food chain. All the way up and down the food chain from the people at the bottom of this process to the people at the end that you're trying -- that we're trying to make sure that the issue of these apps and our young people are addressed in such a manner that it won't be (indiscernible) to them to be able to readily do what they want to do.

You know, and I agree 100 percent with that concept because if parents are going to be held responsible for children until they get to be age 19, then we've got to give them the tools --

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR RODGER SMITHERMAN: -- to be able to be parents. You know, and then at that point, then the implementation shifts. But -- so

Page 35

then that's what I think that your goal is in this bill, is trying to do that.

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR RODGER SMITHERMAN: It's just as I said earlier. All the way up and down the chain, I wanted each and every person in that chain to have a certain amount of responsibility and not one not having it at all and everybody else having. And it's kind of like anything else. You know, it's like a chain. A chain is only as strong as its weakest link.

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR RODGER SMITHERMAN: And so I appreciate you giving some attention to that concern that we had. I want to just say that to you. You know, and yes, it's one -- we always can think of ways we can even make it better. But I do intend to support your bill.

SENATOR CLYDE CHAMBLISS: Thank you, sir. And I appreciate you working with me. We've been back and forth, and I think we got it. Two or three years from now, there'll be something different. We'll work on it again.

SENATOR RODGER SMITHERMAN: That's the way it goes. You know, life -- not just life,

Page 36

but times change and evolution. You know, when I first got here, this wasn't an issue.

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR RODGER SMITHERMAN: Yeah, this kind of stuff wasn't even an issue when I first walked up in this place, so that you could see the variation of issues, how they changed in time. And I want to compliment many of us in here when it comes to these kind of issues, we do have the ability to do what my kids always say about me, and I like that. I just want you to know what I'm getting ready to say when they said it about me.

They said, Daddy, one thing about you, you are a renaissance man. You know, you just kind of understand what -- times and things change, and you have to kind of adjust and look into it, how you try to do what you're doing. And to address issues like this says that in this particular issue, we have some people who fall in that category in this whole body. And that's a good thing.

SENATOR CLYDE CHAMBLISS: It is. It is.

SENATOR RODGER SMITHERMAN: You know,

Page 37

that's a good thing. So I just wanted to share that with you and just tell you I appreciate that. And, you know, I look forward going forward with this bill.

SENATOR CLYDE CHAMBLISS: Well, thank you, Senator. I appreciate you. Appreciate working together with you.

SENATOR RODGER SMITHERMAN: All right. Thank you. And at this time, Mr. President, I'm going to yield to Senator Singleton.

PRESIDENT WILL AINSWORTH: All right. Senator Singleton.

SENATOR BOBBY SINGLETON: Yes, Mr. President. Thank you again. We were just trying to work out some last minute things. There was two things I just asked you, and I'm just going to make an appeal. You want to trade one for the other? Can I get one and you get one of the two? I would love to have the --

SENATOR CLYDE CHAMBLISS: Senator, I think we had the car sold. We don't need to change the terms now.

SENATOR BOBBY SINGLETON: I understand. I would love to have the date pushed back to give the opportunity for -- you know, I'm learning

Page 38

this used car dealer language from our pro tem. You know, he don't ever quit trading until it's all over with, you know. You know, we was talking about in that amendment, person versus developer, date pushed back to change. I do understand when you talk person to developer, we passed the bill previous. You feel that it guts that bill and take it away.

SENATOR CLYDE CHAMBLISS: That's right.

SENATOR BOBBY SINGLETON: But do we see any harm in being able to give what we're talking about something massive? Because what they're going to do is not just probably for Alabama. It's going to have to be -- because it's not like some little button they can push for Alabama. I think the button pushed for everybody around the world. And it gives them that opportunity to be able to work things out, get it back, and to be able to push back a date.

SENATOR CLYDE CHAMBLISS: Senator, if we were the first state, that request would be reasonable.

SENATOR BOBBY SINGLETON: Okay.

SENATOR CLYDE CHAMBLISS: But we're not the first state.

Page 39

SENATOR BOBBY SINGLETON: So you think everybody's on the same timeline?

SENATOR CLYDE CHAMBLISS: This has been going on for years.

SENATOR BOBBY SINGLETON: You think everybody else that has gotten this is on that same timeline?

SENATOR CLYDE CHAMBLISS: Personally, I think they can flip a switch tomorrow and do what this bill says. They've already developed it. It's already there.

SENATOR BOBBY SINGLETON: I don't know.

SENATOR CLYDE CHAMBLISS: But we still want to give them time.

SENATOR BOBBY SINGLETON: Again, it's a trillion dollar company and I don't know what it takes. I don't -- you know, I know, I can look at the numbers in a trillion, and I can go one, ten, hundred thousand, million, six trillion, quarter trillion, you know, and get to -- you know, get to those numbers, right? But I can't even imagine --

SENATOR CLYDE CHAMBLISS: Oh, yeah.

SENATOR BOBBY SINGLETON: -- what a trillion-dollar company has to do.

Page 40

SENATOR CLYDE CHAMBLISS: Maybe --

SENATOR BOBBY SINGLETON: They should have all the experts that are necessarily. That's why they're a trillion dollar company.

SENATOR CLYDE CHAMBLISS: So maybe this room full of 1,000 dollar bills, would that be a trillion dollars? I don't know.

SENATOR BOBBY SINGLETON: No. No.

SENATOR CLYDE CHAMBLISS: The whole room?

SENATOR BOBBY SINGLETON: You're probably going to get the new state house and this one and the old capital, and then all of the RSA buildings, too.

SENATOR CLYDE CHAMBLISS: We might start getting close.

SENATOR BOBBY SINGLETON: Right. And I'm just asking for that, and if not, I want to introduce the amendment.

SENATOR CLYDE CHAMBLISS: Yeah, I would say let's stick with the amendment. And, you know let's get this thing through. And if there's something that comes up, we've got plenty of time in this session. If there's something that comes up, we can revisit the date. But

Page 41

let's leave the date where it is right now.

SENATOR BOBBY SINGLETON: All right. Mr. President, I would like to offer an amendment.

PRESIDENT WILL AINSWORTH: All right. Before we do that amendment, let me recognize some special guests in the gallery, if you don't care. Is that all right?

SENATOR BOBBY SINGLETON: Yes, sir.

PRESIDENT WILL AINSWORTH: All right. There's a guest of Senator Hovey. I've got several guests. When I call your name, if you could please stand. The Auburn City School Superintendent, Dr. Kristen Herring. The -- let's see, Mr. Casey Davis, Tallapoosa County School Superintendent, and Ms. Diane Miller, principal at Dadeville Elementary. If you all could please stand. Welcome to the Alabama Senate. Great to have you today. All right. Secretary, read and receive the amendment, please.

SECRETARY D. PATRICK HARRIS: Amendment to House Bill Number 161 by Senator Singleton. Replace Line 245 on Page 9 with the following. Replace Line 326 on Page 12 with the following.

Page 42

PRESIDENT WILL AINSWORTH: All right.
SENATOR BOBBY SINGLETON: So you and I are in agreement that the first part of this amendment is just exclusive to the Trade Act, right? Which then gives --
SENATOR CLYDE CHAMBLISS: That's right.
SENATOR BOBBY SINGLETON: -- the attorney general the only right to action under this act.
SENATOR CLYDE CHAMBLISS: That's correct.
SENATOR BOBBY SINGLETON: If the Deceptive Trade Act's policy for age verification or something is violated, only the attorney general, not another private right to action --
SENATOR CLYDE CHAMBLISS: That's correct.
SENATOR BOBBY SINGLETON: -- can come.
SENATOR CLYDE CHAMBLISS: Gives them exclusivity.
SENATOR BOBBY SINGLETON: Gives them exclusivity based on this act.
SENATOR CLYDE CHAMBLISS: That's right.
SENATOR BOBBY SINGLETON: This act alone. The second part of it says that nothing

Page 43

in this act shall be construed to relieve any person from compliance with any other law of the state that requires age verification. And this act shall become effective January -- what was it? Enacted January 1, '27?
SENATOR CLYDE CHAMBLISS: Yes, sir.
SENATOR BOBBY SINGLETON: Okay. And in the second part of the act it's where you were able to take out some language to satisfy what we call an unintended consequence that could have been there.
SENATOR CLYDE CHAMBLISS: That's right.
SENATOR BOBBY SINGLETON: And so with that, Mr. President, I would like to ask for the adoption of the amendment. Use the previous roll, or do you want to call roll?
SENATOR CLYDE CHAMBLISS: Previous roll's good.
SENATOR BOBBY SINGLETON: You all want a previous roll or a long roll on this? Long roll on the amendment? They want a long roll. He asked for a long roll.
SENATOR CLYDE CHAMBLISS: I encourage, aye.
SENATOR BOBBY SINGLETON: Call the long

Page 44

roll.
PRESIDENT WILL AINSWORTH: All right. Secretary, call the long roll.
SECRETARY D. PATRICK HARRIS: Mr. Albritton.
SENATOR GREG ALBRITTON: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Allen.
SENATOR GERALD ALLEN: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Barfoot.
SENATOR WILL BARFOOT: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Beasley. Mr. Bell.
SENATOR LANCE BELL: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Butler.
SENATOR TOM BUTLER: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Carnley.
SENATOR JOSH CARNLEY: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Chambliss.
SENATOR CLYDE CHAMBLISS: Aye.
SECRETARY D. PATRICK HARRIS: Mr.

Page 45

Chesteen.
SENATOR DONNIE CHESTEEN: Aye.
SECRETARY D. PATRICK HARRIS: Ms. Coleman.
SENATOR MERIKA COLEMAN: Aye.
SECRETARY D. PATRICK HARRIS: Ms. Coleman-Madison. Mr. Elliott. Ms. Figures.
SENATOR VIVIAN DAVIS FIGURES: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Givhan.
SENATOR SAM GIVHAN: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Gudger.
SENATOR GARLAN GUDGER: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Hatcher.
SENATOR KIRK HATCHER: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Hovey.
SENATOR JAY HOVEY: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Jones. Mr. Kelley.
SENATOR KEITH KELLEY: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Kitchens.

Page 46

SENATOR WES KITCHENS: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Livingston.
SENATOR STEVE LIVINGSTON: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Melson.
SENATOR TIM MELSON: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Orr. Mr. Price.
SENATOR RANDY PRICE: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Roberts. Mr. Sessions.
SENATOR DAVID SESSIONS: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Shelnutt. Mr. Singleton.
SENATOR BOBBY SINGLETON: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Smitherman.
SENATOR RODGER SMITHERMAN: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Stewart.
SENATOR ROBERT STEWART: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Stutts.
SENATOR LARRY STUTTS: Aye.

Page 47

SECRETARY D. PATRICK HARRIS: Mr. Waggoner. Ms. Weaver. Mr. Williams.
SENATOR JACK WILLIAMS: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Woods.
SENATOR MATT WOODS: Aye.
PRESIDENT WILL AINSWORTH: All right. With 32 ayes, 3 nays, the Senator Singleton amendments adopted. Thank you, Senator Singleton.
SENATOR BOBBY SINGLETON: Thank you, Mr. President. Thank you, Mr. Sponsor.
SENATOR CLYDE CHAMBLISS: Thank you, Senator. Appreciate you.
PRESIDENT WILL AINSWORTH: All right. Senator Chambliss.
SENATOR CLYDE CHAMBLISS: Mr. President, with that, I make a motion for final passage using the long roll.
PRESIDENT WILL AINSWORTH: All right. Secretary call the long roll.
SECRETARY D. PATRICK HARRIS: Mr. Albritton.
SENATOR GREG ALBRITTON: Aye.
SECRETARY D. PATRICK HARRIS: Mr.

Page 48

Allen.
SENATOR GERALD ALLEN: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Barfoot.
SENATOR WILL BARFOOT: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Beasley. Mr. Bell.
SENATOR LANCE BELL: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Butler.
SENATOR TOM BUTLER: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Carnley.
SENATOR JOSH CARNLEY: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Chambliss.
SENATOR CLYDE CHAMBLISS: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Chesteen. Ms. Coleman. Ms. Coleman-Madison. Mr. Elliott. Ms. Figures.
SENATOR VIVIAN DAVIS FIGURES: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Givhan.
SENATOR SAM GIVHAN: Aye.
SECRETARY D. PATRICK HARRIS: Mr.

Page 49

Gudger.
SENATOR GARLAN GUDGER: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Hatcher.
SENATOR KIRK HATCHER: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Hovey. Mr. Jones.
SENATOR ANDREW JONES: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Kelley.
SENATOR KEITH KELLEY: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Kitchens.
SENATOR WES KITCHENS: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Livingston.
SENATOR STEVE LIVINGSTON: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Melson.
SENATOR TIM MELSON: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Orr. Mr. Price.
SENATOR RANDY PRICE: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Roberts. Mr. Sessions.

Page 50

SENATOR DAVID SESSIONS: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Shelnutt.
SENATOR SHAY SHELNUTT: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Singleton.
SENATOR BOBBY SINGLETON: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Smitherman.
SENATOR RODGER SMITHERMAN: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Stewart.
SENATOR ROBERT STEWART: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Stutts.
SENATOR LARRY STUTTS: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Waggoner.
SENATOR J.T. WAGGONER: Aye.
SECRETARY D. PATRICK HARRIS: Ms. Weaver.
SENATOR APRIL WEAVER: Aye.
SECRETARY D. PATRICK HARRIS: Mr. Williams.
SENATOR JACK WILLIAMS: Aye.

Page 51

SECRETARY D. PATRICK HARRIS: Mr. Woods.
SENATOR MATT WOODS: Aye.
PRESIDENT WILL AINSWORTH: 35 ayes, zero nays. House Bill 161 passes. Thanks, Senator Chambliss.
SENATOR CLYDE CHAMBLISS: Mr. President, can I have a brief point of personal privilege?
PRESIDENT WILL AINSWORTH: You're recognized.
SENATOR CLYDE CHAMBLISS: Mr. President, senators, colleagues, thank you all for working with me through this process. I don't know if Representative Sells is up here, but he has been a stalwart in working through this issue with me over the last few days, last few years, and he has done a lot of work on this bill as well.
And I thank you all for -- colleagues on both sides of the aisle who's come to us with suggestions, ideas, thoughts to make the bill better. And just I'm pleased that we've ended up in a place that protection of our children is important to all of us, and it's evidenced by the

Page 52

passage of this bill. Thank you, Mr. President. Thank you, colleagues.
PRESIDENT WILL AINSWORTH: Thank you, Senator Chambliss. And Representative Sells, good to have you now within the senate.

Page 53

CERTIFICATION

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Sonya M. Ledanski Hyde

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: October 14, 2026

**1**

**1** 30:23 31:2 43:5
**1,000** 40:6
**10** 19:3
**100** 15:21 34:17
**11501** 53:14
**12** 41:25
**12151** 53:8
**13** 9:15
**14** 53:16
**16** 16:11
**161** 2:2,19 3:12 3:16 41:23 51:5
**17** 16:11
**19** 10:15 34:20

**2**

**20** 19:9 28:23
**2026** 1:13 53:16
**2027** 30:19
**24** 2:1,19 11:11
**245** 41:24
**27** 43:5

**3**

**3** 5:18 47:8
**300** 53:13
**32** 47:8
**326** 41:25
**33** 2:16
**330** 53:12
**35** 51:4

**4**

**41** 29:14
**48** 24:24

**5**

**5** 1:13
**50** 15:4,24 19:8
**54** 5:13

**6**

**60** 15:4,24

**8**

**8** 10:15

**9**

**9** 10:10 41:24

**a**

**abc** 16:5
**ability** 9:20 11:22 36:10
**able** 13:5 16:13 19:6 28:14 29:22 32:8,14 33:17 34:15,24 38:11,18,19 43:9
**above** 10:13
**absent** 19:19
**absolutely** 14:18 27:25
**accept** 4:21
**acceptance** 4:16
**accepting** 4:19
**access** 4:14 10:25
**account** 17:7
**accountability** 3:15 16:18,19
**accurate** 9:10 9:14 53:4
**acknowledge** 24:5
**act** 3:15 10:12 10:15,15,18,21 11:4 16:18,19 42:4,9,22,24 43:1,4,8
**act's** 42:13
**action** 42:8,15
**actually** 3:14 3:25 7:23 10:16 26:24
**address** 33:13 34:4 36:19
**addressed** 34:14
**addressing** 34:6
**adjust** 36:17
**admit** 19:17
**adopted** 2:17 47:9
**adoption** 43:15
**adult** 27:18
**adults** 14:4 27:17 31:21
**advantage** 25:25
**age** 3:25 6:19 7:25 9:4,6,10 9:11 11:7 16:15 27:16 34:20 42:13 43:3
**ago** 26:23
**agree** 3:22 7:13 34:17
**agreeing** 4:15
**agreement** 42:3
**ahead** 3:3 10:8
**ain't** 16:21 17:6
**ainsworth** 2:1 2:7,11,14,24 3:10 5:7 6:12 12:13 32:21,24 37:11 41:5,10 42:1 44:2 47:7 47:15,20 51:4 51:10 52:3
**aisle** 7:12 14:17 51:21
**alabama** 1:12 26:21 32:3 38:13,15 41:18
**albritton** 2:16 44:5,6 47:23

47:24
**allen** 44:8,9 48:1,2
**alley** 21:8
**alleys** 21:19
**allow** 8:25
**allowance** 17:15 19:9
**allows** 17:14,19 19:6
**amazing** 32:10
**ambiguity** 10:14
**amendment** 8:16 9:24 10:17,22 11:4 11:10 12:8 13:19 24:11,12 24:14 32:17 38:4 40:19,21 41:4,6,20,22 42:4 43:15,21
**amendments** 10:8 13:1 31:4 47:9
**america** 15:5
**amount** 35:7
**andrew** 49:8
**answers** 10:5
**anybody** 27:24
**anyway** 9:9 16:1
**app** 3:15 4:20 6:1 9:6,10
11:12 16:13 17:13,14
**appeal** 37:17
**applaud** 8:1 14:14
**apple** 22:7
**applied** 33:8
**appoint** 33:19
**appreciate** 6:8 8:10,18 12:5 14:15 24:22 32:23 33:8 35:14,20 37:2 37:6,6 47:14
**apps** 4:17,25 8:7 34:13
**april** 7:13 50:22
**areas** 34:6
**argue** 13:21
**aside** 5:25
**asked** 23:1 28:18 37:16 43:22
**asking** 40:18
**aspects** 27:15
**assault** 25:23 31:21
**assume** 11:24
**attempt** 7:8
**attention** 35:14
**attorney** 42:8 42:14
**attorneys** 12:6
**auburn** 41:13
**automatic** 30:10
**aye** 43:24 44:6 44:9,12,15,18 44:21,24 45:2 45:5,8,11,14,17 45:20,23 46:1 46:4,7,10,13,16 46:19,22,25 47:3,6,24 48:2 48:5,8,11,14,17 48:21,24 49:2 49:5,8,11,14,17 49:20,23 50:1 50:4,7,10,13,16 50:19,22,25 51:3
**ayes** 2:16 47:8 51:4

**b**

**babies** 13:8 21:21,24 22:3
**back** 3:5,7 6:24 12:1,24 13:5 14:13 21:9,9 23:15,21 31:11 33:8 35:21 37:24 38:5,18 38:19
**barfoot** 44:11 44:12 48:4,5
**barriers** 4:3,7
**based** 42:22
**basically** 14:2
**bathroom** 21:22
**bathrooms** 21:18
**beasley** 44:14 48:7
**bedrooms** 7:5
**believe** 5:1,1 7:2,14 32:18
**bell** 44:14,15 48:7,8
**best** 19:14 30:4 31:8
**better** 31:2,5 31:14 35:17 51:23
**beyond** 12:21
**big** 22:8
**bill** 2:2,17,19 3:4,7,12,16 4:6 4:23 6:1,8,11 7:10 8:2,20 9:2 10:4 11:2 14:16 15:3 22:3,4,5 24:25 25:13,17 26:8 26:14,17,24 27:9,13 28:2,7 29:10,10,14 30:6,16,18 31:5,14,16,18

32:9 33:22 35:2,18 37:4 38:7,8 39:10 41:23 51:5,19 51:22 52:1
**bills** 3:13 28:20 40:6
**bipartisan** 3:18
**bir** 2:4,9,17
**birth** 9:8
**bit** 3:6 26:10 27:12
**bobby** 12:3,10 12:14 13:11,25 14:6,19 15:1 15:13,23 16:3 16:20 17:1,10 17:23 18:3,16 18:22 19:5,16 19:22 20:7,11 20:17,22 21:5 21:15 22:2,17 22:20 23:6,11 23:20,23 24:4 24:15,18 37:13 37:23 38:10,23 39:1,5,12,15,24 40:2,8,11,17 41:2,9 42:2,7 42:12,18,21,24 43:7,13,19,25 46:16 47:11 50:7
**body** 33:19 36:21
**boo** 22:24
**books** 10:24
**bottom** 34:10
**bowling** 21:8
**boy** 25:16 26:1 26:13 32:5
**brief** 51:8
**briefly** 12:7
**bringing** 8:2,8 22:4
**broadcasters** 7:3
**build** 24:8
**building** 21:17 21:18
**buildings** 40:14
**business** 21:10
**butler** 44:17,18 48:10,11
**button** 38:15 38:16

**c**

**c** 53:1,1
**calendar** 2:2,19 28:21
**call** 2:17 16:10 16:12 17:2,4 23:2 34:8 41:12 43:10,16 43:25 44:3 47:21
**called** 17:13 18:6
**capital** 40:13
**car** 18:9 21:7 28:7,16 29:12 37:21 38:1
**card** 17:16,18 17:18,24 18:12
**care** 41:8
**carnley** 44:20 44:21 48:13,14
**carry** 6:20,24
**case** 10:18
**casey** 41:15
**cash** 17:18 18:25
**category** 36:21
**certain** 3:25 4:3 35:7
**certainly** 8:2 12:8
**certify** 53:3
**chain** 34:9,10 35:6,7,10,10
**chairman** 7:11
**challenge** 30:6
**chamber** 7:7
**chambliss** 2:5,8 2:9,12,22,25 3:1,11 6:4 8:1 8:8,9,19 12:4 12:15 13:10,24 14:5,18,25 15:12,22 16:2 16:17,25 17:9 17:22,25 18:14 18:21 19:4,15 19:20 20:6,9 20:15,20 21:3 21:13,25 22:14 22:19 23:4,10 23:18,22 24:2 24:13,17,21 25:10,18 26:2 27:22 28:1,8 29:1,4,16 30:15 32:6,22 33:5,24 34:22 35:3,12,19 36:3,23 37:5 37:20 38:9,20 38:24 39:3,8 39:13,23 40:1 40:5,9,15,20 42:6,10,16,19 42:23 43:6,12 43:17,23 44:23 44:24 47:13,16 47:17 48:16,17 51:6,7,12 52:4
**champion** 27:1
**championing** 29:14
**chance** 30:2 31:16 32:13
**change** 36:1,17 37:22 38:5

**changed** 23:24 36:7
**chaos** 11:19
**chapter** 10:13 10:15
**charge** 19:1
**charging** 17:8
**chat** 30:2
**chesteen** 45:1,2 48:19
**child** 9:1,3,19 15:11 20:5 25:23 31:20
**children** 3:21 3:23 4:4,17,23 6:18 7:8,16,24 8:3 11:17,23 13:4,22 15:7 22:12 24:10 25:9 26:20 27:14,15 34:19 51:24
**children's** 7:5 11:20
**choose** 31:22
**chores** 17:20
**chose** 25:25
**city** 41:13
**civil** 27:8
**civilly** 31:22
**clarification** 24:19
**clarifies** 10:18
**clarify** 8:16
**clarity** 10:20
**close** 40:16
**clyde** 2:5,9,12 2:22 3:1,11 8:9 8:19 12:4 13:10,24 14:5 14:18,25 15:12 15:22 16:2,17 16:25 17:9,22 17:25 18:14,21 19:4,15,20 20:6,9,15,20 21:3,13,16,25 22:14,19 23:4 23:10,18,22 24:2,13,17,21 25:10,18 26:2 27:22 28:1,8 29:1,4,16 30:15 32:6,22 33:5,24 34:22 35:3,12,19 36:3,23 37:5 37:20 38:9,20 38:24 39:3,8 39:13,23 40:1 40:5,9,15,20 42:6,10,16,19 42:23 43:6,12 43:17,23 44:24 47:13,17 48:17 51:7,12
**code** 10:13
**coleman** 25:6 25:12,20 26:4 27:25 28:5,9 28:11 29:3,6 29:17 30:20 32:7 45:4,5,7 48:19,19
**colleague** 3:4 5:5 7:12 9:23
**colleagues** 5:9 5:22 27:4 32:19 51:13,20 52:2
**collectively** 25:22
**come** 7:4 11:17 13:5 14:20 25:8 30:12 31:11 42:18 51:21
**comes** 36:9 40:23,25
**coming** 25:21 26:9 28:18
**commend** 25:8
**comment** 25:5
**comments** 5:6 7:14 32:19
**commission** 32:2
**committee** 28:11,13 29:9
**communication** 16:14 19:24
**companion** 29:9
**company** 39:16 39:25 40:4
**complain** 6:13
**compliance** 11:6 43:2
**complicated** 6:22
**complicit** 13:17
**compliment** 34:5 36:8
**computers** 6:6
**concept** 16:7 34:18
**concern** 35:15
**concerned** 15:25 34:6
**concerns** 7:16 12:21 33:3
**conditions** 4:16 4:21
**confident** 11:24
**confused** 13:13
**consequence** 14:12 43:10
**construed** 11:5 43:1
**consumer** 2:4 2:21 24:8
**contact** 15:11

**content** 11:17 13:17
**continue** 8:14 22:10
**contract** 4:22 5:11,23 9:18
**contracts** 4:19 4:24 5:13 6:19 7:9 8:25 9:21 14:3
**conversation** 15:20
**conversations** 20:23
**cool** 21:1
**corner** 21:9
**correct** 42:11 42:17
**country** 31:24 53:12
**county** 41:15
**couple** 3:13 8:16
**course** 33:2
**cracks** 15:19
**created** 11:19 11:19
**credit** 17:16
**criminal** 27:6
**cross** 12:12
**cry** 26:25
**currently** 6:18 10:24

**d**

**d** 2:18 41:22 44:4,7,10,13,16 44:19,22,25 45:3,6,9,12,15 45:18,21,24 46:2,5,8,11,14 46:17,20,23 47:1,4,22,25 48:3,6,9,12,15 48:18,22,25 49:3,6,9,12,15 49:18,21,24 50:2,5,8,11,14 50:17,20,23 51:1
**dad** 18:7 20:24 20:25 21:1,1 21:15
**dad's** 21:8,22
**daddy** 16:10,12 16:18 17:2 21:4 36:14
**dadeville** 41:17
**dan** 5:10 6:16 8:4,18
**dark** 21:19
**data** 18:4 22:9
**date** 9:8 37:24 38:5,19 40:25 41:1 53:16
**daughter's** 18:5
**daughters** 13:9 16:11 19:25 21:6 22:23
**david** 46:13 50:1
**davis** 41:15 45:8 48:21
**day** 17:3 19:17 20:4 21:4 22:9 28:20 29:7 30:2
**days** 10:4 51:17
**dealer** 38:1
**dealing** 3:15 10:12,16,24 11:14 12:6
**deals** 10:10,23
**debating** 11:5
**decade** 4:13
**deceptive** 42:13
**decisions** 8:24
**decline** 17:11
**deemed** 14:1
**definitely** 30:13
**deserve** 30:4
**developed** 39:10
**developer** 38:5 38:6
**developers** 9:11
**development** 5:21
**devices** 7:4
**dial** 22:18,25 23:1
**dialed** 22:17
**dialogue** 5:8 12:11,20
**diane** 41:16
**difference** 23:8
**different** 5:14 12:25 22:12,15 23:25 25:1 34:4 35:23
**difficult** 33:21
**digital** 4:7 10:25,25 18:1
**direct** 32:14
**disabilities** 28:17 29:11,23
**discussing** 6:1
**discussion** 5:22 6:14
**doing** 7:10,15 16:5 18:2 25:9 26:8 28:12 36:18
**dollar** 39:16,25 40:4,6
**dollars** 40:7
**donnie** 45:2
**door** 21:20,22
**download** 4:17 4:20 16:9,12
**downloaded** 18:24

**downloading** 4:24
**downstairs** 29:9
**dr** 41:14
**driver's** 28:6 29:10

**e**

**e** 53:1
**ear** 22:23
**earlier** 8:23 31:3 35:5
**earn** 17:20
**education** 5:16 5:19
**effective** 43:4
**efforts** 8:3
**eight** 9:12 33:18
**elementary** 41:17
**elliott** 45:7 48:20
**enacted** 43:5
**encourage** 43:23
**ended** 51:23
**endure** 27:3
**enforcement** 29:22
**engrossed** 10:11
**ensures** 9:13,14
**enter** 9:20
**entering** 4:22 4:24 6:18 7:8 8:25
**era** 22:12,13
**especially** 3:19 4:13 11:11 24:23 26:11 33:14
**evening** 7:3
**event** 20:12
**everybody** 13:16 30:17 31:6 35:8 38:16 39:6
**everybody's** 13:1 39:2
**evidenced** 51:25
**evolution** 36:1
**exactly** 16:20 19:22
**example** 28:10
**excellent** 29:16
**exclusive** 42:4
**exclusivity** 42:20,22
**experts** 40:3
**explain** 3:4,7
**explained** 12:7
**explanation** 8:15 10:1
**exposed** 7:24
**exposure** 7:17 7:21
**extra** 17:24
**eyes** 32:15

**f**

**f** 53:1
**fact** 5:17 16:22
**fairly** 10:19
**fall** 15:18 33:15 36:20
**families** 12:23 13:4,18 14:17 15:4,24 24:10
**family** 14:20 15:6
**far** 26:8
**fascinating** 5:14
**fashion** 3:18 20:19
**father** 19:14,19 20:2
**fault** 27:23
**february** 1:13
**fee** 19:2
**feel** 38:7
**field** 18:5
**figures** 45:7,8 48:20,21
**filter** 11:1 13:15 14:24 15:15,18
**final** 3:8 32:20 47:18
**financial** 18:18
**find** 9:25 21:5
**fingertips** 4:12
**first** 8:6,21 10:10,17 12:14 13:19 16:10 22:22 28:22 36:2,5 38:21 38:25 42:3
**fit** 33:19
**five** 3:14 9:12 31:19
**flip** 39:9
**flourish** 3:24 24:7
**focuses** 4:23 9:17
**folks** 27:16 28:14 29:22 30:3 31:22
**following** 41:24 41:25
**food** 34:9,9
**foregoing** 53:4
**forth** 12:2 35:21
**fortitude** 6:9
**forward** 7:11 37:3,4
**four** 28:20 29:3
**fourth** 9:17

**freaked** 22:24
**friendly** 24:12 24:14
**friends** 21:7 23:14
**full** 40:6
**fund** 26:1 27:7
**funds** 17:12
**future** 6:6

**g**

**gallery** 41:7
**games** 23:24
**garlan** 45:14 49:2
**general** 42:8,15
**generality** 33:7
**generations** 6:6
**gentleman** 12:12
**gentlemen** 25:8
**gerald** 44:9 48:2
**getting** 10:5,6,9 17:6 20:1 31:13 36:12 40:16
**girls** 21:24 22:1
**give** 15:10 17:15,19,24 19:8,8 30:21 30:24 31:11,20 34:20 37:24 38:11 39:14
**given** 26:12
**gives** 13:6 17:16 19:11 38:17 42:5,19 42:21
**givhan** 45:10 45:11 48:23,24
**giving** 35:14
**glad** 22:4
**go** 3:3 5:12 8:19 10:8 14:3 15:9,10 16:8 16:15 17:17 18:9 21:17,18 21:21 31:22 39:18
**goal** 35:1
**goes** 35:25
**going** 13:1,20 14:11 15:2,2,6 15:18,24,25 16:9 17:7 19:1 20:5 26:9 28:14 29:12 30:8,10,14 34:18 37:3,10 37:16 38:13,14 39:4 40:12
**good** 2:10 9:11 17:21 21:11 28:5,5,6,6,6,11 28:13,20 29:8 30:16 32:16 36:22 37:1 43:18 52:5
**gotten** 39:6
**governor's** 26:25
**grades** 17:21
**grandchildren** 8:5 14:22
**grandmama** 23:3
**grandmother** 14:22
**grateful** 8:7 16:13
**great** 3:17 12:19 18:17,24 41:19
**greatest** 7:16
**greenlight** 17:13,13,16,19 17:19,24 18:8 18:10 19:2,6
**greg** 44:6 47:24
**grew** 22:11 23:8,9
**groups** 6:9 7:4 12:25 14:20
**grow** 3:23
**growing** 7:19 22:13,23 23:14
**grown** 26:25
**guardian's** 9:21
**guardrails** 4:2
**gudger** 45:13 45:14 49:1,2
**guest** 41:11
**guests** 41:7,12
**guided** 6:22
**gut** 14:10
**guts** 38:7
**guys** 22:8

**h**

**hallway** 18:20 28:19
**hand** 17:17
**handle** 3:25 4:5
**happen** 33:15
**happened** 28:23
**happens** 21:14
**happy** 13:2
**hard** 20:23 33:10
**harm** 38:11
**harris** 2:18 41:22 44:4,7 44:10,13,16,19 44:22,25 45:3 45:6,9,12,15,18 45:21,24 46:2 46:5,8,11,14,17 46:20,23 47:1 47:4,22,25 48:3,6,9,12,15 48:18,22,25 49:3,6,9,12,15

49:18,21,24 50:2,5,8,11,14 50:17,20,23 51:1
**hatcher** 45:16 45:17 49:4,5
**hb161** 1:14
**he'll** 3:5
**hear** 6:13,15 27:4
**heard** 12:24 22:18,24,25 31:3
**hearing** 2:15 6:25
**held** 34:19
**help** 3:23 7:8 26:6 28:14 33:13,25
**helping** 8:11 30:3
**herring** 41:14
**hiccup** 28:3
**highlight** 27:2
**hip** 17:6
**hit** 5:16 17:6 18:8
**hmm** 17:22
**hold** 5:23
**home** 19:17
**hope** 16:21 31:5,15 32:1
**hoping** 26:11
**horrified** 7:23
**horror** 6:25
**hours** 11:11 24:24
**house** 2:2,19 3:12,16,17,19 22:21 29:9 40:12 41:23 51:5
**household** 15:5
**hovey** 41:11 45:19,20 49:7
**hundred** 39:19
**hundreds** 6:10
**hyde** 53:3

**i**

**idea** 7:9
**ideas** 51:22
**identify** 28:17 29:22 32:8
**imagine** 39:22
**impact** 32:4,14
**implementati...** 34:25
**important** 9:7 10:19 11:9 19:21,24 51:25
**incredible** 6:2
**independence** 17:18
**indicator** 3:18
**indiscernible** 16:19 24:20
29:12 30:12 34:15
**industry** 9:14
**influences** 23:12
**information** 4:4 25:2 30:25
**initialize** 9:8
**initialized** 9:1
**insufficient** 17:12
**intend** 35:18
**intentional** 11:22
**interpretations** 10:6
**introduce** 24:19 40:19
**introduced** 18:19
**invest** 19:6
**invested** 19:11
**investments** 19:12
**invisible** 28:17 29:10,23
**involved** 31:6,9
**ipads** 16:5
**iphone** 6:19 8:6
**iphones** 7:20
**issue** 27:1,2 31:10 34:13 36:2,5,20 51:17
**issues** 33:11 36:7,9,19

**j**

**j.t.** 50:19
**jack** 47:3 50:25
**january** 30:19 31:2 43:4,5
**jay** 45:20
**jones** 45:22 49:7,8
**josh** 44:21 48:14
**jump** 12:8
**jumping** 8:10

**k**

**keep** 6:14 24:6
**keith** 45:23 49:11
**kelley** 45:22,23 49:10,11
**kids** 15:14 16:4 17:14,15 18:17 18:23,25 20:16 23:24 36:10
**kind** 9:15 13:13 25:3 30:2,24 31:8 34:2,2,3 35:9 36:5,9,16 36:17
**kinds** 29:24
**kirk** 45:17 49:5
**kitchens** 45:25 46:1 49:13,14

**know** 3:12 4:9 6:21 7:19 8:11 9:23 10:3,23 11:13,19 12:7 12:16 13:11 14:20,21 15:14 15:16 16:5,15 17:23 18:10,11 18:25 19:9 20:4,14,17,24 20:25 21:11,16 21:25 22:3,4,7 22:15,16 23:2 23:7 24:25 28:19 29:24 30:4,7,15,17 32:8,8,12,15 33:2,3,3,16 34:4,17,24 35:10,16,25 36:1,12,15,25 37:3,25 38:2,3 38:3 39:12,16 39:17,17,20,21 40:7,22 51:15
**kristen** 41:14

**l**

**lance** 44:15 48:8
**language** 38:1 43:9
**larry** 46:25 50:16
**law** 9:18 11:7 29:21 43:2
**laws** 10:24
**lawyers** 10:5
**leader** 9:25
**learn** 16:6
**learning** 12:6 16:6 37:25
**leave** 41:1
**ledanski** 53:3
**legal** 9:21 53:11
**legislation** 8:8 29:25 30:23 31:8 32:13
**legislators** 33:9
**legislature** 3:19 24:6 29:20
**lend** 26:13
**level** 26:16 27:21 31:23
**license** 28:6 29:10
**life** 16:14 20:8 20:14 22:13 30:4 35:25,25
**light** 21:21
**line** 14:9 41:24 41:25
**link** 35:11
**listening** 12:5 16:21
**little** 3:6 17:7 19:12 25:13 26:9 27:12 28:3 34:3 38:15
**lives** 7:6 11:20 23:12 29:21
**livingston** 46:3 46:4 49:16,17
**locally** 33:12
**long** 3:8 43:20 43:20,21,22,25 44:3 47:19,21
**look** 5:14,23 7:11 30:12 32:15 36:17 37:3 39:17
**looking** 7:22 9:23 12:22 13:12 15:6
**looks** 28:13 32:2
**lost** 23:2
**lot** 8:12 10:4 12:2 21:23 24:24 25:1,2 29:7 32:12 51:18
**love** 37:19,24
**lunch** 18:7

**m**

**ma'am** 25:11
**made** 14:13 16:7 31:7
**madison** 28:11 45:7 48:19
**maintained** 14:15
**major** 4:23
**majority** 28:24 33:16,18
**make** 3:3 11:21 19:25 20:22 21:19,20 25:23 26:15,19 27:5 27:11 28:16 29:21 31:5 32:20 34:12 35:17 37:17 47:18 51:22
**makes** 19:21
**making** 5:25 8:24
**mama** 15:15,17
**man** 20:14 36:15
**manage** 18:18
**management** 17:14 18:18
**manner** 34:14
**married** 19:18
**massive** 38:12
**matt** 47:6 51:3
**mature** 4:5
**mcdonald's** 18:9
**mean** 15:18

**means** 10:18
**media** 7:18,23
**melson** 46:6,7 49:19,20
**members** 26:5
**men** 26:25 27:3 32:10
**mention** 3:16
**mentioned** 24:23
**merika** 25:6,12 25:20 26:4 27:25 28:5,9 29:3,6,17 30:20 32:7 45:5
**meta** 22:8
**michael** 18:19
**miller** 41:16
**million** 5:18 39:19
**mind** 11:18
**minding** 21:9
**mineola** 53:14
**minority** 28:25 33:20
**minors** 8:21
**minute** 5:8 37:15
**mirror** 16:22
**mirrors** 18:13
**mistakes** 20:23
**mm** 17:22
**model** 20:18
**mold** 34:2
**moment** 26:7 33:22
**money** 17:7,14 17:21,24 18:7 18:8,15,17,19 19:1,1,2,7,11
**monies** 5:19
**mooney** 2:3,20
**morning** 5:11 14:9 15:9 18:6
**mother** 7:14 15:8,10 19:18
**motion** 3:3,9 47:18
**mouse** 16:5
**move** 2:9 3:8
**movie** 9:13
**multitude** 5:12

**n**

**n** 53:1
**name** 41:12
**nation** 7:2
**naturally** 33:3
**nature** 17:12 24:1
**nays** 2:16 47:8 51:5
**necessarily** 40:3
**need** 5:17 6:2 9:20 15:15 18:7 30:18,25 37:21
**needs** 14:20
**never** 4:12 22:25
**new** 4:1 5:15 40:12
**nine** 21:20
**nowadays** 4:11
**number** 2:2,19 9:5 23:1 31:18 41:23
**numbers** 23:5 32:3,4 39:18 39:21
**numerous** 11:16
**nurturing** 20:1
**nutshell** 9:22
**ny** 53:14

**o**

**o** 53:1
**objection** 2:15
**october** 30:23 53:16
**offer** 41:3
**office** 12:20 26:25
**oh** 31:12 39:23
**okay** 3:10 18:10 19:25 20:13 32:17 38:23 43:7
**old** 22:21 40:13 53:12
**oldest** 8:5
**once** 19:2
**ones** 5:2 8:23
**online** 7:21
**open** 12:19 21:20 27:11
**openness** 14:16
**opportunities** 30:5
**opportunity** 5:12 19:23 25:24 27:6,8 27:20 29:18 31:14 32:1 37:25 38:17
**ordered** 2:15
**orr** 46:8 49:21
**outside** 21:22
**oversee** 14:6
**overview** 25:3
**own** 7:6

**p**

**page** 2:1,18 10:10 41:24,25
**parent** 9:3,3,21 11:22,24
**parental** 8:22
**parents** 5:2 8:23 34:18,24
**part** 10:17,22 11:3 42:3,25

43:8
**particular** 25:13 31:10 36:20
**party** 4:18 28:24,25
**pass** 29:8,11 31:8 32:12
**passage** 3:8 47:19 52:1
**passed** 3:17 11:1 38:7
**passes** 51:5
**passing** 7:11
**passion** 30:3
**past** 22:6
**patience** 12:5
**patrick** 2:18 41:22 44:4,7 44:10,13,16,19 44:22,25 45:3 45:6,9,12,15,18 45:21,24 46:2 46:5,8,11,14,17 46:20,23 47:1 47:4,22,25 48:3,6,9,12,15 48:18,22,25 49:3,6,9,12,15 49:18,21,24 50:2,5,8,11,14 50:17,20,23 51:1
**pay** 16:24 19:2
**pending** 2:4
**people** 5:1 6:10 7:1 11:13 13:20,20 15:16 21:24 22:7 30:24 32:3 33:14 34:10,11 34:13 36:20
**percent** 15:4,21 15:24 34:17
**perfect** 20:19
**period** 31:23
**permission** 8:22
**person** 11:6 35:6 38:4,6 43:2
**personal** 51:8
**personally** 39:8
**pg** 9:15,15
**phone** 8:25 15:11 16:24,24 21:10 22:18,21 23:7
**phones** 9:8
**physical** 4:3
**pieces** 30:22
**piled** 21:7
**place** 26:3,5 36:6 51:24
**platforms** 13:14 16:8 22:10,11
**playing** 23:24
**please** 41:13,18 41:21
**pleased** 51:23
**plenty** 40:23
**plus** 28:23
**pocket** 6:24
**pockets** 4:10 6:7,20
**point** 34:25 51:8
**policy** 42:13
**positions** 33:14 33:16
**posture** 34:4
**prepared** 10:9
**present** 19:17
**president** 2:1,6 2:7,11,14,23,24 3:2,10 5:5,7 6:12 12:11,13 32:18,21,24 33:2 37:9,11 37:14 41:3,5 41:10 42:1 43:14 44:2 47:7,12,15,18 47:20 51:4,8 51:10,13 52:1 52:3
**pretty** 9:7 28:12
**prevent** 4:23
**previous** 2:13 38:7 43:15,17 43:20
**price** 46:9,10 49:22,23
**principal** 41:17
**private** 42:15
**privilege** 51:9
**pro** 38:1
**probably** 33:21 38:13 40:12
**problems** 11:20
**proceedings** 53:5
**process** 8:11 28:15 29:19,19 34:11 51:14
**processes** 31:9
**product** 13:3,7 13:14
**progress** 5:25
**proof** 5:17
**protect** 3:23 6:17 7:15 11:23 13:8,22 14:11,17 15:20 15:21 25:9 26:20 27:14,15
**protected** 3:24
**protecting** 8:3 12:23 13:4,18 14:21
**protection** 2:4 2:21 3:20 15:4

51:24
**protections** 4:7 24:9,9
**protectors** 13:23
**protects** 8:21
**public** 26:19
**pull** 5:24 6:4
**punch** 23:5
**purchase** 17:4 17:5 18:12,12
**purchasing** 18:11
**push** 38:15,19
**pushed** 37:24 38:5,16
**put** 4:6 13:3 15:16 22:23 32:1
**puts** 4:6 9:2
**putting** 13:17 30:17

**q**

**quality** 30:4
**quarter** 39:20
**questions** 9:24 25:13 30:9,13
**quick** 6:12
**quirks** 30:12
**quit** 38:2
**quite** 33:12

**r**

**r** 9:15 53:1
**raising** 14:22
**randy** 46:10 49:23
**ratings** 9:10,15
**read** 41:20
**readily** 34:15
**ready** 9:25 10:1 10:2,7 11:18 16:15 32:16 36:12
**real** 6:12
**realized** 14:11
**really** 12:23 17:25 18:21 24:24 30:21
**reasonable** 38:22
**receive** 6:19 11:18 41:20
**recognize** 41:6
**recognized** 25:7 51:11
**record** 3:20 53:5
**recourse** 26:16 27:8,21 31:20
**reels** 13:13
**referenced** 10:13
**referred** 10:15
**referring** 10:21
**regarding** 2:3 2:20
**relieve** 11:6 43:1
**remember** 22:22 23:13
**renaissance** 36:15
**repeating** 9:18
**replace** 41:24 41:25
**representative** 6:3 51:15 52:4
**representatives** 2:3,20
**request** 38:21
**requires** 9:5,10 11:7 43:3
**requiring** 8:22
**responsibility** 9:22 35:7
**responsible** 13:16 34:19
**review** 5:11
**revisit** 40:25
**revival** 31:23
**right** 2:14 3:11 5:3,10 6:2,3 7:18 12:13 13:10,20,24 14:5,13,25 15:12,22,25 16:2 18:6,15 19:12,20 20:6 21:23 22:14,19 22:22 23:10 24:13 26:2 28:3,8 32:6,14 32:17,21 34:22 35:3,12 36:3 37:8,11 38:9 39:21 40:17 41:1,2,5,8,10 41:19 42:1,5,6 42:8,15,23 43:12 44:2 47:7,15,20
**rights** 13:19
**road** 53:12
**robert** 46:22 50:13
**roberts** 5:8,10 6:16 8:4,18 46:12 49:25
**roblox** 23:25
**rockets** 6:23
**rodger** 33:1,6 34:1,23 35:4 35:13,24 36:4 36:25 37:8 46:19 50:10
**roll** 2:10,13 3:8 43:16,16,20,20 43:21,21,22 44:1,3 47:19 47:21

| | | | |
|---|---|---|---|
| **roll's** 43:18<br>**room** 3:5,7 11:25 40:6,10<br>**rotary** 22:18,21 23:7<br>**rsa** 40:14<br>**ruining** 7:5<br>**run** 22:10,11<br>**s**<br>**safe** 21:12,16<br>**sam** 45:11 48:24<br>**satisfy** 43:9<br>**sausage** 31:7<br>**save** 19:7,9 29:21<br>**saving** 19:7<br>**savvy** 14:23<br>**saw** 33:19<br>**saying** 8:23<br>**says** 11:4 30:18 36:19 39:10 42:25<br>**scenario** 31:12<br>**scenes** 8:13,14<br>**school** 20:12 23:21 41:13,16<br>**schools** 5:20<br>**scope** 21:18<br>**scout** 26:1<br>**scouts** 25:17 26:13 32:5 | **scratched** 14:13<br>**second** 11:3 24:16 42:25 43:8<br>**secretary** 2:17 2:18 41:20,22 44:3,4,7,10,13 44:16,19,22,25 45:3,6,9,12,15 45:18,21,24 46:2,5,8,11,14 46:17,20,23 47:1,4,21,22,25 48:3,6,9,12,15 48:18,22,25 49:3,6,9,12,15 49:18,21,24 50:2,5,8,11,14 50:17,20,23 51:1<br>**section** 10:12<br>**see** 5:5 7:12,22 10:21 17:1 18:13 19:7,23 20:2,3 23:14 23:16 24:11 25:5 26:23,25 32:10,13 36:6 38:10 41:15<br>**sells** 2:3,20 6:3 51:15 52:4<br>**senate** 1:12 3:4 9:23 29:2,5 | 33:18 41:19 52:5<br>**senator** 2:5,7,9 2:12,22,24 3:1 3:11 5:7,10 6:3 6:16 7:13 8:1,4 8:8,9,10,18,19 10:3 11:25 12:3,4,10,14,15 13:10,11,24,25 14:5,6,18,19,25 15:1,12,13,22 15:23 16:2,3 16:17,20,25 17:1,9,10,22,23 17:25 18:3,14 18:16,21,22 19:4,5,15,16,20 19:22 20:6,7,9 20:11,15,17,20 20:22 21:3,5 21:13,15,25 22:2,14,17,19 22:20 23:4,6 23:10,11,18,20 23:22,23 24:2 24:4,13,15,17 24:18,21,22 25:5,6,10,12,18 25:20 26:2,4 27:22,25 28:1 28:5,8,9 29:1,3 29:4,6,13,16,17 30:15,16,20 | 31:3 32:6,7,22 32:23,25,25 33:1,2,5,6,24 34:1,22,23 35:3,4,12,13,19 35:24 36:3,4 36:23,25 37:5 37:6,8,10,12,13 37:20,20,23 38:9,10,20,20 38:23,24 39:1 39:3,5,8,12,13 39:15,23,24 40:1,2,5,8,9,11 40:15,17,20 41:2,9,11,23 42:2,6,7,10,12 42:16,18,19,21 42:23,24 43:6 43:7,12,13,17 43:19,23,25 44:6,9,12,15,18 44:21,24 45:2 45:5,8,11,14,17 45:20,23 46:1 46:4,7,10,13,16 46:19,22,25 47:3,6,8,9,11 47:13,14,16,17 47:24 48:2,5,8 48:11,14,17,21 48:24 49:2,5,8 49:11,14,17,20 49:23 50:1,4,7 |

50:10,13,16,19 50:22,25 51:3 51:6,7,12 52:4
**senators** 6:13 6:15 51:13
**send** 19:2 20:5
**serve** 33:18
**session** 31:25 33:4,4 40:24
**sessions** 46:12 46:13 49:25 50:1
**settlement** 26:1
**several** 26:15 27:10 41:12
**sex** 25:23 31:21
**shapes** 16:7
**share** 37:1
**shay** 50:4
**shelnutt** 46:15 50:3,4
**shielded** 4:4
**shifts** 34:25
**shortly** 3:6
**side** 14:17 24:3
**sides** 51:21
**sign** 14:1
**signature** 53:8
**signing** 26:24 32:9
**simple** 10:19 11:8
**simply** 4:6 34:7
**single** 15:8,9
**singleton** 12:3 12:10,14 13:11 13:25 14:6,19 15:1,13,23 16:3,20 17:1 17:10,23 18:3 18:16,22 19:5 19:16,22 20:7 20:11,17,22 21:5,15 22:2 22:17,20 23:6 23:11,20,23 24:4,15,18 37:10,12,13,23 38:10,23 39:1 39:5,12,15,24 40:2,8,11,17 41:2,9,23 42:2 42:7,12,18,21 42:24 43:7,13 43:19,25 46:15 46:16 47:8,10 47:11 50:6,7
**sir** 2:11 8:17 24:17,21 33:5 35:20 41:9 43:6
**sitting** 21:8
**situations** 7:6 11:16 33:10
**six** 3:14 39:19
**smitherman** 32:25 33:1,6 34:1,23 35:4 35:13,24 36:4 36:25 37:8 46:18,19 50:9 50:10
**snowballs** 17:9 17:10
**social** 7:17,23
**society** 4:1
**sold** 37:21
**solutions** 53:11
**somebody** 9:4 28:18 33:25
**sonya** 53:3
**sorry** 24:15
**sort** 5:4 10:25
**space** 6:23
**spacecraft** 6:23
**speak** 3:9 5:9 14:2
**special** 7:2 41:7
**specific** 32:3
**spending** 5:18
**sponsor** 47:12
**sponsors** 30:1
**stalwart** 51:16
**stand** 32:10 41:13,18
**standing** 21:22
**start** 13:3 30:23 40:16
**started** 16:4,5 18:23
**state** 5:13,19 7:1 11:7,16 26:21 38:21,25 40:12 43:3
**statehouse** 7:7
**states** 23:25 24:5 31:24
**statesman** 12:16
**steps** 8:20
**steve** 46:4 49:17
**stewart** 46:21 46:22 50:12,13
**stick** 40:21
**store** 3:15 6:1
**stores** 9:6
**stories** 6:25
**story** 16:4
**straightforward** 11:8
**strong** 35:11
**stubborn** 12:18
**stuck** 27:16,19 27:23
**study** 32:2
**stuff** 9:15 17:12 36:5
**stutts** 46:24,25 50:15,16
**suggestions** 51:22
**suite** 53:13

**sullivan** 18:20
**summer** 23:15 23:17,18
**super** 4:9
**supercomput...** 4:10
**superintendent** 41:14,16
**support** 3:20 6:7 7:10 8:2 20:5 26:6,12 26:14 30:8,14 35:18
**sure** 16:8 20:1 21:19,21 25:24 26:15,19 27:5 27:11 28:16 29:21 34:12
**survivors** 25:23 26:6,13,16,23 27:12 31:20
**switch** 39:9

**t**

**t** 53:1,1
**tag** 28:7 29:12
**tags** 28:17 29:20
**take** 10:7 25:24 26:7 31:4,5,15 34:3 38:8 43:9
**taken** 6:9
**takes** 14:4 39:17
**talk** 3:6 10:7,8 19:13 24:16 25:14 26:9 27:12 29:18 31:3,4 38:6
**talked** 6:10 14:21 22:5 24:23 28:15
**talking** 6:5 7:3 11:14 13:21 17:11 25:4 28:12 31:17 38:4,11
**talks** 25:1
**tallapoosa** 41:15
**teaching** 18:17
**technical** 25:2
**technology** 24:7
**tell** 9:25 16:3 19:9,10 37:2
**tem** 38:1
**ten** 8:4 39:19
**tenure** 33:17
**terms** 4:16,21 12:22,23 13:18 37:22
**thank** 6:15 8:9 8:17 12:15 25:7,10 26:7 27:1 30:1,5,22 31:15 32:22,24 33:1 35:19 37:5,9,14 47:9 47:11,12,13 51:13,20 52:1 52:2,3
**thanks** 11:25 51:5
**theater** 9:13
**thing** 5:4 8:21 9:16,17 10:19 11:1 15:25 18:1,2 30:16 31:1 33:21 36:14,22 37:1 40:22
**things** 4:1,14 4:15 5:14,15 7:21,22,24 8:16 10:25 11:9 14:3 16:7 16:16 19:13 23:25 25:1 27:3,4 31:5 33:11 36:16 37:15,16 38:18
**think** 3:5,22 8:14 12:21 13:2,6,15,16 14:8 15:3,8 24:11 25:19,21 28:22 29:14 31:10,12,18 32:16 35:1,17 35:21 37:21 38:16 39:1,5,9
**thinking** 16:16
**third** 9:9,16
**thought** 14:10 31:9
**thoughts** 51:22
**thousand** 39:19
**three** 6:4 8:6 9:12 12:17 22:1,6 29:8 35:22
**tighten** 13:5
**tim** 46:7 49:20
**time** 5:24 15:14 16:4 19:10 21:11 22:22 26:18 28:22 30:17,21,24 31:15 33:12 36:8 37:9 39:14 40:24
**timeline** 39:2,7
**times** 23:23 24:7 32:12 36:1,16
**title** 10:13,15
**today** 3:14 5:13 7:12 8:2 24:11 28:19 41:19
**together** 6:5 25:15,21 26:22 32:1 37:7
**tom** 44:18 48:11

**tomorrow** 39:9
**tone** 22:18,25
**tool** 6:2,16 18:17,24
**tools** 34:20
**tractor** 5:16,19
**trade** 37:17 42:4,13
**trading** 38:2
**trailer** 5:16,19
**transcript** 53:4
**transferred** 18:8
**travel** 5:20
**tricked** 15:2,3 16:22
**tried** 23:4
**tries** 4:6
**trillion** 39:16 39:18,19,20,25 40:4,7
**trip** 18:5
**true** 53:4
**truly** 26:20
**trust** 21:23 26:1 27:7
**try** 15:21 19:13 20:18 21:1 36:18
**trying** 11:21 18:25 20:12 33:13,23,24 34:12,12 35:2 37:14
**turned** 30:11
**turnoff** 30:10
**two** 4:13 9:5 12:17 14:9 15:5 22:6 26:23 29:11 30:1 35:22 37:16,18
**type** 4:7 10:25 26:14 32:2

**u**

**unanimously** 3:17
**uncomfortable** 27:5
**under** 42:8
**underage** 9:19 14:1
**understand** 13:19 14:23 15:17 20:24,25 21:2 33:20 36:16 37:23 38:6
**understood** 26:19
**unfortunate** 11:15
**unintended** 14:12 43:10
**unique** 33:11
**use** 5:24 17:13 43:15
**used** 6:17,17 38:1
**using** 2:12 3:8 6:6 7:4 23:6 47:19

**v**

**variation** 36:7
**verification** 11:7 42:13 43:3
**verify** 9:6
**veritext** 53:11
**version** 10:11
**versus** 30:10 38:4
**vice** 23:12
**victimized** 27:19
**violated** 42:14
**vivian** 45:8 48:21
**vote** 32:20
**voted** 26:5
**voting** 30:8

**w**

**waggoner** 47:2 50:18,19
**walked** 36:6
**wall** 22:21
**want** 3:22 5:22 12:9,15 14:16 15:16,20 17:5 17:20 20:2,14 21:11,16 24:7 25:14 27:14,15 30:23 34:5,5 34:16 35:15 36:8,11 37:17 39:14 40:18 43:16,19,21
**wanted** 25:7,22 26:7,18 31:15 35:6 37:1
**wants** 11:25 15:10
**watches** 8:6
**way** 6:8 11:23 18:2 21:8 27:18 31:8 34:8,9 35:5,25
**ways** 35:17
**we've** 3:13 4:2 4:12 12:1 27:9 28:12 32:11,15 34:20 35:21 40:23 51:23
**weakest** 35:11
**weaver** 7:13 47:2 50:21,22
**week** 19:8 20:3
**weekend** 23:15
**welcome** 29:1,4 41:18
**went** 12:24 14:12 18:23
**wes** 46:1 49:14

**whip** 33:16,19 33:20
**wholly** 6:7 7:10
**williams** 47:2,3 50:24,25
**willingness** 31:4
**wise** 5:24
**wish** 20:15
**woods** 2:16 47:5,6 51:2,3
**word** 10:12,20 10:21
**work** 8:12 13:7 15:9 25:8 26:7 28:4,11,13 29:8 31:16 33:23 35:23 37:15 38:18 51:18
**worked** 3:13 6:4 12:24,25 14:7 24:22 25:15 26:20,22
**workforce** 5:20
**working** 5:18 10:4,5 11:10 12:1,17 27:10 28:2 33:10 35:20 37:7 51:14,16
**world** 4:8,11 24:3 38:17
**written** 6:8

**y**

**yards** 21:20
**yeah** 16:25 19:4,4,15 20:9 21:3 23:19,22 25:21 28:9 36:4 39:23 40:20
**year** 11:1 13:5 19:3 25:16,16 25:18,20 26:22 28:13 31:18
**years** 3:14 4:2 4:2,2 6:4 12:18 22:6 24:25 25:21 26:15,17 26:23 27:10 28:23 31:19 33:18 35:22 39:4 51:18
**yep** 21:13
**yesterday** 28:3 28:16,20,21 29:7,18
**yield** 37:10
**young** 7:25 13:8 27:2 34:13
**youtube** 16:9

**z**

**zero** 2:16 51:5