IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br>Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, Attorney General,<br>Defendant. | Case No. 2:26-cv-00897-BL-SMD |
| A.P., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, Attorney General,<br>Defendant. | Case No. 2:26-cv-00904-BL-SMD |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Stipulations and Motion to Stay Briefing Deadlines, and for good cause shown, the motion is **GRANTED**. The Court orders as follows:

1. The Attorney General's deadline to respond to the Plaintiffs' now-pending preliminary injunction motions is **STAYED** until 30 days after the second publication of administrative rules;

2. Plaintiffs **SHALL** file any replies in support of their now-pending preliminary injunction motions within 21 days of the Attorney General's response, limited to 20 pages;

3. The Attorney General's obligation to file his response to Plaintiffs' complaints (his answer or motion to dismiss) is **STAYED** until either (i) 21 days after the Court rules on Plaintiffs' preliminary injunction motions, with no appeal having been filed; or (ii) if a party appeals the Court's order granting or denying the preliminary injunction motions, 21 days after disposition of the appeal;

4. The parties **SHALL** file a joint status report within 14 days after the second publication of the rules, notifying the Court of the expected timeline and when the parties would respectfully request a hearing on Plaintiffs' preliminary injunction motions.

5. The parties' 26(f) conference deadline set in the Court's Initial Order is **STAYED** until 21 days after either the Attorney General files an answer or the Court rules upon a motion to dismiss (if any), with the successive deadlines for filing a report and commencing discovery calculated from that new date.

**DONE** and **ORDERED** on this __ day of November, 2026.

______________________________
**BILL LEWIS**
UNITED STATES DISTRICT JUDGE