IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, Plaintiff, v. STEVE MARSHALL, Defendant. | CASE NO. 2:26-cv-00897-BL |

| | |
|---|---|
| A.P., *by and through next friend S.P.*, et al., Plaintiffs, v. STEVEN MARSHALL, Defendant. | CASE NO. 2:26-cv-00904-BL |

**ORDER**

Upon consideration of the parties' Joint Stipulations and Motion to Stay Briefing Deadlines, (doc. 23), and for good cause shown, the motion is **GRANTED**. The court **ORDERS** as follows:

1. This case is **STAYED** pending the Attorney General's adoption of administrative rules pursuant to Alabama Code § 8-19k-10 (effective Jan. 1, 2027).

2. On or before **May 1, 2027, and every 30 days thereafter,** the parties shall file a status report as to the status of the administrative rules publication process.

3. **Within 7 days** after the effective date of the administrative rules, the parties **SHALL** file a motion to lift the stay in this case. Upon the lifting of the stay, all deadlines will be re-set.

4. Failure to comply with this order may result in the dismissal of this action without further notice.

**DONE** and **ORDERED** on this the 20th day of November, 2026.

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE